ORIGINAL

*SB + 530*

*5958 SBA*

FILED
NOV 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  GOLDSTEIN          DARRYL          LEE
         (Last)                        (First)

Prisoner Number _____ P-79097 _____

Institutional Address ____ SAN QUENTIN STATE PRISON ____

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DARRYL LEE GOLDSTEIN**

Full Name of Petitioner

SBA (PR)

CV 07 5958

Case No.(To be provided by the clerk of court)

vs.

**ROBERT SILLEN FEDERAL RECEIUCER**

_____ PETITION FOR A WRIT OF HABEAS CORPUS

Name of Respondent
(Warden or jailor)

---

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

petition will likely be transferred to the district court for the district that includes the institution where you are confined.  Habeas L.R. 2254-3(b).

**THE NORTERN DISTRICT OF CALIFORNIA  UNITED STATES DISTRICT COURT THE HONORABLE THELDON HENDERSON HAS JURISDICTION OVER THIS CASE BASED ON HIS ORDER APPOINTING THE FEDERAL RECEIVER TO TAKE OVER THE CALIFORNIA STATE PRISON SYSTEM MEDICAL SYSTEM.**

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailer. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

<u>A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

1.    What sentence are you challenging in this petition? **CONDITIONS OF CONFINEMENT**

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

**N/A    (However The California Court of AppealFirst AppellaDist Denied Petition for Habeas Corpus ( Motion For Judicial Notion**
Court                    Location

**Court of appeal N0118925**

(b)    Case number, if known _____

(c)    Date and terms of sentence _____**N/A**_____

(d)    Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)**(**Yes **)**   No

Where? ____**SAN QUENTIN STATE PRISON**_____
        (Name of Institution)                    (Address)

2.    For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

**PETITIONER WAS CONVICTED OF CALIFORNIA PENAL CODE SECTION**

**460 (b) Second Degree Burg.**

3.    Did you have any of the following?

Arraignment: Yes**X**__ No __  Preliminary Hearing: Yes**X** No ___ Motion to Suppress: Yes ___ No __
                                                                          **X**

3

4.    How did you plead?

Guilty ___**X**___    Not Guilty _____    Nolo Contendere ___**x**___

Any other plea (specify) _____

5.    If you went to trial, what kind of trial did you have?

Jury _____    Judge alone _____    Judge alone on a transcript _____

6.    Did you testify at your trial?  Yes ___ No ___    **PETITIONER TESTIFI SENTENCING Hearing**

7.    Did you have an attorney at the following proceedings:

(a)    Arraignment   Yes _**x**_    No ___
(b)    Preliminary hearing        Yes **x**.    No ___
(c)    Time of plea   Yes _**X**_    No _
(d)    Trial   Yes ___        No ___
(e)    Sentencing    Yes _**x**_    No ___
(f)    Appeal    Yes**x**    No
(g)    Other post-conviction proceeding    Yes ___        No _**x**_

8.    Did you appeal your conviction?    Yes _**x**_ No ___

(a)    If you did, to what court(s) did you appeal?

Court of Appeal        Yes **x**    No ___    **Affirmed    June 2007**
                                                            (Year)                    (Result)

Supreme Court of
California            Yes _**X**_    No ___    **PET FOR REVIEW DENIED  Aug 2007**
                                                            (Year)                    (Result)

Any other court        Yes ___    No **x**    _____
                                                            (Year)                    (Result)

(b)    If you appealed, were the grounds the same as those that you are raising in this
petition?                                    Yes ___ No ___

(c)    Was there an opinion?        Yes    No

(d)    Did you seek permission to file a late appeal under Rule 31(a)?
                                                Yes    No

If you did, give the name of the court and the result:

9.    Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes        No ___

THIS APPEAL DOES NOT ATTACK MY CRIMINAL CONVICTION , RATHER IT CONDITIONS OF CONFINEMENT .

THE PETITION REQUEST ADEQUATE MEDICAL CARE ANDTREATMENT WHILE UNDER THE CARE OF THE FEDERAL RECEIVER APPOINT BY THIS COURT ()

PETITIONER HAS SUBMITTED HIS CLAIMS TO BOTH THE MARIN COUNTY SUPERIOR COURT AND CALIFORNIA COURT OF APPEAL FIRST APPEALLATE DISTRICT , DIVISION , TWO

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court _____**MARIN COUNTY SUPERIOR COURT**_____

Type of Proceeding _____**HABEAS CORPUS PROCEEDINGS**_____

Grounds raised (Be brief but specific):

a.    ~~DENIAL OF ADEQUATE MEDICAL CARE AND TREATMENT~~_____

b.    **DELIBERATE INDIFFEERENCE TO SERIOUS½MEDICAL·NEED**_____

c.    **OBSTRUCTION AND DENIAL OF MEDICAL CARE**_____

d.    _____

Result __**ORDER TO SHOW CAUSEW VACATED**_____ Date of Result _____

II.    Name of Court __**CALIFORNIA    COURT OF APPEAL , FIRST APPELLATE DIST.**

Type of Proceeding _____**HABEAS CORPUS PROCEEDINGS**_____

Grounds raised (Be brief but specific):

a.    _____**SAME AS ABOVE**_____

b.    _____

c.    _____

d.    _____

Result _____**PETITION DENIED**_____ Date of Result _____**October 2, 2007**

III.    Name of Court _____

Type of Proceeding _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result _____ Date of Result _____

     (b)    Is any petition, appeal or other post-conviction proceeding now pending in any

court?    Yes __  No x

_____

(Name and location of court)

## B.  GROUNDS FOR RELIEF

    State briefly every reason that you believe you are being confined unlawfully.  Give facts to

support each claim.  For example, what legal right or privilege were you denied?  What happened?  Who

made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you need

more space.  Answer the same questions for each claim.

    Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499

U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

    Claim One:   **PLEASE SEE ATTACHED MEMORANDUM OF POINTS AND AUD**
                **AUTHORITIES AND MOTION TO TAKE JUDICAL NOTICE**

Supporting Facts: _____

_____ **SEE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES** _____

_____ **SEE ALSO MOTION TO TAKE JUDICIAL NOTICE   FILED HEREWITH** _____

_____

Claim Two: _____ **SEE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES** ____

_____

Supporting Facts: _____ **SEE ATTACHED** _____

_____

_____

_____

Claim Three: _____ **SEE ATTACHED** _____

_____

Supporting Facts: _____ **SEE ATTACHED** _____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which

grounds were not presented and why:

_____

_____

_____

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

**SEE ATTACHED IN FULKL**

Do you have an attorney for this petition?    Yes __ No **X**

If you do, give the name and address of your attorney:

**HOWEVER THE SUPERIOR COURT APPOINTED THE PRIAON LAW OFFICE**

**PRISON LAW OFFICE ALSO FILED A AMICAS CURIE BRIEF IN COURT OF APPEAL.**

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on _Nov 14, 2007_    _Lee Goldstein_
              Date                              Signature of Petitioner

( rev. 5/96)

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DARRYL LEE GOLDSTEIN**

Plaintiff,

**FEDERAL RECEIVER**

v.

Defendant.

_____/

CASE NO.

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, _____**DARRYL LEE GOLDSTEIN**_____, declare under penalty of perjury that I am
the plaintiff in the above entitled case and that the information I offer throughout this application is true
and correct. I offer this application in support of my request to proceed without being required to prepay
the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ___ No _**x**_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and
address of your employer:

Gross: _____  Net: _____

Employer: _____
_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and
wages per month which you received. (If you are imprisoned, specify the last place of employment prior
to imprisonment.)

**March 2005**

_____
_____

2.    Have you received, within the past twelve (12) months, any money from any of the following
sources:

      a.    Business, Profession or        Yes ___ No**x**___
           self employment

      b.    Income from stocks, bonds,    Yes ___ No _**x**_
           or royalties?

c.    Rent payments?               Yes ___ No **x**
d.    Pensions, annuities, or       Yes ___ No **x**
       life insurance payments?
e.    Federal or State welfare payments,   Yes ___ No **x**
       Social Security or other govern-
       ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes **x** No ___

Spouse's Full Name: ___**MARCIA LEVINE GOLDSTEIN**_____

Spouse's Place of Employment: _____**UNKNOW ( SEPARED**_____

Spouse's Monthly Salary, Wages or Income:        **UNKNOWN**

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:

$ __**00**_____

       b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

__**incarcerated   support no one**_____

_____

5.    Do you own or are you buying a home?    Yes ___ No **x**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No **x**

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.     Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No _x_

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ___ No ___  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)
  Yes ___ No ___

_____

8.     What are your monthly expenses?

Rent: $ **00** _____     Utilities: __ **00** _____

Food:  $ ____ **00** _____     Clothing: __ **00** _____

Charge Accounts:

|  | Total Owed On |  |
| Name of Account | Monthly Payment | This Account |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)
          **Medical Bills**

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11\14\07
DATE

SIGNATURE OF APPLICANT

4

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
CSP, SAN QUENTIN
San Quentin, Ca.
94964

Petitioner Pro Per

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN
      Petitioner

      vs

Robert Sillen ,
Federal Receiver
CALIFORNIA PRISON  HEALTHCARE
RECEIVERSHIP CORP.

      Respondent's

Case Number _____
**PETITION FOR WRIT OF
HABEAS CORPUS,
MEMORANDUM OF POINTS
AND AUTHORITIES IN
SUPPORT THEREOF,
VERIFICATION**

## PETITION FOR WRIT OF HABEAS CORPUS

DARRYL LEE GOLDSTEIN
P-79097 1 North 0001
C.S.P. San Quentin
San Quentin, Ca .
94964

Appearing Pro  Per

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
C.S.P. San Quentin
San Quentin, Ca.
94964

PETITIONER PROPER


## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| DARRYL LEE GOLDSTEIN<br>      Petitioner | Case No: _____<br>MEMORANDUM OF<br>POINTS AND<br>AUTHORITIES IN<br>SUPPORT OF<br>PETITION FOR |
|       vs.<br>ROBERT SILLEN RECEIVER<br>CALIFORNIA PRISON HEALTHCARE<br>RECEIVERSHIP CORP. | WRIT OF HABEAS<br>CORPUS............ |
|      Respondent's | |

---


### MEMORANDUM OF POINTS  AND AUTHORITIES

### BACKGROUND

Petitioner , an inmate at San Quentin State Prison
filed a pro per request for habeas corpus. This request came
after the petitioner was unable to obtain adequate health care
for a serious foot problem.


Petitioner who is diabetic suffers from severely

calloused feet with a growth inside the right foot little toe.

While petitioner has been seen by the prison foot doctor he

has not been provided the foot surgery that would relieve the

pain and suffering he has to bear..

(1)

This case has a history of being litigated in both
the Marin County Superior Court and the California Court of
Appeal , First  Appellate District Division  ( **Petitioner's
Request for Judicial Notice attached and served herewith.** )

The Court of Appeal  ON October 2, 2007, denied
the petitioner second request for habeas corpus relief instructed
the petitioner to file this instant action after the California
Attorney Genera ARGUED THAT THE State Court did not have
jurisdiction since this court appointed the Feceral Receiver.

Petitioner directs the Court to the Order of the
California court of appeal , dated October 2, 2007 , attached
hereto as exhibit A

Petitioner contends that the **Order**  sufficiently
outlines his situation and the aspects of the legal issues in
this matter.

This petitioner submits this petition on the pleadings
filed in the lower courts, the pleading of the Prison Law Office
and the attached declaration of Petitioner .

Respectfully submitted

By _____
**DARRYL LEE GOLDSTEIN**
Petitioner Pro Per

(2)

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin, Ca.
94964


PETITIONER PRO PER


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


DARRYL LEE GOLDSTEIN

     Petitioner

 

 

     vs

ROBERT SILLEN FEDERAL
   CALIFORNIA PRISON
HEALTHCARE RECEIVERSHIP CORP.

    Respondent's

Case No: _____
PETITIONER'S REQUEST
FOR COURT TO TAKE
JUDICIAL NOTICE

FED RUL EVID RULE
201

_____

     Petitioner DARRYL LEE GOLDSTEIN hereby request that this
court take Judicial Notice of the following documents .

     1. All pleadings , records and file in the Marin County
Superior Court Case Number SC 151759A,

     2. All pleadings, records files in the California Court
of Appeal ,First District Division Two, Case Number A118925

     3. All correspondence to the Honorable Theldon Henderson
United States District court Judge , Northern District of California
regarding the issues presented in this petition .

**MEMORANDUM OF LAW**

THIS COURT HAS THE AUTHORITY TO

TAKE JUDICIAL NOTICE OF THE DOCUMENTS REQUESTED

Federal Rules of Evidence , Rule 201 , provides for this court
to take Judicial Notice of the requested materials.

Respcetfully submitted

By _____

DARRYL LEE GOLDSTEIN
Petitioner  Pro Per

Dated No, 14,2007

(2)

PETITION FOR WRIT OF HABEAS CORPUS
FILED WITH FIRST DISTRICT COURT OF APPEAL
STATE OF CALIFORNIA

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
CSP, SAN QUENTIN
SAN QUENTIN, CA
94964


Petitioner Pro Per


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


DARRYL Lee Goldstein

    Petitioner

   vs.

REOBERT SILLEN , Federal Receiver
California Prison HeathCare Receivership
Corp.

CASE NUMBER ____
DECLARATION
IN SUPPORT  Of
Evidentriary
Documents
RE: Habeas Corpus
Petition

_____

      I, DARRYL LEE GOLDSTEIN,hereby declare and
state as follows :

1. I am the petitioner in this case and have been proceeding
pro per in the state courts and this court.As such Iam readialy
familiar with the documents, pleading correspondence , and all
documents attached to this Petition .

2. That the documents attached to this Petition for Writ of
Habeas Corpus are a true and correct copy of what they purport
to be.

(1)

I declare under the penalty of perjury that this declaration
was executed at San Quentin State Prison on November 14, 2007
and that the above is true and correct.


_____
Declarant

Name    **DARRYL LEE GOLDSTEIN**

Address    **P-79097 1 North 001 Lower**

**C.S.P. SAN QUENTIN**

**San Quentin, Ca   94964**

CDC or ID Number    **P-79097**

**ORIGINAL**    MC-275



**FILED**

AUG 3 0 2007

Court of Appeal - First App. Dist.
DIANA HERBERT

DEPUTY

_COURT OF APPEAL_
_DIVISION TWO_ (of California)
_(Court)_

**DARRYL LEE GOLDSTEIN**

Petitioner

vs.

**ROBERT AYERS, Jr. Warden**
**ROBERT SILLEN FEDERAL RECEIVER**
**MARIN COUNTY SUPERIOR**
Respondent
**COURT**

**PETITION FOR WRIT OF HABEAS CORPUS**
**AND OR WRIT OF MANDATE**

No. _____

_(To be supplied by the Clerk of the Court)_

**A 118925**

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form _before_ answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Page one of six

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(e)

American LegalNet, Inc.

DARRYL LEE GOLDSTEIN

P-79097 1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin, Ca
94964

PETITIONER PRO PER

COURT OF APPEAL STATE OFCALIFORNIA
FIRST APPELLATE DISTRICT
DIVISION TWO

DARRYL LEE GOLDSTEIN

      Petitioner

      vs

ROBERT AYERS WARDEN
ROBERT SILLEN , FEDERAL
RECEIVER
MARIN COUNTY SUPERIOR COURT
PEOPLE OF THE STATE OF
CALIFORNIA REAL PARTY

      RESPONDENTS

CASE NUMBER _____
PETITION FOR WRIT OF
HABEAS CORPUS AND OR
MANDATE , MEMORANDUM OF
POINTS AND AUTHORITIES
VERIFICATION

---

### PETITION FOR WRIT OF MANDATE /HABEAS CORPUS

TO THE ANTHONY J KLINE PRESIDNG JUSTICE AND THE ASSOCIATE
JUSTICES OF THE COURT OF APPEAL FIRST APPELLATE DISTRICT
DIVISION TWO

     Petitioner Darryl Lee Goldstein appearing pro per hereby

petitions this court for a Writ of Habeas corpus and Or Mandate .

In support of his request for habeas corpus / mandate relief

petitioner alleges as follows:

<center>I</center>

     Petitioner Darryl Lee Goldstei is restrained of his liberty

by his conviction in the Superior Court State of California , County

of San Mateo .

<center>(1)</center>

This motion is based on this notice of motion, motion, the attached points and authorities served and filed herewith, on all the papers and records on file in this action and on such oral and documentary evidence as may be presented at the hearing of this request

Dated

_____

Defendant Pro Per

2

Correction of Sentence Credits    P.C. 1237.1

Petitioner is presently confined at San Quentin State Prison under prisoner number P-79097 , and suffers from a litany of serious medical problems .

II

Petitioner has been denied appropriate medical care treatment for his podiatry problems and has exhausted his admininstrative remedies through the third level to the Director of Corrections Petitioner has exhausted any remedies available through the Federal Receiver Receiver i .

Petitioner filed a Petition for Habeas corpus in the Marin County Superior Court. That after that Petition was denied the Petitioner sought Habeas Corpus relief from this Court. On August 1, 2007, this Court issued an Order To Show Cause before the Marin County Superior Court , See Exhibit A attached and served herewith.

On August 14, 2007 the Marin county Superior Court Appointed Counsel and Calendared the Matter For Hearing .
On August 20, 2007 , petitioner was notified by this court that the California Attorney had filed with this Court a Request  To Vacate The Order To Show Cause .  This Court directed the Clerk of this Court to strike  the filing of the Request to Vacate  Order To Show Cause.  2

Petitioner by stating that he has also exhausted any remedies availabl from the Federal receiver does not concede that the state courts do not have jurisdiction in this matter .

Defendant Pro Per

SUPERIOR COURT STATE OF CALIFORNIA
COUNTY OF

| | |
|---|---|
| People of the State of California<br>Plaintiff<br>vs<br><br>Defendant | Case No ______<br>Defendant's Motion To Correct Sentencing Credits Penal Code Section 1237.1 |

TO THE HONORABLE PRESIDING JUDGE of the aforementioned County.

Defendant hereby moves this court for an order correcting the amount of pre-sentence credits.

See also Exhibit B attached and served herewith.

On August 21, 2007 the Office of Edmund G. Brown Jr, Attorney General filed a Request To Vacate Order To Show Cause  with the Marin County Superior Court. That request was granted by the Marin County Superior Court on August 22, 2007. See Exhibits Cand D attached and served herewith.

## II

Petitioner contines to suffer with podiatry problems which are not being addressed by the San Quentin Medical Staff or the Office of the Receiver.

## REASON FOR GRANTING RELIEF

This Court should grant petitioner either habeas corpus or mandate  relief directing the Marin County Superior Court to reinstate its  Order Appointing Counsel and Setting a Hearing inclusive of the consideration of the medical expert.

The Attorney General has not provided any other reaon ( i.e. points and authority ) to revoke the order to show cause except that the receiver had taken over the prison Health Care Section .

Petitioner who has struggled with this medical problem over a year has not been provided appropriate medical care and treatment . Petitioner who is diabetic stands to lose his right foot from the problem that has become worse. See Declaration of Darryl

---

fn 2  Neither the Pleading filed in this Court by the Attorney General or the Request For Additional Time and Subsequent Request To Vacate the Order to Show Cause, filed by the Attorney General were filed

*Proof of Service — Mail*

## PROOF OF SERVICE

Re:     Case Number _____

          Case Title _____

          _____

        I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of M̲A̲R̲I̲N̲ _____ and my business/residence address is

_____

_____

On _____, I served the attached document described as a M̲O̲T̲I̲O̲N̲ ̲T̲O̲ ̲C̲O̲R̲R̲E̲C̲T̲ P̲r̲e̲ ̲S̲e̲n̲t̲e̲n̲c̲e̲ ̲C̲r̲e̲d̲i̲t̲s̲ ̲P̲.̲C̲.̲ ̲S̲e̲c̲ ̲1̲2̲3̲7̲.̲1̲ on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in S̲a̲n̲ ̲Q̲u̲e̲n̲t̲i̲n̲, California, addressed as follows:

I _____ declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____

S̲a̲n̲ ̲Q̲u̲e̲n̲t̲i̲n̲ , California.

_____

                          Signature

Goldstein In Support of Medical condition attached to Motion For
Appointment of Counsel Filed in the Main County Superior Court,
attached and served herewith.

Clearly petitioner can not proceed to the federal courts
without exhausting his state court remedies, moreover petitioner
has seriuos /emergency medical need .

## CONCLUSION

For the reasons expressed herein and in the petitioners
original habeas corpus petition and all subsequent pleading in both
this Court and the Marin County Superior Court, petitioner
respectfully request that this court grant relief as requested .

Dated August 28, 2007

By _____

Petitioner Pro Per

---

with petitioners appointed counsel , The Prison Law Office but instead
to petitioner based on the proffs of service.

(4)

Penal code sections 2900.5 and 4019, mandate that a sentencing court investigate and determine the amount of presentence credits provided to a defendant.

Wherefore based on the above arguments defendant respectfully request that his presentence credits be corrected accordingly and a amended abstract of judgment be ordered.

Respectfully Submitted

By _____    Dated
        Defendant Proper

5

Correction of Sentencing Credits   P.C. 1237.1