RECEIVED

NOV 2 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

CV 07    5958

**SBA**

**(PR)**

# EXHIBIT A



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| In re DARRYL LEE GOLDSTEIN, on Habeas Corpus. | A117652 |

<div style="float:right">

**FILED**
Court of Appeal First Appellate District

AUG - 1 2007

Diana Herbert, Clerk
By_____Deputy Clerk

</div>

(Marin County
Super. Ct. No. SC 151759A)

BY THE COURT:

Petitioner having made out a prima facie case for relief for lack of adequate footwear compatible with his medical condition, the Director of the Department of Corrections and Rehabilitation is ordered to show cause before a judge to be appointed by the presiding judge of the Marin County Superior Court, why the relief prayed for should not be granted. The court is directed to take evidence and make a determination as to whether petitioner has been provided adequate footwear that is compatible with his medical condition, and if not, to order that such be provided.

If the trial court determines that petitioner cannot afford counsel, it shall appoint counsel to represent him in this matter. (Cal. Rules of Court, rule 4.551(c)(2).)

This order to show cause is to be served and filed on or before August 2, 2007. It shall be deemed served upon mailing by the Clerk of this Court of certified copies of this order, together with a copy of the petition for writ of habeas corpus, to all parties to this proceeding and to respondent superior court. The return shall be filed with the Marin County Superior Court on or before August 17, 2007, and the traverse shall be filed on or before August 31, 2007.

Dated: _____AUG - 1 2007_____

**KLINE, P. J.**
                                    P.J.

I, DIANA HERBERT, CLERK OF THE COURT OF APPEAL STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT, DO HEREBY CERTIFY THAT THE PRECEDING AND ANNEXED IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.

WITNESS MY HAND AND THE SEAL OF THE COURT THIS 1st DAY OF August 20 07

DIANA HERBERT              CLERK

1

1    Subsequent to the filing of the return and the filing of a traverse

2   with the Marin Superior Court as scheduled and ordered by the

3   referenced Court of Appeal, a hearing on petitioner's complaint for

4   relief for lack of adequate footwear compatible with his medical

5   condition shall be timely held in Marin Superior Court, 3501 Civic

6   Center Drive, San Rafael, CA 94903.

7        The hearing will be held on Friday, October 26, 2007, at 9:00

8   a.m. in Courtroom K.

9        Further, on its own motion, this court authorizes the following:

10  If the Prison Law Office, petitioner's legal representative,

11  determines that the expert opinion of an independent podiatrist is

12  needed to evaluate the issue related to petitioner's footwear and to

13  present expert testimony at the hearing, the Prison Law Office is

14  authorized to enter into contract with an independent podiatrist for

15  these purposes, and at its earliest opportunity, to inform the court

16  as to the estimated costs related thereto.

17       All parties to the proceeding are ordered to appear on October

18  26th.  Petitioner shall be transported and delivered into the custody

19  of the bailiff of this court by the date, time and place set for the

20  hearing so that petitioner may act as a witness in connection with his

21  request for relief in habeas corpus.

22  Date:  August 14, 2007

Faye D'Opal, Judge

23

24

25

STATE OF CALIFORNIA )
COUNTY OF MARIN         )

IN RE: **DARRYL GOLDSTEIN**

ACTION NO.: **SC151759A**

(PROOF OF SERVICE BY MAIL – 1013A, 2015.5 C.C.P.)

I AM AN EMPLOYEE OF THE SUPERIOR COURT OF MARIN; I AM OVER THE
AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE WITHIN ABOVE-
ENTITLED ACTION; MY BUSINESS ADDRESS IS CIVIC CENTER, HALL OF
JUSTICE, SAN RAFAEL, CA 94903.  ON **August 14, 2007** I SERVED THE WITHIN
*ORDER APPOINTING COUNSEL AND CALENDARING MATTER FOR*
*HEARING* IN SAID ACTION TO ALL INTERESTED PARTIES, BY PLACING A
TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE
THEREON FULLY PREPAID, IN THE UNITED STATES POST OFFICE MAIL BOX
AT SAN RAFAEL, CA ADDRESSED AS FOLLOWS:

| | |
|---|---|
| *DARRYL LEE GOLDSTEIN*<br>*CDC #: P-79097*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94974* | *WARDEN*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94974* |
| *ATTORNEY GENERAL*<br>*ATTN: ANYA BINSACCA*<br>*CORRECTIONAL LAW SECTION*<br>*455 GOLDEN GATE AVENUE*<br>*12TH FLOOR*<br>*SAN FRANCISCO, CA 94102* | *FIRST DISTRICT APPELLATE PROJECT*<br>*730 HARRISON STREET, SUITE 201*<br>*SAN FRANCISCO, CA 94107-1271* |
| *MARIN COUNTY DISTRICT ATTORNEY*<br>*ROOM 130*<br><br>*VIA INTER OFFICE MAIL* | *PRISON LAW OFFICE*<br>*2173 EAST FRANCISCO BLVD., #M*<br>*SAN RAFAEL, CA 94901* |

*I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF*
*THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATE:   8/14/07   M Murphy

**EXHIBIT E**

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin, Ca
94964
Petitioner Pro Per


## SUPERIOR COURT STATE OF CALIFORNIA
## COUNTY OF MARIN


<u>In re Darryl Lee Goldstein</u>

      **On Habeas Corpus**

CASE NUMBER SC-151559 A

<u>Petitioner'S Motion  For</u>
Appointment of Cpunsel
Declaration of Indigency


TO THE HONORABLE PRESIDING JUDGE OF THE AFOREMENTIONED COURT, the

Petitioner Darryl Lee Goldstein , appearin  Pro Per hereby request

appointment of counsel pursuant to California Rules of Court

Rule 4.551 (c) (2).

Petitioner is presently confined of his liberty at san Quentin

State Prison and is indigent and unable to afford counsel.


I declare under the penalty of perjury that the foregoing is true

and correct. and that this Declaration was executed at San Quentin

State Prison on August 3, 2007.

<u>declarant</u>

(1)

REPORT·ID: TS3030                                          REPORT DATE: 07/02/07
                                                           PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: APR. 01, 2007 THRU JUL. 02, 2007

ACCOUNT NUMBER : P79097                    BED/CELL NUMBER: N 1 00000000001L
ACCOUNT NAME   : GOLDSTEIN, DARRYL LEE          ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                            TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                            TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
  -----------  ----------  -----------   -----------  ---------  ------------
      0.00        0.00        0.00          0.00        0.00         0.00
  -----------  ----------  -----------   -----------  ---------  ------------

                                                                  CURRENT
                                                                 AVAILABLE
                                                                  BALANCE
                                                               -------------
                                                                    0.00
                                                               -------------

**CALIFORNIA**
**PRISON HEALTH CARE**
**RECEIVERSHIP CORP.**

Robert Sillen
Receiver

May 29, 2007

Darryl Goldstein
San Quentin State Prison (SQ)
P79097, 1N-01-Low
San Quentin, CA 94964

Dear Mr. Goldstein:

The California Prison Health Care Receivership has received your letter. We appreciate your correspondence. Our office carefully reviews each communication we receive regarding inmate patient health care. All information provided to us is considered in implementing systemic reform.

Due to the high volume of letters we receive, we are unable to immediately respond to all individual cases. You may wish to contact counsel for the inmate class in *Plata v. Schwarzenegger*, the Prison Law Office. For your records, the address to the Prison Law Office is:

Prison Law Office
General Delivery
San Quentin, CA 94549

The Receiver is committed to creating a system where custody and health care staff together guarantee that access to care and quality of medical services in California prisons meet constitutional standards. An integral part of meeting that goal is hearing from the patients about the treatment they are receiving.

We will achieve improvements in the quality of medical care. However, it is a large and complex problem for which there are no quick fixes, but I assure you that the work has already begun. Thank you for your interest in the remedial process.

Sincerely,

*Kristina Hector*

Kristina Hector
Inmate Patient Relations Manager

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin , Ca
94964

August 3, 2007

The Honorable Presiding Judge
Superior Court  State  of California
County of Marin
3501 Civic center Drive , P.O. Box 4988
San Rafael, California
94903

RE :'In re Daryl Lee Goldstein On Habeas Corpus
Marin County Superior Court Number Sc -151759 A
First District Court of Appeal NumbA-117652

Dear Presiding Judge :

I am the Petitioner in the aforementioned Habeas Corpus matter.
On August 2, 2007, I received the attached Order signed by the
Presiding Justice of the Court of Appeal, First District , Division
Two, The Honorable Anthony J. Kline.

Attached to this letter for the Court's consideration are (1) a
motion for Appointment of Counsel , pursuant to california Rules
of Court Rule, 4551 (c) (2), and (2) a Declaration  in support
of Petitioner's present serious medical problems .

Petitioner request that these documents become a part of the Record
in this case.

Additionally, Petitioner wishes to inform the Court that in the
past he has been assited by **Prison Law Office**  with regards to
medical issues . That Office maintains a file on matters related
to the issues in the present Petition. Petitioner is aware that
both the **Prison Law Office**  and the Office of  **Charles Carbone**
**( California Prison Focus Medical )**  , have medical experts
available . There is the possibility that a Medical Expert may
be needed given the posture of this case.

Thank you for Allowing Petitioner to address  these matters to
the Court.

Very truly yours,

Page Two: In re Darryl Lee Goldstein On Habeas Corpus SC151759
August 3, 2007


Darryl Lee Goldstein
Petitioner
/dlg
CC: Respondents

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

In re DARRYL LEE GOLDSTEIN,

on Habeas Corpus.

A117652

(Marin County
Super. Ct. No. SC 151759A)

```
┌─────────────────────────────────────┐
│              FILED                    │
│ Court of Appeal First Appellate District │
│                                       │
│          AUG  -1 2007                 │
│                                       │
│        Diana Herbert, Clerk           │
│ By_____Deputy Clerk        │
└─────────────────────────────────────┘
```

BY THE COURT:

Petitioner having made out a prima facie case for relief for lack of adequate footwear compatible with his medical condition, the Director of the Department of Corrections and Rehabilitation is ordered to show cause before a judge to be appointed by the presiding judge of the Marin County Superior Court, why the relief prayed for should not be granted. The court is directed to take evidence and make a determination as to whether petitioner has been provided adequate footwear that is compatible with his medical condition, and if not, to order that such be provided.

If the trial court determines that petitioner cannot afford counsel, it shall appoint counsel to represent him in this matter. (Cal. Rules of Court, rule 4.551(c)(2).)

This order to show cause is to be served and filed on or before August 2, 2007. It shall be deemed served upon mailing by the Clerk of this Court of certified copies of this order, together with a copy of the petition for writ of habeas corpus, to all parties to this proceeding and to respondent superior court. The return shall be filed with the Marin County Superior Court on or before August 17, 2007, and the traverse shall be filed on or before August 31, 2007.

Dated:    AUG - 1 2007

KLINE, P. J.

I, DIANA HERBERT, CLERK OF THE COURT OF APPEAL STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT, DO HEREBY CERTIFY THAT THE PRECEDING AND ANNEXED IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
WITNESS MY HAND AND THE SEAL OF THE COURT

.DARRYL LEE GOLDSTEIN

P-79097 1 North 001 Lower

CSP, San Quentin

San Quentin, Ca

94964

Petitioner Pro Per


## SUPERIOR COURT STATE OF CALIFORNIA
## COUNTY OF MARIN

In re Darryl Lee Goldstein

     On Habeas Corpus

Case Number Sc-151759A
Declaration of
Darryl Lee Goldstein
In Support of Petitioners
Serious Medical Condition

---

    I DARRYL LEE GOLDSTEIN, hereby declare and state as follows:

1. I am the petitioner in this action and am presently confined of my liberty at San Quentin State Prison .

2. That I suffer from a number of serious medical problems including but not limited to cardiovascular problems, hypertension, gluacoma, vision loss ,epileptic seizures, diabetes, and elevated cholesterol , podiatry problems.

3. That adequate medical treatment for those concerns have been denied delayed and obstructed by the North Block Unit Doctor ,C David

.4. That in order to obtain appropriate medical treatment review I have had to use the inmate administrative appeals system which in most cases has been to no avail.

5. That the Unit Doctor (**Dr David** )  has consistently refused to answer my appeals, nor have my medical appeal been answered by the medical staff in a timely fashion.

(1)

6. That after after this Court denied my Habeas Corpus Petition
requesting footcare treatment ( i.e. shoes and referral for oper
ation ) I was seen by the foor doctor.

7. Mt appointment with the foot doctor was the result of the pleadings
in the Habeas Corpus action and my leters to Correctional Officials
in Sacrament.

8. That when I saw Dr Griffin , the foot doctor  he agreed that I
had a need for special shoes and noted my inability to get the
cooperation of custody staff, and referred me to a specialist that
had shoe smade for me.

9. That although the shoes were designed for my feet they husrt based
on the growth inside my right foot little toe and the extent of the
callouses on both feet.

10. That while my medical records may indicate that I have been seen
a number of time by Dr Griffn , the treatment provided has been only
to trim the inside of my  right foot little toe.

11. That during my last appointment with Dr Griffin , he told me
that surgery would most likely have to be done on my right foot to
stop the growth and pain.

12. The pain in my right foot at times becomes so bad that it
keeps me awake at night and prevents me from walking.

13, ThaT I have addressed my concerns about my feet and my
diabetic condition to medical staff to no avail, that is Dr David
continues to diminish my condition.

14 That attached to this Declkaration are true and correct copies
of verification of my medications , request for treatment  and letters
to staff requesting adequate treatment for my medical problems.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declartion was executed at San Quentin State Prison on August 3, 2007

_____
Declarant

(3)

EXHIBIT SECTION

!. Verification of Medical Problems

2. Verification of Petitioners delayed medical appeal

3. Verification of Petitioner exhausting administrative remedies

4. Request for adequate footcare treatment

*** PATIENT PROFILE ***
Includes Current Prescriptions as of 07/17/2007

*************************************************************************

097  GOLDSTEIN,D                                    CURRENT UNIT: 1-N-001L
                                DOB:   /  /    HT:    ft  in       WT:   0
RGIES:
==========================================================================
RT      Rx/Qty  DRUG                              PHYSICIAN          STOP
--------------------------------------------------------------------------
23/2007  478100  PERIDEX ORAL RINSE 480ML         HONG            08/22/2007
             480  SWISH AND SPIT 2 TIMES A DAY                     1-N-001L
--------------------------------------------------------------------------
25/2007  469904  IBUPROFEN 600MG                  DAVID, C        07/25/2007
              60  TAKE 1 TAB/CAP TWICE A DAY AS NEEDED             1-N-001L
--------------------------------------------------------------------------
30/2007  479441  NITROGLYCERIN 0.4MG S.L.         WILLIAMS, W     08/29/2007
              25  1 TAB/CAP UNDER TONGUE EVERY 5-10MINS AS NEEDED  1-N-001L
--------------------------------------------------------------------------
04/2007  462899  HYDROCHLOROTHIAZIDE 25MG         DAVID, C        04/04/2008
              30  TAKE 1 TAB/CAP DAILY                             1-N-001L
--------------------------------------------------------------------------
04/2007  462900  METOPROLOL 50MG                  DAVID, C        04/04/2008
              60  TAKE 1 TAB/CAP 2 TIMES A DAY                     1-N-001L
--------------------------------------------------------------------------
04/2007  462901  AMLODIPINE 5MG (NORVASC)         DAVID, C        04/04/2008
              30  TAKE 1 TAB/CAP DAILY                             1-N-001L
--------------------------------------------------------------------------
04/2007  462902  LISINOPRIL 20MG                  DAVID, C        04/04/2008
              60  TAKE 2 TAB/CAP ONCE DAILY                        1-N-001L
--------------------------------------------------------------------------
04/2007  462903  METFORMIN 500MG                  DAVID, C        04/04/2008
             120  TAKE 2 TAB/CAP 2 TIMES A DAY                     1-N-001L
--------------------------------------------------------------------------
04/2007  462904  ASPIRIN EC 81MG                  DAVID, C        04/04/2008
              30  TAKE 1 TAB/CAP DAILY                             1-N-001L
--------------------------------------------------------------------------
04/2007  462907  PHENYTOIN 100MG                  DAVID, C        04/04/2008
              90  TAKE 3 TAB/CAPS DAILY                            1-N-001L
--------------------------------------------------------------------------
04/2007  462908  LUMIGAN 0.03% 5ML                DAVID, C        10/02/2007
               5  1 DROP IN EACH EYE DAILY                         1-N-001L
--------------------------------------------------------------------------
04/2007  462910  BRIMONIDINE 0.15% 5ML            DAVID, C        10/02/2007
               5  1 DROP IN EACH EYE 2 TIMES DAILY                 1-N-001L
--------------------------------------------------------------------------
17/2007  491878  EUCERIN CREAM 120GM              DAVID, C        08/16/2007
               0  PENDING                                          1-N-001L
--------------------------------------------------------------------------
17/2007  491879  ATORVASTATIN 20MG                DAVID, C        01/13/2008
              30  TAKE 1 TAB/CAP DAILY                             1-N-001L
--------------------------------------------------------------------------


==========================================================================
=============                                       PRINTED: 07/17/2007
3 1            ***** END OF PROFILE *****

# TREAT AS ORIGINAL

**INMATE/PAROLEE
APPEAL FORM**
DC 602 (12/87)

| | Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|---|
| | | 1. | | 1. | |
| | | 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| GOLDSTEIN, DARRYL | P-79097 | Unass | 1 N 001 Low |

Describe Problem:  APPELLANT REQUEST THAT THE FOLLOWING OVERDUE MEDICAL

APPEALS BE ANSWERED AND AN EXPLANATION AS TO WHY THEY HAVE BEEN

UNTIMELY ANSWERED .

1. Log NumberCSQ 07-00767 due 4/17/07 (second level0

2. CSQ 07-00673 Due 4/ 20-2007 (second level )

3. CSQ 07-00769 due 3/28/07 ((second level)

4. CSQ -07  00106 due 4/06/2007 (second level)

5. CSQ 07-00095 due 4/06-2007 (second Level )

If you need more space, attach one additional sheet.

Action Requested:     APPELLANT REQUEST THAT THE APPEALS BE ANSWERED

AND HE BE PROVIDED A REASON FOR THE DELAY AND WHO THE RESPONSIBLE

STAFF MEMBER IS FOR THE DELAY

Inmate/Parolee Signature: *[signature]*          Date Submitted: 4/27/07

**INFORMAL LEVEL** (Date Received: APR 27 REC'D

Staff Response: *Your appeal with log # 00767 completed in 6/19. Log # 07-00673 was assigned to custody and completed. Log # 07-00769 was processed on 5/29/07. Log # 07-00106 was completed on 6/19/07. Log # 07-00095 was completed on 5/29/07. Due to a heavy backlog of appeals these appeals were delayed.*
COLVIN on 6/25/07          SEE ATTACHED

Staff Signature: *[signature]*          Date Returned to Inmate:

**FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Goldstein Darryl
CDC # P79097
Continuation to 602 attached dated 4/27 rec'd.
We apologize for the inconvenience that this may
have caused you. These appeals were all
returned to you.


C Olivarez
Medical Appeals Unit

JUN 26 2007



16, 2007

DARRYL LEE GOLDSTEIN

P-79097   1 North 001 Lower

Dr Saylor
CHIEF MEDICAL OFFICER
C.S.P. SAN QUENTIN

RE DARRYL LEE GOLDSTEIN, P-79097

    OVERDUE APPEALS


PLEASE NOTE THAT THE FOLLOWING APPEALS THAT REQUEST MEDICAL
ATENTIION ARE NOW OVERDUE.

Log Number CSQ 2-07-00106 Due 4/6/07
                                              CSQCSQ -02-07-00095 Due 4/6/07
Log Number CSQ-2-07-00769 Due 3/28/07

THANK YOU,

DARRYL LEE GOLDSTEIN
/dlg

MEDICAL APPEALS
APPEALS COORDINATOR

APR 25 REC'D

6/25/07

Please see attached appeal response

C. Oliver RN

July  9, 2007

Appeals Coordinator
C.S.P.SAN QUINTIN

RE GOLDSTEIN, P-79097
    Overdue Appeal Log Number   CSG-3-07-01397

The above reference appeal was due on June 25, 2007, thus far
I have not received it back. Please advise

Thank you,

Darryl Lee Goldstein
P-79097

JUL 1 1 REC'D

*Staff has been notified about your
Overdue appeal.*

*K Marshall*

Cₒ

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location:    Institution/Parole Region       Log No.                Category

1. _____ SQ _____        1. _07·02509_        _8_

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| GOLDSTEIN, DARRYL | P-79097 | Unass | 1 N 001 Lo |

A. Describe Problem: APPELLANT REQUEST THAT THE FOLLOWING OVERDUE MEDICAL
APPEALS BE ANSWERED AND AN EXPLANATION AS TO WHY THEY HAVE BEEN
UNTIMELY ANSWERED .

1. Log NumberCSQ 07-00767 due 4/17/07 (second level0

2. CSQ 07-00673 Due 4/ 20-2007 (second level )

3. CSQ 07-00769 due 3/28/07 ((second level)

4. CSQ -07  00106 due 4/06/2007 (second level)

5. CSQ 07-00095 due 4/06-2007 (second Level )

If you need more space, attach one additional sheet.

B. Action Requested: APPELLANT REQUEST THAT THE APPEALS BE ANSWERED
AND HE BE PROVIDED A REASON FOR THE DELAY AND WHO THE RESPONSIBLE
STAFF MEMBER IS FOR THE DELAY

Inmate/Parolee Signature: _d. Lee Goldstein_    APR 27 REC'D    Date Submitted: 4/27/07

C. INFORMAL LEVEL (Date Received: APR 30 REC'D )

Staff Response: Your appeal is partially granted. Due to the many changes in the Department, we are currently experiencing a backlog of Second level appeals. We have acquired a new staff person to complete the process. We apologize for any inconvenience this has caused you. Your second levels will arrive shortly.

Staff Signature: _A. Levine RN  6-11-07_    Date Returned to Inmate: JUN 14 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

APPELLANT REMAINS DISSATISFIED AND SUBMITS TO FORMAL LEVEL AND
SPECIFICALLY REQUEST THAT THE DELAY IN ANSWERING MEDICAL
APPEALS BE ADDRESSSED IN DETAIL AS WELL AS THE DELAY IN
RESPONDING TO THIS APPEAL.

Signature: _d. Lee Goldstein_    Date Submitted: 6/19/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:     July 16, 2007

To:       Goldstein, (P-79097)

From:     San Quentin State Prison (SQ)

Subject:  **APPEALS LOG # CSQ-3-07-02509**

This memo is in response to your appeal CSQ-3-07-02509 in reference to the following appeals:

        Log #        Due Date
·      07-00767      4/14/07
         ▪ This appeal regarding a request for a pillow and egg crate mattress, was denied on 6/19/07.

·      07-00673      4/20/07
         ▪ This appeal is a custody issue, not medical. Therefore, I am unable to update you on the status or closure of this appeal.

·      07-00769      3/28/07
         ▪ This appeal regarding your request to be scheduled with Dr. Lin was granted on 5/29/07.

·      07-00106      4/6/07
         ▪ This appeal regarding your dispute of a $5.00 co-pay for a clinic visit, was denied 6/19/07.

·      07-00095      4/6/07
         ▪ This appeal regarding your eye surgery and podiatrist appointment, was partially granted 5/29/07.

I believe our discussion and this appeal response clears up all outstanding informal and/or First Level Medical Appeals.

Thank you for your patience while we improve the medical appeals process.

S. Grove, RN
Supervising Registered Nurse II
San Quentin State Prison

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| DARRYL LEE GOLDSTEIN | P-79097 | 1 North 001 |

| PATIENT SIGNATURE | DATE |
|---|---|
| L | July 30, 2007 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  I have growth inside my little toe that is extremely painful and prevents me from sleeping , I need to have my feet shaved and they are painful

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

DARRYL Lee Goldstein
P-79097 1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin, california
04064

Petitioner Pro Per


## SUPERIOR COURT STATE OF CALIFORNIA
## COUNTY OF MARIN


In re Darryl Lee Goldstein

    On Habeas Corpus

Case Number SC-151559 A
Declaration of

John Phillips

_____


      I, John Philips hereby declare and state as folows:

1. I am prisoner at San Quentin State Prison , under prisoner number
V-88750.

2. That I have a verified mobility problem and wear a green
vest to indentify this disability.

3. That I have been unable to obtain prope foot wear consistent with
my medical problems  the last six months.

4. My medical appeals have been left unanswered at the Second level
thus not allowing me to seek exhaustion to the director's Level.

5. That attached to this declaration are verification of my medical
condition and efforts to obtain appropriate footcare treatrment .

I declare under the penalty of perjury that the foregoing is true
and correct and that this Declaration was executed on August 3, 2007,
at San Quentin State Prison.


_____

DECLARANT


(2)

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SQ | 07-01567 | 18. ADA |

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

4 H 63

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| PHILLIPS , JOHN | V-88750 | MED UNNS | | 4 H 66 Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

APPELLANT SUFFERS FROM SEVER PODIATARY PROBLEMS AND HAS A

PRONOUNCED MOBILITY IMPAIRMENT

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

CDCR MEDICAL FILES ( APPELLANT HAS BEEN SEEN BY THE FOOT DOCTOR

IN THE PAST)

DESCRIBE THE PROBLEM:

APPELLANT NEED ORTHPEDIC SHOES IN ORDER TO NORMALIZE HIS

MOBILITY . APPELLANTHAS SHOES WHICH ARE NOT PROVIDING

THE SUPPORT AND ALLOWING HIM TO COMPLETE HIS DAILY ACTIVITIES

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

APPELLANT REQUEST THAT HE BE PROVIDED SHOES CONSISSTANT WITH

HIS MEDICAL IMPAIRMANT  IN A TIMELY FASHION

John Phillips                                        4/12/07   APR 13 REC'D

INMATE/PAROLEE'S SIGNATURE                           DATE SIGNED



OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**NSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical ndition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the .commodation is temporary, write the date the accommodation expires on the line. A new form shall be generated hen a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated all include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be viewed annually. This form shall be honored as a permanent chrono at all institutions.

## HOUSING

| | | |
|---|---|---|
| 1. Barrier Free/Wheelchair Access P / T _____ | 4. Bottom Bunk | P / T _____ |
| 2. Ground Floor Cell P / T _____ | 5. Single Cell (See 128-C date: _____ ) | P / T _____ |
| 3. Continuous Powered Generator P / T _____ | 6. Permanent OHU / CTC (circle one) | P / T _____ |
| | 7. Other _____ | P / T _____ |

## MEDICAL EQUIPMENT/SUPPLIES

| | | |
|---|---|---|
| Limb Prosthesis P / T _____ | 16. Wheelchair: (type) _____ | P / T _____ |
| Brace P / T _____ | 17. Contact Lens(es) & Supplies | P / T _____ |
| Crutches P / T _____ | 18. Hearing Aid | P / T _____ |
| Cane: (type) _____ P / T _____ | 19. Special Garment: | |
| Walker P / T _____ | (specify) _____ | P / T _____ |
| Dressing/Catheter/Colostomy Supplies P / T _____ | 20. Rx. Glasses: _____ | P / T _____ |
| Shoe: (specify) STATE LEATHER Flexible Sole P / T _____ | 21. Cotton Bedding | P / T _____ |
| | 22. Extra Mattress | P / T _____ |
| Dialysis Peritoneal P / T _____ | 23. Other _____ | P / T _____ |

## OTHER

| | | |
|---|---|---|
| Attendant to assist with meal access P / T _____ nd other movement inside the institution. | 26. Therapeutic Diet: (specify) | P / T _____ |
| dant will not feed or lift the inmate/patient rform elements of personal hygiene. | 27. Communication Assistance | P / T _____ |
| | 28. Transport Vehicle with Lift | P / T _____ |
| Wheelchair Accessible Table P / T _____ | 29. Short Beard | P / T _____ |
| | 30. Other _____ | P / T _____ |

## PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

d on the above, are there any physical limitations to job assignments?  ☐ Yes  ☑ No

;, specify: _____

| | | |
|---|---|---|
| TUTION SQ | COMPLETED BY (PRINT NAME) JOHN GRIFFITH | TITLE RN |
| ATURE Griffith | DATE 3-3-07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| CMO SIGNATURE | DATE 3/9/7 | Phillps, John 6-5-55 V-88750  4H66L |
| ROVED (list the number of items approved) | | |
| IED (list the number of items denied) | | |

**COPY**

PREHENSIVE ACCOMMODATION

DR. GRIFFITH, THE CLOTHING DISTRIBRITION IS UNABIE TO FIT ME WITH
A PROPER FITTING PAIR OF SHOES. WOULD YOU PIEASE SET AN APPOINT-
MENT FOR ME WITH THE PROSTHETICS DOCTOR, WHOM CAN SET ME UP WITH A
SPECIAI PAIR OF PROPERTLY FITTING ORTHOPEDIC SHOES.

                                    THANK YOU,

                           SIGNED, *John Phillps*

NAME and NUMBER      **PHILLIPS**              **V-88750**         **4-H-63L** CDC-128-B Rev. 4/7

On Thursday, June 14 2007, at approximately 0910 hours, while working position #927, H-Unit
Dorm #4 Housing Officer, I was given a pair of shoes form Officer R. MOSS. I was instructed to
give the shoes to inmate PHILLIPS, V-88750, housed in 4-H-63L. Inmate PHILLIPS told me the
shoes hurt his feet and refused them. I turned the shoes over to Officer R. MOSS and inmate
PHILLIPS filled out a 7362 for a different pair of shoes.

                              *D. Fagundes*

                              **D. FAGUNDES**
Original: C-File                **Correctional Officer**
    CC: CCI                    **H-Unit**
        Inmate

DATE        06/14/07                          *CSP/SQ*  .        GENERAL CHRONO

```
                          *** PATIENT PROFILE ***
                Includes Current Prescriptions as of 08/14/2007
```

**************************************************************************
P-79097  GOLDSTEIN,D                              CURRENT UNIT: 1-N-001L
ALLERGIES:                      DOB:   /  /     HT:    ft  in    WT:    0
========================================================================
START      Rx/Qty  DRUG                          PHYSICIAN        STOP
========================================================================
07/17/2007 491879  ATORVASTATIN 20MG             DAVID, C         08/16/2007
LMA            30  TAKE 1 TAB/CAP DAILY                           1-N-001L
------------------------------------------------------------------------
07/23/2007 478100  PERIDEX ORAL RINSE 480ML      HONG             08/22/2007
FW            480  SWISH AND SPIT 2 TIMES A DAY                   1-N-001L
------------------------------------------------------------------------
07/25/2007 491878  EUCERIN CREAM 120GM           DAVID, C         01/21/2008
LMA           120  APPLY TO SKIN EVERYDAY (OK'D)                  1-N-001L
------------------------------------------------------------------------
07/30/2007 479441  NITROGLYCERIN 0.4MG S.L.      WILLIAMS, W      08/29/2007
FW             25  1 TAB/CAP UNDER TONGUE EVERY 5-10MINS AS NEEDED 1-N-001L
------------------------------------------------------------------------
08/03/2007 462899  HYDROCHLOROTHIAZIDE 25MG      DAVID, C         04/04/2008
FW             30  TAKE 1 TAB/CAP DAILY                           1-N-001L
------------------------------------------------------------------------
08/03/2007 462900  METOPROLOL 50MG               DAVID, C         04/04/2008
FW             60  TAKE 1 TAB/CAP 2 TIMES A DAY                   1-N-001L
------------------------------------------------------------------------
08/03/2007 462901  AMLODIPINE 5MG (NORVASC)      DAVID, C         04/04/2008
FW             30  TAKE 1 TAB/CAP DAILY                           1-N-001L
------------------------------------------------------------------------
08/03/2007 462902  LISINOPRIL 20MG               DAVID, C         04/04/2008
FW             60  TAKE 2 TAB/CAP ONCE DAILY                      1-N-001L
------------------------------------------------------------------------
08/03/2007 462903  METFORMIN 500MG               DAVID, C         04/04/2008
FW            120  TAKE 2 TAB/CAP 2 TIMES A DAY                   1-N-001L
------------------------------------------------------------------------
08/03/2007 462904  ASPIRIN EC 81MG               DAVID, C         04/04/2008
FW             30  TAKE 1 TAB/CAP DAILY                           1-N-001L
------------------------------------------------------------------------
08/03/2007 462907  PHENYTOIN 100MG               DAVID, C         04/04/2008
FW             90  TAKE 3 TAB/CAPS DAILY                          1-N-001L
------------------------------------------------------------------------
08/03/2007 462908  LUMIGAN 0.03% 5ML             DAVID, C         10/02/2007
FW              5  1 DROP IN EACH EYE DAILY                       1-N-001L
------------------------------------------------------------------------
08/03/2007 462910  BRIMONIDINE 0.15% 5ML         DAVID, C         10/02/2007
FW              5  1 DROP IN EACH EYE 2 TIMES DAILY               1-N-001L
------------------------------------------------------------------------
08/10/2007 498848  CIPROFLOXACIN OPTH 2.5CC      KANAN,MD         08/17/2007
KS              1  2 DROPS IN RIGHT EYE TWIC E DAILY              1-N-001L
------------------------------------------------------------------------
08/10/2007 498849  PREDNISOLONE1% OPTH(ACET)     KANAN,MD         08/17/2007
KS              1  ONE DROP IN RIGHT EYE FOUR TIMES A DAY         1-N-001L
------------------------------------------------------------------------

========================================================================
PAGE 1                                          PRINTED: 08/14/2007
```

```
                          *** PATIENT PROFILE ***
               Includes Current Prescriptions as of 08/14/2007

**********************************************************************
P-79097   GOLDSTEIN,D                         CURRENT UNIT: 1-N-001L
ALLERGIES:                       DOB:   /  /    HT:   ft  in      WT:   0
======================================================================
START      Rx/Qty  DRUG                         PHYSICIAN        STOP
======================================================================
08/14/2007 499573  OMEPRAZOLE 20MG              RAND,MD          09/13/2007
AAM            30  TAKE 1 TAB/CAP DAILY                          1-N-001L
----------------------------------------------------------------------
08/16/2007 491879  ATORVASTATIN 20MG            DAVID, C         01/13/2008
FW             30  TAKE 1 TAB/CAP DAILY                          1-N-001L
----------------------------------------------------------------------
```

```
======================================================================
PAGE 2                ***** END OF PROFILE *****      PRINTED: 08/14/2007
```

# DECLARATION OF SERVICE BY MAIL

I, __Raynell carmichael_____, the undersigned, declare:
<br>Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. D-25361   Housing ___2 N 001___ Lower
<br>San Quentin State Prison
<br>San Quentin, CA 94974

On ___August 3, 207___, _____, I served the following document(s):
<br>Month/Day          Year

LETTER TO PRESIDING JUDGE /MOTION FOR APPOINTMENT OF COUNSEL
<br>DECLARTION OF DARRYL LEE GOLDSTEIN/DECLARATION OF JOHN PHILLIPS

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

OFFICE OF ATTORNEY GENERAL
<br>SATE OF CALIFORNIA
<br>CORECTIONAL LAW SECTION
<br>~~$455~~ Golden Cate Avenue Suite 11000
<br>San Francisco, ca 94102

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this ___3___ day of ___August___, _____, at San Quentin, CA, County of Marin.

*Raynell Carmichael*
<br>Signature of declarant

**EXHIBIT F**

**CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.**

Robert Sillen
Receiver

February 28, 2007

Darryl Goldstein
P79097, J-212-L
SQ
San Quentin, CA 94964

Dear Mr. Goldstein:

Your letter to Judge Thelton Henderson has been referred to the California Prison Health Care Receivership. We appreciate your correspondence. Our office carefully reviews each communication we receive regarding inmate patient health care. All information provided to us is considered in implementing systemic reform.

Due to the high volume of letters we receive, we are unable to immediately respond to all individual cases. If you have not already done so, we recommend that you utilize the 602 appeals process at your institution. You may also wish to contact counsel for the inmate class in *Plata v. Schwarzenegger*, the Prison Law Office. For your records, the address to the Prison Law Office is:

Prison Law Office
General Delivery
San Quentin, CA 94964

The Receiver is committed to creating a system where custody and health care staff together guarantee that access to care and quality of medical services in California prisons meet constitutional standards. An integral part of meeting that goal is hearing from the patients about the treatment they are receiving.

We will achieve improvements in the quality of medical care. However, it is a large and complex problem for which there are no quick fixes, but I assure you that the work has already begun. Thank you for your interest in the remedial process.

Sincerely,

Kristina M. Hector
Inmate Patient Relations Manager

ORIGINAL

DARRYL LEE GOLDSTEIN
P-79097
      SAN QUENTIN
San Quentin, Ca
94964

DIVISION TWO

FILED

AUG 3 0 2007

Court of Appeal - First App. Dis
DIANA HERBERT

By _____
                    DEPUTY

Petitioner Pro Per

COURT OF APPEAL STATE OF CALIFORNIA
FIRST APPELLATE DISTRICT
DIVISION TWO

DARRYL LEE GOLDSTEIN
            Petitioner

          vs.
ROBERT AYERS ,Jr
Warden
ROBERT SILLEN , FEDERAL
RECEIVER
MARIN COUNTY SUPERIOR COURT

PEOPLE OF THE STATE OF
CALIFORNIA REAL PARTY

Case Number _____
Petitioner's Request For
Court To Take Judicial
Notice

A118925

          Petitioner Darryl Lee Goldstein, hereby request
that this court take Judicial notice of the Pleadings in Marin County
Superior court Habeas Corpus Number SC 151759A and the Habeas corpus
in this Court Case Number A 117652

                                        Dated August 28, 2007

Respectfully submitted

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin, Ca
94964

PETITIONER PRO PER

COURT OF APPEAL STATE OF CALIFORNIA
FIRST APPELLATE DISTRICT

DARRYL LEE GOLDSTEIN


        ON HABEAS CORPUS

CASE NO _____
**PETITIONERS REQUEST
FOR THE COURT TO TAKE
JUDICAL NOTICE**

**EVID CODE SEC 459**

        **TO** THE CHIEF JUSTICE AND THE ASSOCIATE JUSTICES OF

THE COURT OF APPEAL STATE OF CALIFORNIA , FIRST APPELLATE

DISTRICT .


        Petitioner Darryl Lee Goldstein hereby request  that

this court take judicial notice of the pleading filed in Marin

County Superior Court Habeas corpus No SC151759 A


                POINTS AND AUTHORITIES

        An appellate court has the  same power  to take

judicial notice as the trial court and under  Evidence Code

Section  459, it  may  take judicial notice of a matter in a tenor

different  from a trail court. **Jordan  vs County of Los Angeles**

( 1968, 2nd Dist  267 Cal App 2d 794, 73 Cal Rptr 516.

Petitioner respectfully request that this court take judicial
notice of all the pleadings declaration, exhibits and other
papers filed in the Marin Court Superior Court in Habeas
Corpus matter SC 151 759 A.

Respectfully submitted

By _____                    Dated May ___7__, 2007
   DARRYL LEE GOLDSTEIN
   Petitioner Pro Per

(2)

1  DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
2  C.S.P. SAN QUENTIN
San Quentin, Ca
3  94964

4  PETITIONER PRO PER

5

6

7          COURT OF APPEAL STATE OF CALIFORNIA
              FIRST APPELLATE DISTRICT
8

9
10  DARRYL LEE GOLDSTEIN          CASE NO  A 118925
                                 DECLARATION IN SUPPORT
11                               EVIDENTRIARY EXHIBITS FOR
                                 MOTION TO REQUEST JUDICIAL NOTICE
      on Habeas Corpus
12

13  _____

14          I DARRYL LEE GOLDSTEIN, hereby  declare and state as follows:

15  1. I am the petitioner in this matter and know upon fact that the

16  following exhibits are true and correct copies of what they ppurport to

17  be.

18          EXHIBIT A IS A COPY OF THE Petition For Writ of Habeas Corps

19          filed in the Marin County Superior Cpourt No S1 171759A

20          EXHIBIT B is a supplemental filing informing the court

21          of lost appeals (medical ) not answered

22          EXHIBIT C is a copy of a supplemental filing regarding

23          prison health care

24

25      I declare under the penalty of perjury that the foregoing is true

26  and correct dated May  7 , 2007 San Quentin State Prison.

27

28                              DARRYL LEE GOLDSTEIN

Exhibit A

MC-275

Name **Darryl Lee Goldstein**

Address **C.S.P. San Quentin**

**San Quentin, CA**

**94974**

CDC or ID Number **P-79097**

FILED

**JAN 2 6 2007**

KIM TURNER, Court Executive Officer
**MARIN COUNTY SUPERIOR COURT**
*By: Andre Anderson, Deputy*

**SUPERIOR COURT STATE OF CALIFORNIA**

**COUNTY OF MARIN**
(Court)

---

**Darryl Lee Goldstein**
Petitioner

vs.

**Robert Ayers-Warden (s)**

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. **SC151759A**

*(To be supplied by the Clerk of the Court)*

---

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

---

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

This petition concerns:

- [ ] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [x] Jail or prison conditions
- [ ] Prison discipline
- [x] Other (specify): _Denial of needed medical care_

1. Your name: _Darryl Lee Goldstein_

2. Where are you incarcerated? _San Quentin State Prison_

3. Why are you in custody? [x] Criminal Conviction  [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

      _____

      _____

   b. Penal or other code sections: _P.C. 475(a)  P.C. 460(b)_

   c. Name and location of sentencing or committing court: _San Mateo County_
      _Superior Court, Redwood City, Ca 95063_

   d. Case number: _SC 058652 A_

   e. Date convicted or committed: _April 17 2006_

   f. Date sentenced: _June 23 2006_

   g. Length of sentence: _4 years at 80 %_

   h. When do you expect to be released? _2-22-08_

   i. Were you represented by counsel in the trial court? [x] Yes.  [ ] No. If yes, state the attorney's name and address:
      _Lisa McGuire_
      _203 Veterans Blvd Suite 600 Redwood City_

4. What was the LAST plea you entered? *(check one)*

   - [ ] Not guilty
   - [ ] Guilty
   - [x] Nolo Contendere
   - [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   - [ ] Jury
   - [ ] Judge without a jury
   - [ ] Submitted on transcript
   - [ ] Awaiting trial

**6. GROUNDS FOR RELIEF** 07-cv-05958-SBA    Document 1-2    Filed 11/27/2007    Page 41 of 70

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Prison officials have denied needed medical care for a serious medical condition. Obstructed my access to the courts by refusing to reply to appeals

**a. Supporting facts:**

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages. CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficent facts will result in the denial of your petition. (See* In re Swain *(1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time (when) or place (where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Please see attached Memorandum of Points And Authorities In Support of Petition and Declaration of Petitioner

**b. Supporting cases, rules, or other authority (optional):**

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

See attached in full

See attached

a.  **Supporting facts:**

See attached

b.  **Supporting cases, rules, or other authority:**

See attached

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

Court of Appeal - State of California 1st

b. Result _Pending_   c. Date of decision: _N/A_

d. Case number or citation of opinion, if known: _A - 114400_

e. Issues raised: (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:

Matter Pending   Ross Thomas S.F. Ca. 94114   4104 24th St

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No. If yes, give the following information:

a. Result _N/A_   b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

Petitions Contending Violations of Constitutional Right to medical treatment in custody

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

Petitioner has filed the required Administrative Appeal (ADA - Reasonable Accommodation CDC 1824- which Prison officials refuse to Reply to at the Second level - See Exhibit A attached and Served herewith

b. Did you seek the highest level of administrative review available? ☐ Yes. ☒ No.
*Attach documents that show you have exhausted your administrative remedies.*

MC-275 (Rev. July 1, 2005)   PETITION FOR WRIT OF HABEAS CORPUS   Page five of six

12. Other than a direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result *(Attach order or explain why unavailable):* _____

   (5) Date of decision: _____

b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result *(Attach order or explain why unavailable):* _____

   (5) Date of decision: _____

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

There has been no delay

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

Have had the assistance of Prison

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

Law office under Plata procedures

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

This is the appropriate

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____  ► _____ (SIGNATURE OF PETITIONER)

Darryl Lee Goldstein
P-79097
C.S.P. San Quentin
San Quentin, CA
94964

Petitioner Proper

# SUPERIOR COURT OF CALIFORNIA
## COUNY OF MARIN

| | |
|---|---|
| Darryl Lee Goldstein | Case No. S1171759A |
| | Declaration of |
| on | Darryl Lee Goldstein |
| Habeas Corpus | In Support of Habeas |
| | Corpus Petition |

I Darryl Lee Goldstein, hereby declare and state as follows:

1. I am presently confined to San Quentin State Prison, under prison number P-79097.

2. I am not an attorney nor am I professionally trained as such

(1)

3. I suffer from a number of serious medical problems that include (1) Cardiovascular problems, (2) hypertension (3) glaucoma, (4) ocular nerve damage (5) epileptic seizures and (6) ambultory problems re. foot.

4. That my medical records in both the San Mateo County Jail and San Quentin State Prison reflect my Podiatry problems, for which I was receiving ongoing treatment for since 2003, up until June 28, 2006.

5. That upon arrival at San Quentin State Prison on June 28, 2006, I reported my foot problems to intake medical staff, and was told they would be dealt with later.

6. In early July 2006, I was seen in the Chronic Care Clinic and informed the doctor of my foot problems.

7, I wrote a number of request

(2)

to medical staff regarding my
foot problems and need for
treatment.

8. Those request slips
sufficiently documented my
pain - limping and being unable
to sleep. which led to emotional
distress.

9. In late July 05 I saw another
medical doctor after filing a
administrative appeal for my
eye care treatment, and informed
him of my apparent ( I was
limping) foot problem.

10. In late August, 06 I was
seen by Dr. Griffith the Prison
Foot Doctor, who shaved my
corn and told me he was not
allowed to write shoe chronos
such as the one he previously
wrote for me in 2004.

11. In Sept 06, I filed an
Administrative AAA appeal that

(3)

was due to be answered by Oct 17, 2006 (within 15 working days) but was never answered until Nov 22, 2006.

12. I continued to appeal the ADA Appeal to the Second level and it was due December 8, 2006

13. The ADA appeal has not been answered to the date of the Declaration

14. Medical Staff have not responded to my many request regarding the ADA Appeal or my debilitating foot problem.

15. My feet are swollen to the point I am unable to wear shoes

16. I am diabetic and fear that with out appropriate foot care I could lose my foot.

(47)

I declare under the penalty
of perjury that the foregoing
is true and correct

Executed at San Quentin, CA
on 1/23 2007

D Lee Poehstein
Declarant

(5)

1 | Darryl Lee Goldstein
2 | P-79097
3 | C.S.P. San Quentin
4 | San Quentin
5 | 94964
6 | Petitioner Proper
7
8

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF MARIN

Darryl Lee Goldstein          Case No. SI171759A

                              Petition For Habeas
          on                  Corpus - Memorandum
Habeas Corpus                 Of Points And
                              Authorities
                              Verification

     TO: The Presiding Judge and
Associate Judges of The Marin
County Superior Court;

          Petitioner Darryl Lee
Goldstein   alleges

(1)

1. He is restrained of his liberty by the California Department of Corrections and Rehabilitation, based on his conviction from San Mateo County Superior Case No SC 05-8694.

2. San Quentin State Medical Officials have delayed, denied and obstructed his needed medical care and treatment, thus, subjecting petitioner to violation of the state and federal constitions.

3. San Quentin Medical Officials have refused to answer his medical appeals

4. Petitioner is without remedy except on application of Writ of Habeas Corpus, based on the ongoing refusal to answer his administrative appeals.

(2.)

5. Prior application has not been made for writ of Habeas Corpus, to this Court regarding the constitutional violations

Wherefore, Petitioner Darryl Lee Goldstein, prays for judgment as follows:

1. That a Writ of Habeas Corpus be issued

2. Declare the Rights of the Parties

3. Order Petitioner to be seen by a foot surgeon

4. Order San Quentin Prison Officials to allow Petitioner to have shoes medically approved by the San Quentin foot doctor, sent from a vender other than the Quarterly Package Venders.

5. Award reasonable attorney fees.

(3)

6 Grant other and further relief as the court may deem proper.

Dated 1/23 2007

Darryl Lee Goldstein
Petitioner Proper

(47)

## VERIFICATION

I, _Darryl Lee Goldstein_ , declare as
               [print or type your name]
as follows:

I am the petitioner in this action. I have read the
foregoing petition, and I declare that the facts stated in the
petition are true of my own knowledge.

I declare under penalty of perjury that the foregoing
is true and correct. Executed on ___Jan    23___ ,
                                 [month and day]
_2007_ at ___San Quentin___ , California.
              [city]

_____
           [signature]

Memorandum OF Points And
Authorities

Petitioner Darryl Lee Goldstein,
submits the following points and
authorities in support of his Petition
For Habeas Corpus.

## I
## INTRODUCTION

Petitioner, a state prisoner
who suffers from a litany of serious
medical problems, (see attached
Declaration of Darryl Lee Goldstein)
has been denied adequate
care and treatment for a chronic
foot problem.

Moreover, medical officials
have refused to answer petitioners
Americans with a Disability (herein-
after ADA) administrative Appeal,
thus, rendering any administrative
remedy unavailable

For months the petitioner
has suffered debilitating pain,

(5)

3   , sleeplessness, ambultary problems, emotional distress, all of which have aggravated his other serious medical conditions

4      Petitioner arrived at San Quentin State Prison on June 28, 2006, from San Mateo County. Petitioner had been seeing a doctor in the San Mateo County Medical Center and informed prison medical staff his poditary problems during intake procedures.

5      However, petitioner was not seen by the San Quentin foot doctor until August 2006, then only cosmetic treatment was provided.

6      In early July, however, petitioner was seen in the chronic care clinic and informed the doctor of the foot problem and the fact he had previously been treated for the foot problem at San Quentin State

(6)

Prison, [-n ]

7    During petitioners visit with Dr. Griffith, the Prison foot Doctor, petitioner pointed out he now needed more than just the corn trimmed. The growth between petitioners right foot little toe had penetrated into the foot,

8    Petitioner, pointed out that he was particulary concerned about his foot problem now that he was diabetic and required daily medication and finger sticking procedures,

On September 26, 2006, the

9    Finll- however, it unlikely that doctor paid much attention to petitioner or his well documented medical problems, the doctor approved petitioner for full duty which included culinary assignment, in view of petitioners- (1) seizure disorder, Hep-C

(7)

Petitioner submitted a California Department of Corrections and Rehabilitation Request For Reasonable Accommondation Form 1824, i.e. an administrative medical appeal, eventually logged as CSQ 05-06-02751 partially granted at first level (allowing petitioner to see Dr. Griffith). The administrative appeal was sent to the second level - logged and medical staff were due to reply by 12-8-06, and did not reply to the date of this Petition.

## PETITIONER HAS EXHAUSTED HIS ADMINSTRATIVE REMEDIE

Petitioner filed his administrative appeal to the first level,

infection and cardiovascular problems.

(8)

the appeal was untimely answered i.e, over 15 working days. Appeal to the Second Level was never answered.

2    The doctrine of administrative exhaustion has not hardend into inflexable dogma. It contains it's own exceptions See Ogo. Associates vs. City of Torrance (1974) 37 Cal App 3d - 830-834 (112 Cal Rptr 761)

3.    Here in the instant case, for what ever, reasons, San Quentin State Prison Medical Officials have refused, in any fashion, to reply to Petitioners ADA Appeal. Thus, Petitioner has no administrative remedy See White vs. California (1987) 195, Cal App 3rd, 452-461 (240 Cal Rptr 752) Glendale City Employes Assn vs City of Glendale (1975) 15 Cal 3rd 328-342-343 (124 Cal Rptr 513).

(9)

# PETIONER HAS BEEN DENIED APPROPRIATE MEDICAL

Based on the delays - denials and obstructions of petitioners foot care. he has been denied constitutionally mandate medical care and treatment.

San Quentin State Prison Officials have sufficient knowledge of petitioners need for appropriate foot care treatmet - See Declaration of Darryl Lee boldstein

California law specifically states that public employees such as prison staff are liable for injuries when employees know or has reason to know that a prisoner is in need of immediate medical care and fails to take reasonable action to summon such medical care. See Gov't Code Section 844.6(a) and 845.6

(10)

Liability is however limited to situations, such as petitioners serious and obvious medical conditions requiring immediate care See Watson v. California (1999) 21 Cal App 4th 836 (26 Cal Rpd, 2d 262)

Clearly, from petitioner medical records and the fact that the ADA appeal was partially granted at the first level indicate the need for immediate medical treatment.

Respectfully Submitted

By _Darryl Lee Goldstein_                    Dated /2307
    Darryl Lee Goldstein
    Petitioner Pro Per

(11)

Copy

November 14, 2006

Dr. Griffin
Podiatry Clinic
C.S.P. San Quentin

Re Goldstein, P-19007

Dr. Griffin

According to medical appeals
office, I have been referred
to you.

For months I have been in
severe pain from my foot condition.
My feet are in very bad shape.

I am unable to get shoes on
and I am certain my right
foot little toe area will need
surgery.

May I please see you soon

Thank you

Darryl Lee Goldstein

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102


THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE


February 3, 2003


Mr. Darryl Lee Goldstein
P-79097
CSP San Quentin
San Quentin, CA 94964

<div align="center"><em>Re: Plata v. Davis</em> C01-1351</div>

Dear Mr. Goldstein:

The Court is returning the materials that you sent since it can not assist litigants with their individual cases or circumstances.  If you feel you need additional assistance, you can contact counsel for the plaintiff class in *Plata v. Davis* C01-1351 at the following address: Prison Law Office, General Delivery, San Quentin, CA 94964.


Sincerely,


Chambers of Judge Henderson

*Proof of Service — Mail*

## PROOF OF SERVICE

Re:     Case Number     SC 171759 A
        Case Title     Goldstein vs Ayers
                       on Habeas Corpus

I hereby declare that I am a citizen of the United States, am over 18 years of age, and am/am not a party in the above-entitled action. I am employed in/reside in the County of   MARIN   and my business/residence address is
       C.S.P. San Quentin
       San Que

On   Feb 20-2007   I served the attached document described as a   Petition For Habeas Corpus +
Request To Amend Letter Brief
on the parties in the above-named case. I did this by enclosing true copies of the document in sealed envelopes with postage fully prepaid thereon. I then placed the envelopes in a U.S. Postal Service mailbox in   San Quentia   , California, addressed as follows:

Clerk of the Court,
Superior Court of California
County of Marin
3501 Civic Center Drive
San Rafael, CA   94903

I,   Darryl Lee Goldstein   declare under penalty of perjury that the foregoing is true and correct.

Executed on   Feb 20-2007   , at
San Quentin   , California.

                                    _____
                                    Signature

Page Four
Goldstein on Habeas Corpus SC 171759 A
Dated 2\21\07

( diabetic procedures - care for
gluacoma - inappropriate confiscation
of prescribed medications ) care
treatment.

Petitioner contends that the
cumultive effect of the claims
in the Original Petition for Habeas
Corpus and the attached exhibits
warrant this Court issuing a
Writ of Habeas Corpus.

Respectfully submitted

By _D. Lee Goldstein_
     Darryl Lee Goldstein
     Petitioner Pro Per

4

Verification

I, Darryl Lee Goldstein, declare as follows:

I am the petitioner in this action. I have read the foregoing petition, and letterbrief request for permission to file an amendment to Petition For Writ Of Habeas Corpus, Marin County Superior Court No SC171759A, and declare the facts stated therein are true and correct of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>Feb 20</u>, 2007, at San Quentin, Ca.

<u>d. Lee Goldstein</u>
Declarant

**State of California**

**M e m o r a n d u m**

Date  :    February 14, 2007

c4 -10 L

To   :    Goldstein, Darryl
          P-79097

From :    **Department of Corrections, California State Prison, San Quentin, CA  94964**

Subject:    **MISPLACED INFORMAL LEVEL APPEAL**

During an Audit of the Inmate Medical Appeals Tracking Progam database in the Medical Appeals Office, it was discovered that an appeal filed by you on December 6, 2006, requesting to know if you were going to be seen by Dr. Lin at UCSF, has been misplaced. If this issue has not been resolved, please submit another CDCR – 602 to the Medical Appeals Office.

Thank you for your assistance in the matter.

Elizabeth Ortega
Medical Appeals Coordinator (A)
Health Care Services
CSP-San Quentin State Prison

FEB 1 5 2007

CDC 1617 (3/89)
gfm

State of California

# Memorandum

Date : February 2, 2007

To : ▓▓▓▓▓▓▓▓▓▓
P-79097

From : Department of Corrections, California State Prison, San Quentin, CA 94964

Subject: **MISPLACED INFORMAL LEVEL APPEAL**

During an Audit of the Inmate Medical Appeals Tracking Progam database in the Medical Appeals Office, it was discovered that an appeal filed by you on October 19, 2006, requesting to have officers receive training on how to deal with inmates that have medical problems, has been misplaced. If this issue has not been resolved, please submit another CDCR – 602 to the Medical Appeals Office.

Thank you for your assistance in the matter.

Elizabeth Ortega
Medical Appeals Coordinator (A)
Health Care Services
CSP-San Quentin State Prison

FEB 0 2 2007

CDC 1617 (3/89)
gfm

State of California

# M e m o r a n d u m

*C4-10i*

Date : February 2, 2007

To : ▓▓▓▓▓▓▓▓▓▓▓
P-79097

From : **Department of Corrections, California State Prison, San Quentin, CA  94964**

Subject: **MISPLACED INFORMAL LEVEL APPEAL**

During an Audit of the Inmate Medical Appeals Tracking Progam database in the Medical Appeals Office, it was discovered that an appeal filed by you on November 6, 2006, requesting diabetic finger sticks, has been misplaced. If this issue has not been resolved, please submit another CDCR – 602 to the Medical Appeals Office.

Thank you for your assistance in the matter.

FEB 02 2007

Elizabeth Ortega
Medical Appeals Coordinator (A)
Health Care Services
CSP-San Quentin State Prison

CDC 1617 (3/89)
gfm