

$05.05
NOV 14 2007
MAILED FROM ZIPCODE 94964

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
450 Golden Gate Avenue
San Francisco, Ca 94102



RECEIVED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Legal Mail

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
CSP, San Quentin
San Quentin, Ca  94964