Original FILED
DEC 18 PM 4:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN )
            Plaintiff, )   CASE NO. CV 07 5958 SBA (PR)
    vs.                )
                       )   PRISONER'S
ROBERT SILLEN, FEDERAL )   APPLICATION TO PROCEED
RECEIVER              )   IN FORMA PAUPERIS
            Defendant. )

I, DARYL LEE GOLDSTEIN declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes __X__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____))_____  Net: _____))_____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Freelance Paralegal_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                    Yes ____ No _X_
10          self employment
11    b.   Income from stocks, bonds,                 Yes ____ No _X_
12          or royalties?
13    c.   Rent payments?                             Yes ____ No _X_
14    d.   Pensions, annuities, or                    Yes ____ No _X_
15          life insurance payments?
16    e.   Federal or State welfare payments,         Yes ____ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                             Yes _X_ No ____
24  Spouse's Full Name: Marcus Lewie Goldstein
25  Spouse's Place of Employment: Unknown
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       _____None_____
6       _____
7   5.  Do you own or are you buying a home?    Yes ____ No __X__
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.  Do you own an automobile?               Yes ____ No __X__
10  Make _____ Year _____ Model _____
11  Is it financed? Yes ____ No ____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.  Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ____ No ____ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No ____
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _____00_____ Utilities: _____00_____
23  Food: $ _____00_____ Clothing: _____06_____
24  Charge Accounts:
25  Name of Account          Monthly Payment           Total Owed on This Acct.
26  _____               $ _____              $ _____
27  _____               $ _____              $ _____
28  _____               $ _____              $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____medical Bills_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16   12\5\07                            _d fue Poldstein_
17      DATE                             SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

```
REPORT ID: TS3030  .701                                    REPORT DATE: 12/06/07
                                                           PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 06, 2007

ACCOUNT NUMBER   : P79097                     BED/CELL NUMBER: N 1 0000000001L
ACCOUNT NAME     : GOLDSTEIN, DARRYL LEE         ACCOUNT TYPE: I
PRIVILEGE GROUP  : B
                              TRUST ACCOUNT ACTIVITY

           << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>
                              TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL         TOTAL        CURRENT        HOLDS      TRANSACTIONS
    BALANCE        DEPOSITS    WITHDRAWALS     BALANCE       BALANCE     TO BE POSTED
   ---------      ---------    -----------    ---------     ---------    ------------
      0.00           0.00          0.00          0.00          0.00          0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                      ---------
                                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-7-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Larry Wark, SAO_
TRUST OFFICE
CSP-SQ

Case Number: **CV 07-5958SBA**

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __DARRYL LEE GOLDSTEIN__ for the last six months __SAN QUENTIN ST. PRISON__ [prisoner name] where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 12-7-07

_____
[Authorized officer of the institution]

- 5 -