

DARRYL LEE GOLDSTEIN
P-79097 1 North 001 Lower
CSP, San Quentin
San Quentin, Ca.
94964

c

Legal Mail

CLERK OF THE COURT
United States District
COURT
NO. DISTICT CALIF.
1301 Clay Street 400 SOUTH TOWER
OAKLAND, CA 9461-5212

