# DECLARATION OF SERVICE BY MAIL

**Filed**
**JAN 10 2008**
**RICHARD W. WIEKING**
**CLERK, U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE**

I, __DARRYL LEE GOLDSTEIN__, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and not a party to the cause within. My residence address is:

CDC No. p-79097                Housing  1North 001 Lower
San Quentin State Prison
San Quentin, CA 94974

On __October 16, 2007__, I served the following document(s):
   Month/Day      Year

__PETITION FOR WRIT OF HABEAS CORPUS__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
STATE OF CALIFORNIA
COUNTY OF MARIN
3501 Civic Center Drive
San Rafael, Ca 94903

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __16__ day of __October 2007__, _____, at San Quentin, CA, County of Marin.

_Signature of declarant_

MISFILED IN ANOTHER CASE