ORIGINAL

DARRYL LEE GOLDSTEIN
P-79097  1 North 001 Lower
C.S.P. SAN QUENTIN
San Quentin, Ca.
94964

Petitioner Pro Per

FILED

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DARRYL LEE GOLDSTEIN

   Petitioner

       vs.
Robert Sillen , et. al,.1

   Respondents

Case Number C-07-5958   SBA

NOTICE OF ADDRESS CHANG

TO THE UNITED STATES DISTRICT COURT   AND RESPONDENT AND THEIR ATTORNEYS  OF RECORD.

**PLEASE TAKE NOTICE**  that the new addres of for Petitioner DARRYL LEE GOLSTEIN, IS AS FOLLOWS:

DARRYL LEE GOLDSTEIN

101 Hyde Street

San Francisco, Ca.

94102

(1)

This address will be effective as of February 23, 2008, please send all correspondence and pleading there.

By _____    Dated February 19, 2008
DARRYL LEE GOLDSTEIN
PLAINTIFF PRO SE

(2)

# DECLARATION OF SERVICE BY MAIL

I, __NICHOLAS CAMPBELL__, the undersigned, declare:
  Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

> CDC No. __F-52402__   Housing __1 North 001 Uppper__
> San Quentin State Prison
> San Quentin, CA 94974

On __February 20 2008__, I served the following document(s):
   Month/Day      Year

__PLAINTIFF'S NOTICE OF ADDRESS CHANGE__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET 400 South Tower
OAKLAND, CALIFORNIA
94612-5212

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __20__ day of __February 2008__, at San Quentin, CA, County of Marin.

_/s/ Nicholas Campbell_
Signature of declarant