DARRYL LEE GOLDSTEIN

101 Hyde Street
San Francisco, Ca
94102

PLAINTIFF PRO SE

FILED
JUL 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DARRYL LEE GOLDSTEIN
    Plaintiff

VS.

ROBERT SILLEN FEDERAL RECEIVER ET . AL.,
    Defendants

CASE NO : C-07-5958 SBA (PR)
DECLARATION OF DARRYL LEE GOLDSTEIN IN SUPPORT OF COMPLAINT FOR DAMAGES

    I DARRYL LEE GOLDSTEIN, hereby declare and atate as follows;

1. I am the plaintiff in this action and have been proceeding as a indigent pro se litigant while confined to state prison and under parole supervision .

2. THat as such I am readily familiar with the facts of this case, all records and files submitted to the court in this case in any prior proceddings that the court may consider and know that all documents that are attached to this complaint are a true and correct copy of what they purport to be.

3. That if called as a witness I would be able to do so in an honest manner.

4. That I am presently being supervised by the Redwood City Parole Unit and they have no system that would allow them to process the informa

(1)

pauperis forms .

5. That I am disabled and have applied for SSI. I get foods stamps and presently do not have funds to pay the filing fee in this case.

6. When I first arrived at San Quentin State Prison in June of 2006, I informed the medical staff i.e. Dr Wilson the Reception Unit Dr. Dar Saylor the Chief MedicalOfficer , in writing ( Dr Wilson in person) of my need for adequate foot care treatment.

7. Dr Saylor nor Dr Wilson took the appropriate action to see that I was seen by the foot doctor in a timely fashion.

8. After not being seen by the foot doctor in a timely fashion I presented the San Quentin Administration with a inmate appeal which was litigated through all levels and then sent to the Chief of Inmate Appeals in Sacramento.

As my foot pain grew worse , I sent letter to the Secretary of Adult Correction ,defendant Tilton and subsequently the Deputy Secretary Health Care Division, informing them of my need for treatment . In each letter I carefully outlined my medical problems and request appropriate care and treatment for my foot problems.

9. During the time I was housed in North Block from March 7, 2007. to February 23, 2008, I wrote letter to Dr David the Unit doctor pleading for treatment for my feet. While Dr. David did examine my feet she never took any action to see that appropriate foot care was provided.

10. That I wrote numerous letter to Warden Ayers , Dr Kannon regading my foot care treatment to no avail.

11. I sent numerous medical request slips to Dr Griffin the foot doctor requesting treatment and although I was seen by Dr. Griffin a number of times , he never arranged for surgery for my right foot little toe , he never remived the growth on my left foot and my heals.

(2)

12. On several ocassions when I was seen in the North Block Clinic by Dr David I was not wearing shoes, I had only shower shoes which I wore all over San Quentin. Dr David took no action to assure that my foot problems were addressed or that I was provided appropriate shoes.

13. While I was subsequently provided ortho shoes it was only after court litigation and many months of pain and having wo walk around a prison setting in shower shoes.

14. I wrote letters to Warden Ayers explaining that I had no shoes to wear and he took no action to see that foot care or shoes were provided.

15. I sent letters to Jayne Russell the Receivers Manager at San Quentin who was in charge of medical staff for the receiver informing here that I did not have shoes, the poor condition of my feet aplead for foot care treatment. Ms Russell never responded to my letters nor sought foot care treatment for me.

16. That to various extents I informed each and ecery named defendant save for Kelso and Pootell of me need for treatment for my foot problems.

17. I am informed and believe that each of the named defendants had responsibility to see that I was provided adequate foot care treatment and took no action to see that treatment was provided.

18. That each named defendant after being personally made aware of my foot problems had a duty to see that treatment was provided.

19. That each of the named defendants failed to take the appropriate action to assure that adequate medical care and treatment was provided and by failing to do so deprived me of my constitutional right to adequate health care and thus sounded deliberate indifference.

20. That Dr David the North Block Unit doctor actually laughed when I came to appointmenst in shower shoes.

(3)

21. That although Warden Ayers, was sent numerous letters byme with regards to adequate foot care treatment and informing him that I was walking around a prison setting in just shower shoes a safety issue he took no action to see that shoes or adequate heath care for my feet was provided.

22. During the time that was walking around with severly swollen feet and in shower shoes, I sent many letter to Dr Kannon the then Chief Medical Officer who took no action to see that appropriate shoes were provided or adequate health care for my feet.

23. That during the time that I was suffering from the foot problems I was assisted by the Prison Law Office with regards to that Office contacting prison officials to advocate for my appropriate health care.

24. That attached to the pleadings filed originally in this as a petition for writ of habeas corpus are letter to the various defendants and inmate appeals that I have requested the the this court take judicial notice of.

I declare under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on July 11-08 at San Francisco, California

_____
Declarant

(4)