**FILED**

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN )
                     )
         Plaintiff,  )    CASE NO. C-07-05958 SBA(PR)
                     )
    vs.              )    PRISONER'S
                     )    APPLICATION TO PROCEED
ROBERT SILLEN FEDERAL RECEIVER, ET AL  IN FORMA PAUPERIS
                     )
         Defendant.  )
_____)

  I, ~~DARRYL LEE GOLDSTEIN~~, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.     Business, Profession or                      Yes ___  No  X
10           self employment
11    b.     Income from stocks, bonds,                   Yes ___  No  X
12           or royalties?
13    c.     Rent payments?                               Yes ___  No  X
14    d.     Pensions, annuities, or                      Yes ___  No  X
15           life insurance payments?
16    e.     Federal or State welfare payments,           Yes ___  No  X
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.     APPLICATION FOR COUNTY WELFARE PENDING.
21  _____
22  _____

23  3.     Are you married?                                Yes  X  No ___
24  Spouse's Full Name: _____MARCIA LEVINE GOLDSTEIN_____
25  Spouse's Place of Employment: _____Unknown_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____Unknown_____ Net $_____
28  4.     a.     List amount you contribute to your spouse's support: $ ___O O___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1     b.    List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     _____None_____
6
7   5.    Do you own or are you buying a home?    Yes ___ No _X_
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.    Do you own an automobile?    Yes ___ No _X_
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ___ No ___ If so, Total due: $_____
12   Monthly Payment: $_____
13   7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15
16   Present balance(s): $_____
17   Do you own any cash? Yes _X_ No ___ Amount: $ _48.00_
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes _X_ No ___
20
21   8.    What are your monthly expenses?
22   Rent: $ _Varies_ Utilities: _None_
23   Food: $ _Food Stamps_ Clothing: _Varies_
24   Charge Accounts:
25   Name of Account    Monthly Payment    Total Owed on This Acct.
26   _____ $_____ $_____
27   _____ $_____ $_____
28   _____ $_____ $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____Medical Bills_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  __7/11/08__                         __[signature]__
17      DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 4 -

Case Number: C-07 05958 SBA

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____    _____
[Authorized officer of the institution]