1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DARRYL L. GOLDSTEIN, | No. C 07-05958 SBA (PR) |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | |
| DR. SAYLOR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a request for an extension of time to file his amended complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by April 21, 2010.

If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

This Order terminates Docket no. 38.

IT IS SO ORDERED.

DATED: 3/31/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT <br> FOR THE <br> NORTHERN DISTRICT OF CALIFORNIA | |
| DARRYL L. GOLDSTEIN, <br>  Plaintiff, <br> v. <br> ROBERT SILLEN FEDERAL RECEIUCER et al, <br>  Defendant. | Case Number: CV07-05958 SBA <br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein 100002
San Mateo County Jail
300 Bradford Street
Redwood City, CA 94063

Dated: April 1, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Goldstein5958.EOT-AC.wpd