UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN

    Plaintiff,

  v.

ROBERT SILLEN et al.,

    Defendants.

_____/

No. C 07-5958 SBA

WRIT OF HABEAS CORPUS
<u>AD TESTIFICANDUM</u>

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DARRYL LEE GOLDSTEIN whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required. The United States Marshals Service shall serve said Writ upon the Sheriff of San Mateo County.

Dated: May 7, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

*IT IS SO ORDERED* — Judge Nandor J. Vadas

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   SHERIFF GREG MUNKS, SAN MATEO COUNTY

<u>GREETING</u>

WE COMMAND that you have and produce the body of DARRYL LEE GOLDSTEIN in your custody in the hereinabove-mentioned Institution, before the United States District Court on July 21, 2010 at 1 p.m., Courtroom B, 15th Floor, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GOLDSTEIN V. SILLEN et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be

writ ad test

1  made concerning the custody of said prisoner, and further to produce said prisoner at all times
2  necessary until the termination of the proceedings for which his testimony is required in this
3  Court;
4      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District
5  Court for the Northern District of California.
6  Dated: May 7, 2010

RICHARD WIEKING
CLERK. UNITED STATES DISTRICT COURT

By: *Gloria Masterson*
DEPUTY CLERK

Dated:  May 7, 2010



writ ad test