IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL LEE GOLDSTEIN,** | Case No. C 07-5958 SBA |
| Plaintiff, | **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF DARRYL LEE GOLDSTEIN, CDCR #P-79097** |
| v. | |
| **ROBERT SILLEN, et al.,** | |
| Defendants. | |

Plaintiff Darryl Lee Goldstein, CDCR #P-79097, is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor J. Vadas on July 21, 2010 at 1:00 p.m. in Courtroom B on the 15th Floor of the Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.  Goldstein is currently confined at San Quentin State Prison, in San Quentin, California, in the custody of the Warden. In order to secure Goldstein's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding Goldstein's custodian to produce him at the Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of San Quentin State Prison and the California Department of Corrections and Rehabilitation to produce inmate Darryl Lee Goldstein, CDCR #P-79097, on July 21, 2010, for a settlement conference at Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 to be held on July 21, 2010, until the completion of this proceeding or as ordered by the Court, and thereafter to return Goldstein to San Quentin State Prison.

2. The custodian is further ordered to notify the Court of any change in the custody of Goldstein and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of San Quentin State Prison

YOU ARE COMMANDED to produce inmate Darryl Lee Goldstein, CDCR #P-79097, on July 21, 2010, for a settlement conference at Courtroom B on the 15th Floor of the Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 before the Honorable Nandor Vadas to be held on July 21, 2010, until completion of this proceeding or as ordered by the Court, and thereafter to return Goldstein to San Quentin State Prison.

FURTHER, you have been ordered to notify the Court of any change in the custody of Goldstein and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: July 16, 2010

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Nandor J. Vadas]