1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
2 | JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
3 | San Francisco, California 94104
Telephone:  (415) 399-3840
4 | Facsimile:  (415) 399-3838
mdodd@fddcm.com
5 | jtouchstone@fddcm.com

6 | Attorneys for Defendants
*Robert Sillen and Jayne Russell*
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **OAKLAND DIVISION**

11 | DARRYL LEE GOLDSTEIN | Case No. CV 07-05958-SBA

12 | *Plaintiff,* | **DECLARATION OF DR. ELENA TOOTELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION PURSUANT TO FED. R. CIV. P. 56(c) AND CIV. L.R. 7-2**

13 | v. |

14 | ROBERT SILLEN, et al., |

15 | *Defendants.* |

16 | | Honorable Saundra Brown Armstrong

17 |

18 |

19 | I, Dr. Elena Tootell, declare as follows:

20 | 1.  I am Chief Medical Officer ("CMO") at San Quentin State Prison ("San Quentin")

21 | in San Quentin, California.  The facts set forth herein are based on my personal knowledge and if

22 | called as a witness I could competently testify thereto.  I make this declaration upon review of

23 | Plaintiff Darryl Lee Goldstein's ("Plaintiff") Unit Health Record ("UHR") and in support of

24 | Defendants' Motion for Summary Judgment or in the Alternative Summary Adjudication.

25 | Plaintiff's UHR consists of San Quentin medical records prepared by San Quentin's medical

26 | personnel in the ordinary course of business at or near the time of the act, condition, or event

27 | described in each document.  In my capacity as CMO, I have access to, and regularly review the

28 | UHR for San Quentin inmates.

2.      On June 17, 2006, Plaintiff requested to see a podiatrist for his "verified foot problem." Nonetheless, on July 17, 2006, he refused to be seen by the Triage Registered Nurse for his problems claiming he had "No need to go now. All better." Attached hereto as Exhibit J is a true and correct copy of the June 17, 2006 Health Care Services Request Form and the corresponding Refusal of Examination and/or Treatment.

3.      On July 26, 2006, Plaintiff was referred by San Quentin staff physician G.A. Wilson, MD, to a podiatrist. Attached hereto as Exhibit K is a true and correct copy of the July 26, 2006 Chronic Care Follow Up Visit reflecting Dr. Wilson's referral to podiatry.

4.      On August 4, 2006, Plaintiff was examined by a triage registered nurse who noted that he had corns on his right foot and that he needed a podiatry consult. Attached hereto as Exhibit L is a true and correct copy of the August 4, 2006 Encounter Form: Miscellaneous/Multiple Systems Complaints and the August 4, 2006 Health Care Services Request Form reflecting the San Quentin triage registered nurse's examination of Plaintiff.

5.      On August 30, 2006, Plaintiff was examined by Dr. D. Griffith, San Quentin's podiatrist. Attached hereto as Exhibit M is a true and correct copy of the July 26, 2006 Health Care Services Physician Request for Services reflecting the August 30, 2006 examination of Plaintiff by Dr. Griffith. I understand that Dr. Griffith will submit a separate declaration in this matter discussing his examination and treatment of Plaintiff.

6.      On October 10, 2006, Plaintiff was examined by Dr. J. Lopin, a San Quentin contract physician, who noted Plaintiff's complaints about his right fifth toe and agreed to refer Plaintiff to a podiatrist. Attached hereto as Exhibit N is a true and correct copy of the October 10, 2006 Soap[1] Education Note reflecting Plaintiff's examination by Dr. Lopin.

7.      On October 31, 2006, Plaintiff met with and was examined by Dr. Karen Saylor, San Quentin's CMO at the time. Plaintiff and Dr. Saylor discussed Plaintiff's foot problems. In addition to explaining to Plaintiff that he would be referred to Dr. Griffith, Dr. Saylor also explained to Plaintiff that she could not provide him with a chrono for soft shoes, because all

---

[1] "Soap" or "Soape" Notes refer to physician notes concerning the "Subjective/Objective Assessment Plan" for each patient.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

DECLARATION OF DR. ELENA TOOTELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. CV 07-05958 SBA

1   shoes issued to San Quentin inmates were soft.

2          8.      On November 29, 2006, Plaintiff was examined again by Dr. Griffith. Attached

3   hereto as Exhibit O is a true and correct copy of the October 10, 2006 Health Care Services

4   Physician Request for Services reflecting the November 29, 2006 examination of Plaintiff by Dr.

5   Griffith.

6          9.      On April 4, 2007, Plaintiff was examined by Dr. C. David, a San Quentin contract

7   physician. Dr. David noted Plaintiff's complaints about the "ingrown corn" on Plaintiff's right

8   foot and issued him a podiatry referral. Attached hereto as Exhibit P is a true and correct copy of

9   Dr. David's April 4, 2007 Physician's Orders for Plaintiff.

10         10.     On April 25, 2007, Plaintiff was again examined by Dr. David, who noted and

11  discussed with Plaintiff his concerns about the need for orthopedic shoes and medical care for the

12  callus on his right foot. Attached hereto as Exhibit Q is a true and correct copy of Dr. David's

13  April 25, 2007 Physician's Orders for Plaintiff.

14         11.     On May 23, 2007, Plaintiff was examined again by Dr. Griffith. Attached hereto

15  as Exhibit R is a true and correct copy of the April 4, 2007 Health Care Services Physician

16  Request for Services reflecting the May 23, 2007 examination of Plaintiff by Dr. Griffith and the

17  Health Care Services Provider Request for Specialty Care Services completed by Dr. Griffith.

18         12.     On May 29, 2007, Plaintiff was examined by Dr. C. Hong, a San Quentin contract

19  physician. Dr. Hong noted Plaintiff's complaints about his foot problem. Dr. Hong noted that

20  podiatry is managing Plaintiff's foot issues, but that the staff physicians would continue to

21  monitor Plaintiff's "functional status."[2] Attached hereto as Exhibit S is a true and correct copy

22  of the May 29, 2007 "Soap" Education Note reflecting Plaintiff's examination by Dr. Hong.

23         13.     On June 7, 2007 and June 22, 2007, Plaintiff was seen in the San Quentin

24  Prosthetics Clinic concerning the fitting and ordering of wider shoes. Attached hereto as Exhibit

25  T is a true and correct copy of the Interdisciplinary Progress Notes reflecting Plaintiff's June 7

26  and June 22 visits.

27

28  [2] Dr. Hong's notes reflect that "functional status" refers to Plaintiff's mobility and whether he is able to walk up
stairs and walk greater than 100 yards without difficulty.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

DECLARATION OF DR. ELENA TOOTELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
CASE NO. CV 07-05958 SBA

14.     On July 2, 2007, Plaintiff was examined by Dr. Griffith who noted the soft corn on Plaintiff's right foot and reported that no follow-up was necessary. Attached hereto as Exhibit U is a true and correct copy of the July 2, 2007 Health Care Services Provider Request for Specialty Care Services reflecting Dr. Griffith's examination of Plaintiff.

15.     On July 30, 2007, Plaintiff submitted a Health Care Services Request Form complaining about the "growth inside [Plaintiff's] little toe that is extremely painful." Accordingly, on July 31, 2007, Plaintiff was examined by S. Jackson, a Triage Registered Nurse at San Quentin. Attached hereto as Exhibit V is a true and correct copy of Plaintiff's July 30, 2007 Health Care Services Request and the corresponding July 31, 2007 Encounter Form: Inflammatory Skin Conditions issued by Registered Nurse Jackson.

16.     On August 14, 2007, Plaintiff was examined by Dr. Rand, a San Quentin contract physician who noted his examination of the callus between Plaintiff's right fourth and fifth toes and issued a referral to Dr. Griffith. Attached hereto as Exhibit W is a true and correct copy of the August 14, 2007 Soape Note reflecting the examination of Plaintiff by Dr. Rand.

17.     On September 4, 2007, Plaintiff was examined by Dr. David who reported that Plaintiff received his orthopedic shoes and was wearing them because they are comfortable. Dr. David also reported that Plaintiff has a pending follow up appointment with the Podiatry Department at San Quentin. Attached hereto as Exhibit X is a true and correct copy of the September 4, 2007 Soape Note reflecting the examination of Plaintiff by Dr. David.

18.     On September 25, 2007, Plaintiff met with Dr. Rand who noted that Plaintiff still had a callus between his fourth and fifth toes. Attached hereto as Exhibit Y is a true and correct copy of the September 25, 2007 Soape Note reflecting the appointment between Plaintiff and Dr. Rand.

19.     On October 10, 2007, Plaintiff was examined by Dr. Griffith. Attached hereto as Exhibit Z is a true and correct copy of the October 10, 2007 Health Care Services Provider Request for Specialty Care Services completed by Dr. Griffith.

///

///

20. On December 12, 2007, Plaintiff was examined by Dr. Griffith. Attached hereto as Exhibit AA is a true and correct copy of the December 12, 2007 Health Care Services Provider Request for Specialty Care Services completed by Dr. Griffith.

21. On January 16, 2008, Plaintiff was examined by Dr. Griffith who noted that the soft corn between Plaintiff's fourth and fifth toes "appears much improved." Attached hereto as Exhibit BB is a true and correct copy of the January 16, 2008 Health Care Services Provider Request for Specialty Care Services completed by Dr. Griffith.

22. As the foregoing indicates, Plaintiff had a soft corn in between the fourth and fifth toes of his right foot. While this condition was uncomfortable for him, it is by no means a serious medical condition which was either life threatening or caused undue or prolonged suffering. It is not an uncommon condition, which many people experience. As the UHR demonstrates, San Quentin medical staff examined and treated Plaintiff for his foot problems repeatedly, beginning as early as 2006. He requested and received orthopedic shoes which he apparently found to be comfortable and the soft corn on his right foot was improving by the time Plaintiff paroled on February 23, 2008. We will, of course, continue to provide medical care for Plaintiff, both in regard to his complaints and in regards to whatever our health care providers feel, in their medical opinion, is in his best interest.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: August 6, 2010        By:    /s/ Dr. Elena Tootell
                                   Dr. Elena Tootell

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                           /s/ Martin H. Dodd
                           Martin H. Dodd
                           Attorneys for Defendants Robert Sillen and Jayne Russell

# EXHIBIT J

861120

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

NAME Goldstein

CDC NUMBER P-79097

HOUSING 1W102L

PATIENT SIGNATURE *Lee Goldstein*

DATE 6/17/06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I have a verified foot problem and request to be seen by foot Doctor — unable to take Dilantin w/o oral rinse because of bleeding gums — rashes reaction from soap —

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 7/17/06

Received by:

Date / Time Reviewed by RN: 7/21/06 @ 2025

Reviewed by: C. White RN

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

*refused Triage 7/21/06*

*refusal signed*

O: T: P: R: BP: WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:

EMERGENCY (IMMEDIATELY) ☐

URGENT (WITHIN 24 HOURS) ☐

ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY

NAME OF INSTITUTION

PRINT / STAMP NAME

SIGNATURE / TITLE

DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

# REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Goldstein | P79097 | SQ |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

Refused Triage Appt. 7-21-06. No Need to go Now. All bottled.

| PATIENT SIGNATURE | DATE | PATIENT REFUSES TO SIGN | DATE 7-21-06 |
|---|---|---|---|
| NAME OR WITNESS (PRINT/TYPE) R. Sandifer | | NAME OF WITNESS (PRINT/TYPE) | |
| WITNESS SIGNATURE | DATE 7-21-06 | WITNESS SIGNATURE | DATE |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Goldstein
P79097
2W95

**REFUSAL OF EXAMINATION AND / OR TREATMENT**

225 (Rev 04/03)
CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# EXHIBIT K

List Chronic Diseases:
(1) _____  (2) _____

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)
Current medications (if no pharmacy profile attached) and adherence since last visit: _____

_____

RN SIGNATURE _____

Complaints/Problems: (Discuss in space provided)
CV / Hypertension: Chest Pain: ☐ Yes ☑ No   SOB: ☐ Yes ☑ No
Asthma: # attacks since last visit? _____
  # short acting beta agonist canisters in last month: _____
  # visits to ETA for asthma since last visit: _____
  # times awakening with asthma symptoms per week: _____
Additional History:
LAST √-UP 6/06 @ SMC OPTHAL — TONOMETRIC WAS OK.

Diabetes Mellitus: # of hypoglycemic reactions since last visit: Ø
Seizure Disorder: # seizures since last visit: Ø
Discussion: _____

CCP compliance (e.g. diet, exercise, medications): _____

EXAM: HEENT/Neck: Ø SVD.
Heart: SRMG. Ø EDEMA
Lungs: CTA CPL FLDS
Abdomen: WNL
Extremities/Pulses: WNL

Rectal: Ø PERCEPTIBLE @ MUCOSA.
Neurological:
Other (specify): ⊕ GINGIVAL HYPERTROPHY

Comments on BP or Glucose Monitoring:

ASSESSMENT: Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| (1.) SZ | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| (2.) HTN / CAD | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| (3.) TYPE II DM | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

PLAN: → U/S — OPTHAL / POD    (4.) GLAUCOMA
Medications: SEE TX    (5.) HTN    (6) Bunion
Diagnostics:
Labs: RCP LABS PENDING (AED INCREASED?)
Monitoring: ☑ BP / Frequency: ( X day / week / month )    ☐ Glucose / Frequency: ( X day / week / month )    ☐ Peak flow ☐ Other: _____
Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management
☐ Other (specify): _____ POD .
Referral: ☑ Specialist (indicate type): OPTHAL    ☐ Other Chronic Care Program
Interval to next visit: ☐ 90 Days   ☐ 30 Days   ☑ Other 60 Days   ☐ Discharge from CCP (specify): _____

PROVIDER SIGNATURE A. WILSON, M.D.
STAFF PHYSICIAN
DATE 7.26.06

INSTITUTION CSP/SQ

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
P 79097
Goldstein, Darryl
12/25/57

**CHRONIC CARE
FOLLOW-UP VISIT**

CDC 7402 (03/03)
STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# EXHIBIT L

852512

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR: MEDICAL ☒ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

NAME: Goldstein

CDC NUMBER: P-79097

HOUSING: 2 W95L

PATIENT SIGNATURE: *[signature]*

DATE: 8|3|06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had
The Problem) This is my second request for medical treatment
(see Request 852572). I have need to be seen by a foot
Dr and I am unable to take my Dilantin due to
bleeding gums.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON
BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☒ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received:

Date / Time Reviewed by RN: 8/4/06 1300

Received by:

Reviewed by: *[signature]*

S:

Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P: ☒ See Nursing Encounter Form NEC

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☒ |
|---|---|---|---|

REFERRED TO PCP:

DATE OF APPOINTMENT:

COMPLETED BY:

NAME OF INSTITUTION:

PRINT / STAMP NAME: Karen Warren

SIGNATURE / TITLE: *[signature]*

DATE/TIME COMPLETED: 8/4/06

CDC 7362 (Rev. 03/04) Original - Unit Health Record Yellow - Inmate (if copayment applicable) Pink - Inmate Trust Office (if copayment applicable) Gold - Inmate

California Department of Corrections

**Encounter Form: Miscellaneous/Multiple Systems Complaints**

Health Care Services Division

Inst: _____

Name: _Goldstein, Darryl_ CDC# _P9097_ DOB _12/25/57_ Date/Time _8/4/00 1715_

Fill in the blanks and check all that apply

*ALT TO SKIN Integrity*
*PTT bleeding gums*

**SUBJECTIVE:**

Chief Complaint: _Bleeding gums, Corns on feet_

Date and time of onset: _8/3/00_

History of current complaint: _States Dilantin_
_caused gums to bleed_

Pain: Scale of 0-10 (0=no pain 10=worst pain) _0_

Area of pain: _____

Quality of pain: _____

What makes it better? _____

History or chronic illness: _Seizures_
_HTN, NIDDM, glaucoma_

Allergies: _NKA_

Current medications: _Dilantin, glucophage_
_Norvasc, HCTZ, ASA, glaucoma eye gtts_

**OBJECTIVE:**

☒ Awake, alert, oriented to person, place, time

☒ No bleeding

Vital signs: Temp _979_ Weight: _215_ Resp: _20_

Pulse _14_ BP _139/93_

Skin: ☒ Pink ☐ Pale ☐ Grey ☐ Cyanotic

Breath Sounds ☒ Clear bilaterally

☐ Wheezes ☐ Crackles ☐ Diminished
☐ Absent ☐ Dyspnea ☐ Congestion ☐ Stridor

Describe: _____

General Appearance: _clean_

HEENT _c/o bleeding gums this AM,_
_but no oral bleeding during visit._

Mental Status/Neuro: _intact_

Cardiovascular: _HRR_

Abdomen: _Nontender, ⊕ BS_

Extremities: _Full ROM_

Skin: _Corns on (R) foot -_
_requesting PODIATRY CONSULT._

**ASSESSMENT:**

(Complete by filling in a nursing diagnosis.)

**PLAN:**

MD referral completed: (circle) NO / YES If yes:

☐ STAT ☐ Urgent ☒ Routine

Physician called (name / time)_____

Physician responded (time)_____

Physician orders received ☐yes ☐no

**EDUCATION:**

☒ Advise patient to resubmit a Health Care Service
Request Form (CDC 7362) if symptoms persist.

☐ Patient Health Care Education Forms given to
patient:(specify) _____

☒ Patient verbalized understanding of instructions

☐ Education deferred due to patient condition

**DISPOSITION**

Time released: _____

Condition on discharge: _Stable_

☒ Returned to housing unit

☐ Housing reassignment to: _____

☐ Referred for follow-up

☒ Physician clinic ☐ RN clinic

☐ Referred to higher level of care: (specify)

Person/time contacted: _____

Time/Mode of transfer: _Ambulatory_

ERV contacted (time)_____

ERV arrived (time) _____

Additional Comments:

_needs Podiatry consult._
_States saw Dental in_
_July, but no Mouth wash_
_ordered._
_Requesting mouthwash_

_Karen Stanco_ 3/05

ENCOUNTER FORM:   Miscellaneous/Multiple Systems Complaints
CDC XXXX

# EXHIBIT M

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

2 N95 – Wilson

PATIENT NAME: GOLDSTEIN, DARRYL   CDC NUMBER: P 79097   INSTITUTION: CSP/SQ

DATE OF BIRTH: 12.25.57   EPRD. DATE: LATE '07   GENDER: M

PRINCIPLE DIAGNOSIS: (R) > (L) BIPEDAL BUNION)   ICD-9 CODE:   CPT CODE(S):

REQUESTED SERVICE(S): Callus Trimming   # OF DAYS RECOMMENDED:

Please circle all that apply: Diagnostic Procedure/Consultation   Outpatient/Inpatient   Initial/Follow-up

Requested Treatment/Service is: EMERGENT   URGENT   ROUTINE

For the purpose of retrospective review, if emergent or urgent, please justify: N/A

Proposed Provider: CONTRACTED PROVIDER   Anticipated Length of Stay:

Expected disposition (i.e. outpatient follow-up, return to institution, transfer):

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):
- TYPE II DM c̄ PERIPHERAL VASC. DX.
- (+) Thick calluses @ Feet on EXAM.

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

REQUESTING PHYSICIAN PRINTED NAME: G. A. Wilson, MD. STAFF   APPROVED / AUTHORIZED / DENIED / DEFERRED BY: _____ DATE: 7/26/06

REQUESTING PHYSICIAN SIGNATURE:   DATE: 7.26.06   Utilization management tracking #:

DATE OF CONSULTATION: 8/30/06   PRINTED NAME OF CONSULTANT: RON GRIFFITH, PM

FINDINGS: F/u c/o pain R 4,5 toes, Lo plantar Soft corn ulcer - R-4-5 Plantar callous - R + 1st MT head etc

RECOMMENDATIONS:

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: None

CONSULTANT SIGNATURE:   DATE: 30 Aug 06

ETA RN SIGNATURE:   DATE:

PCF SIGNATURE:   DATE:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH:
GOLDSTEIN, DARRYL
P 79097
12.25.57

Attach Progress Note page for additional information.
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)   CDC 7243 (Rev. 11/02)

# EXHIBIT N

# DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAP EDUCATION NOTE

**PATIENT:** GOLDSTEIN                          **CDC:** P79097

**PHYSICIAN:** J LOPIN, M.D.                    **HOUSING UNIT:**

**DATE OF SERVICE:**   10/10/2006  **DATE OF BIRTH:**   12/25/1957   **PAROLE DATE:**      02/23/2008

---

**SUBJECTIVE:** 602 response regarding a corn on the right 5th toe which is painful and has not been addressed. Additionally, the patient is seen for chronic care for multiple pathologies including hypertension, diabetes, CAD, seizure disorder, glaucoma, and HCV. The right 5th toe is painful and the patient wishes to see a podiatrist. Otherwise, the patient is relatively stable. He denies fever, chills, nausea, vomiting, diarrhea, constipation, chest pain, abdominal pain, shortness of breath, and urinary or stool changes. In regards to his seizure, his last was approximately June of 2006 (none x 4 months).

**OBJECTIVE:** Afebrile. Vitals stable. BP equals 140/88. HEENT is unremarkable. Neck is supple. No lymphadenopathy, bruits, or thyromegaly. S1 and S2. Regular rate and rhythm. No murmurs. Clear to auscultation bilaterally. No wheezing, rhonchi, or rales. Abdomen is soft. No masses, tenderness, or CVA tenderness. There is no hepatosplenomegaly. No jaundice. Anicteric sclerae. No foot infections. There is a tender mass on the right 5th toe.

Labs from 7/2006 show normal lipids, CMP, and UA; except for an elevated glucose. A1c equals 7.8.

**ASSESSMENT/PLAN:**
1. 602, will grant the request to see the podiatrist.
2. Hypertension, apparently good control. Continue current therapy. Blood pressure checks every week x 3 months.
3. Diabetes, diagnosed less than 1 year ago. We will discontinue the regular insulin sliding scale. Increase metformin from 500 mg b.i.d. to 1,000 mg b.i.d.
4. Coronary artery disease, good control. Continue current therapy.
5. Seizure disorder, good control. Continue current therapy. We will order Dilantin levels.
6. Glaucoma, refer to ophthalmology.
7. Hepatitis C virus-positive with normal liver function tests, continue to monitor.
8. Labs pending; CBC, TSH, PSA, Dilantin level, LFTs, and CK.
9. Medication refills x 6 months for HCTZ, metoprolol, Norvasc, lisinopril, metformin, aspirin, nitro, Dilantin, and oral rinse. We will discontinue regular insulin sliding scale. Continue therapy for glaucoma as well including Alphagan and Lumigan as prescribed.
10. Follow up in 3 months.

PATIENT: GOLDSTEIN                                                          CDC: P79097
DATE OF SERVICE:  10/10/2006
Page 2

_____

J LOPIN, M.D.

JL/sts
D:  10/10/2006 12:15:00
T:  10/10/2006 13:30:51
Job #:  41804

# EXHIBIT O

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME Goldstein | CDC NUMBER P 79097 | INSTITUTION SQ |
|---|---|---|

| DATE OF BIRTH 12/25/57 | BPRD DATE | GENDER M |
|---|---|---|

PRINCIPLE DIAGNOSIS "Corn"

| | ICD - 9 CODE | CPT CODE(S) |
|---|---|---|

REQUESTED SERVICE(S) Eval RX

# OF DAYS RECOMMENDED

Please circle all that apply: (Diagnostic Procedure/Consultation)    (Outpatient/Inpatient)    (Initial/Follow-up)

Requested Treatment/Service is:   **EMERGENT**        **URGENT**        **ROUTINE**

For the purpose of retrospective review, if emergent or urgent, please justify:

Proposed Provider: Podiatry                              Anticipated Length of Stay:

Expected disposition (i.e., outpatient follow-up, return to institution, transfer):

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): Corn on MTP 5th Tot

General Pain —                    Surgical Excision?

Estimated time for service delivery, recovery, rehabilitation and follow-up:

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months):

Comments (diagrams, risk factors, prognosis, alternative management, etc.):

| REQUESTING PHYSICIAN PRINTED NAME Coplin | APPROVED / AUTHORIZED / DENIED / DEFERRED BY Mullican M | DATE 10/10/06 |
|---|---|---|

| REQUESTING PHYSICIAN SIGNATURE | DATE 10/10/06 | Utilization management tracking #: |
|---|---|---|

| DATE OF CONSULTATION 2 NOV 06 | PRINTED NAME OF CONSULTANT DON GRIFFITH DPM |
|---|---|

FINDINGS: MTP II PM pob7 18mm
Her pain 28 softel corn 4th 5th
intertrigous space - elevated.

RECOMMENDATIONS: Advised of footstein wide shoes
through catalog.

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: prn

| CONSULTANT SIGNATURE | DATE 20 NOV 06 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | P 79097 |
| PCP SIGNATURE | DATE | Goldstein |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN  - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK   - UM
GOLD   - SPECIALTY SCHEDULER

PHYSICIAN REQUEST FOR SERVICES (RFS)        CDC 7243 (Rev. 11/02)

# EXHIBIT P

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/4/07 | | ① | bed board |
| | | ② | *illegible* |
| | | ③ | Podury cerard. |
| | | ④ | Tolm...state cream to affeced arm feet BID x 30days |
| | | ⑤ | HCTZ 25mg po qd x 180 dys |
| | | ⑥ | metoprolol 50mg po BID x 180 dys |
| | | ⑦ | norvasc 5mg po qd x 180 dys |
| | | ⑧ | lisinopril 40mg po qd x 180 dys |
| | | ⑨ | metformin 1000mg po BID x 180 dys |
| | | ⑩ | ASA EC 81mg po qd x 180 dys |
| | | ⑪ | Dilantin 100mg III po qd x 180 dys |
| | | ⑫ | CBC, chempl, HbA1c, fasting lipid panel, UA, PPP |
| CPP | | ⑬ | DC 2wks Flu tot vealts |
| ✓ | | ⑭ | *illegible* switch to Spirt BID x 90 days error |
| | | ⑮ | lumigan 0.03% 1 gtt OU qd x 180 dys |
| | | ⑯ | Alphagan P 0.15% 1 gtt OU BID x 180 dys |

x 12 months

*signature* (C. David)

| ALLERGIES: | | | INSTITUTION SO | ROOM/WING N1-1L |

Confidential
client information
See W & I Code, Sections 4514 and
5328

Noted
*illegible signature*
4/4/07

CDC NUMBER, NAME (LAST, FIRST, MI)

P79097

Goldstein, D

12/25/57

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05  93459        DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 4/4/07 | | (cont). page 3/6 as 4/20/02 |

Pt c/o ¾ pain in 8th toe last seen by podray 11/06 ¢ recommendation to get under shoe. Pt appear extremely anxious because he is diabetic. Claim he cannot pay for shoes (indigent) & state shoes do not fit him.

BP = 124/84 PR = 60 RR = 16 T = 97° wt = 225

Gen adult obese, ♀ NAD moves about ¢ difficulty - But no guarding distress ♁ splinting

neck supple œms occ ♁ sight and lipid premier

chest RRR ♁ grunt

abd soft nontender BS♁ ♁ organ

ext ♁ CCE PT/DP ②⊕ seeing into to toes moist rash between toes. Skin intact.
Sft callus in fingers space 4th & 5th toes

Shoes ¢ good fit (pt agree) currently wearing black canvas top slip on shoes.

Skin ♁ rash (except for as noted above)

Lab 11/15/06 AH = 43 ast = 26 AlkP = 80
HbA1c = 70 TSH = 2.92 PSA = 0.9
dilantin none detected (cont)

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|-------------|-----------|----------|-------------------------------------|
| | | | Goldstein P 79097 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA.                     DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| 4/4/07 | |

Here for multiple c/o & requesting multiple chronos.
Pt c Hx DM, HTN, grandmal seizure d/o, glaucoma, HCV
and chronic stable chest pain. Requesting 1) Chrono of
1845 for disability due to "heart condition" 2) egg crate
for bunk prom, 3) Pillows to alleviate legs due to leg
swelling caused by state socks, 4) Soap due to being
"Allergic" to state soap 5) dietary consult due to
diabetes 6) podiatry f/u for "ingrown corn" on (Rt) foot
5th toe 7) Follow-up for eye surgery.

48 y.o. c Hx diabetes mellitus dx in county jail in
2005. Pt was initially started on insulin in county &
A to oral meds prior to transfer to SQSP. Pt claims he
has never received any diabetic education esp regarding diet.
He is currently on a Kosher diet due to Religious
preferences.

He has a Hx of grandmall seizure d/o & has been on
dilantin for years. This drug caused gingival hypertrophy
& gum irritation. He has been prescribed oral rinses
which helps his gums. He does not want to change his
seizure medications. Reports last seizure ~4 months ago.
Pt not sure of trigger. He does not m/m stop his meds
(i.e. dilantin).

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| | | | Goldstein, Darryl P79097 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 4/4/07 | | (Cont') page 2/6 @ 4/24/07 |

Pt c̄ Hx glaucoma & cataract has been followed by opthalmology @ UCSF. Last visit c̄ Dr Lin 2/28/07 c̄ reccomadation for surgery on right eye. Pt has been c̄ eye gtts ∅ change in vision recently

Pt also claims he has a "Heart condition" when asked to be more specific repts he has chest pain. Chest pain started in 2002. Sharp pain in left chest last ~30 seconds, occurs at any time, not particularly associated with activity. Worse with bending over. Relieved c̄ rest. Since 2002 has been getting gradually better. ∅ SOB, dizziness, diaphoresis, radiation assoc c̄ pain. He repts because of his "heart condition" his legs swelling. He only has swelling when he wears state issued socks & complains that the elastic is too tight. He wants an pillow to elevate his feet for the swelling.

Pt also c/o being allergic to state soap. repts break out in rash c̄ use of state soap. Was prescribed zinc tar soap by NP Bright but did not receive it yet (no soap bars on formulary).

Crowns

(Cont')

---

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME CLASS, FIRST, MD |
|-------------|-----------|---|----------|------------------------------------|
| | | | | Goldstein P 79097 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 4/4/07 | | (cont) page 5/6 on 4/25/07 |

4) glaucoma / cataract — cont eye gtts
— ~~Referred for~~ RFS for surgery on recommendation
MD/CSF

5) HCV — at this WT's mildly ↑. Pt not comply
w/infect candidate given ~~out~~ pending
~~opth~~ eye surgery & parole date of
2/2008

6) Chest pain non cardiac likely GI in origin
— Pt educated on reflux, admit NTG can
also relieve esophal spasm
— Pt informed of recent stress echo 9/2003

7) Request for medical disability not indicated at
this time based on #6 also his BP & DM
are well controlled

8) back pain not specifically addressed today due to
time constraints — will address next visit
— egg crate — not medically indicated for
back pain — Chrono denied
— Chrono for back board

9) Request for Bibbs to elevate legs
not medically indicated (cont)

---

INSTITUTION _____ HOUSING UNIT _____

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Goldstein
P79097

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|
| 4/4/07 | |

(con't)   prog 6/6 co abottate

9) Pt with no signif periph edema on exam (in fact no edema)
  — Pt advised to stretch socks if they feel to tight
  — Pillow covers denied

10) 4/0 allergy to state Soap
  — would if Pt allergic would to Soap would expect rxn to topically applied Soap.
  — Rt fore arm cleaned c water soaked paper towel. Soap applied to fore arm left on for 30 seconds then rinsed off — will monit for rxn.

11) toina Pedis
  — tx c tol eflotate
  — Pt educated on Foot care

12) 4/0 corn Rt foot
  — area partially trimmed by Pody — refer back to th

13) RTC 14 30 days Phn test results

(C David)

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

INSTITUTION        HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Goldstein
P79097

| DATE | TIME | |
|---|---|---|
| 4/4/07 | | (cont) page 4/6 to 4/4/07 |
| 4/4/07 | | 7/14/06   Chol = 59  LDL = 101   HDL = 45 |

$$\frac{141}{4.3} \mid \frac{107}{22} \mid \frac{114}{1.1} < \frac{[3]}{[1]}$$   UA trace ketones

HbA1c = 7.8

3/15/03  normal maximal stress echo.

Mo 0 Diabetes mellitus type 2 on oral medication
  well controlled & clinically stable
  — Ct not fasting  1000g po BID   — Ct A8M
  — refer to dietician for education (Pt could
      also benefit from weight loss diet
      counseling)
  — rev HbA1c  as well as recheck chempanel
2) Hypertension  well controlled,  stable
  — Ct lisinopril 40mg qd   Norvasc 5mg qd
  — Ct HCTZ 25mg qd   Metoprolol 50mg BID
3) Syncope do — well controlled
  — extensive disposition
  — rev med level area (cont "not detected"
  — Ct lab bulk chems. for now.
  *drug levels have always been "not detected"
  except for  4/17/03 = 2.2   (cont)
  indicates non-compliance.

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME-LAST, FIRST, MD |
|---|---|---|---|
| | | | Goldstein |
| | | | P 79097 |

## PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

# EXHIBIT Q

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/25/07 | | ① | lipiter 10mg po qd x 90 dys |
| | | ② | LFT's in center, Dilantin level |
| | | ③ | bed board, insoles size 12 |
| | | ④ | DC Daypro |
| | | ⑤ | Ibuprofen 600mg po BID prn Soft pen x 90dys |
| | | ⑥ | RTC 30dys F/u CCR MD line only |
| 4/28/07 @ 14:00 | | | CT. 07 (C. Davis) |
| | | | CT P CTLM LWM. |

ALLERGIES:

INSTITUTION: SQ

ROOM/WING: N1-1L

Confidential client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)
P 79097
Goldstein, D
12/25/57

PHYSICIAN'S ORDERS

CDC 7221 (2/90)
STATE OF CALIFORNIA          OSP 05 93416          DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 1/25/07 | | |

Hence for PLN test results. Also to address
continued % of foot problems.

Pt comes to Clinic today wearing plastic shower shoes.
He reports his previous Canvas shoes are "trashed" [but]
[surgery over shoes were in good condition 4/4 feet]
& he threw them away, [submitted ever] Pt reports [4/4 feet]
diffuse pain in his feet. Has not even attempted to
replace his Canvas shoes nor tried to get proper fitting
boots from property officer. Pt admits while he was
on the streets he was wearing shoes too small for
him (Since 11½ white Ø reports he is a size 12)
He was last evaled by Podry 11/29/06 a recommendation
for Pt to obtain wide shoes) Thugh catalog.
Mr Goldenstein mistakenly thinks he was told he needed
to get open toed shoes.

Despite his % of foot pain he has started an
exercise program. Has started walking the track &
is able to walk 4 labs at a time & he
estimates it takes him ~ 15 minutes. this is
not limited by foot discmf. He reports he starts to
exercise at the advice of the dietitian whom he spoke
with on 4/16/07

(cont) [signature]

| | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|-----------|----------|-----------------------------------|
| | | N1-1L | P79097 |
| | | | Goldstein, D |
| | | | 12/25/57 |

**PHYSICIAN'S PROGRESS NOTES**

10 (7/80)
CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 4/25/02 | | Progrm notes  cont.   2/6 |

Pt also had sent me a note, regba an "allegic water" to the State soap. He repts he develop or smll pimple like lson in this gru area it has since resolvd. he was pgged multple tms thr the clinic aper us & ducted to RN his on 4/17 for emhtrs but he did nt responds to ether of these He repts he did nt got the ducated & denis he signed for it (RN Jackson repts the ... nt fwd what the ducted had been signed fur). He repts complder has resh

Pt also ē c/o knee pain has Pain left med knde Sharp shooty pain  also occattly occurs in upper knele neele  Ø varidstn to lower exlendn   has nt recied the bed board sharo.

BPₓ 129/79  PRₓ65   M₂ₓ16  Tₓ97⁹  wtₓ223
Gwen alst comptins  WNB
luso crn ō cdus ō chnge  ō rbrbclu
lht  mrn ō gru
Pobd  sgst  obsrm

                                              (cat)
                                          ~~~~~

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|---|

P79097
Goldstein, D

**PHYSICIAN'S PROGRESS NOTES**

CDC 7230 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

12/25/57

| DATE | TIME | |
|---|---|---|
| 4/25/07 | | (Cont) 3/6 |

Bat, ∅ CUE, PT/DP 2⊕ sensory intct to light touch skin intact. No erythema ∅ drainage. ∅ sign of ~~foot~~ infection



Mild callus medial 5th toe ⑤

Small callus webb space between 4th & 5th toes ⊕ feet ~~today~~ c̄ c/o pain c̄ palpation sole of foot ∅ soft tissue swelling ∅ skin discoloration Also c̄ mild skin thickening/callus ⊕ crust toes ~~webbed~~ edges ~~o~~ ... peels ... resolved

Labs: UA  It was active  microalbumin = 16

Chol = 182   Trig = 124   LDL = 117   HDL = 40
139 | 104 | 18
3.9 | 21 | 1.3 / 91   Ca = 9.4   Alb = 4.4   AST = 28

ALT = 41   AlkP = 66   8.3 > 146/43.7 \ 191   AℓP = 3.0

HbA1c = 6.4

A/P 1) Hypertension well controlled

2) Diabetes mellitus well control c̄ HbA1c ↓ From 7.0 (11/05/06) → 6.4

3) "Seizure do" currently on dilantin — will verify levels — cont dilantin for now. consider D/c if levels presently undetectable

4) glaucoma/cataract — Pnd schedfor surg c̄ UCSF.

(Cont) [signature]

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MD) |
|---|---|---|---|---|
| | | | | Gold stein P79097 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7280 (7/80)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|------|------|---|
| 4/25/07 | | (cont) 4/6 |

5) HCV, — NL LFT's & AFP.
   — Cont to follow LFT's prn
   — Pt not tx/treatment candidate based on
       prable data & prior surgery (eye)

6) 4o allergy to state soap — unable to examine pt
    during time of sympt despite multiple attempts
    Pt advised if recurs needs to come to clinic
    for evaluation. From description doesn't
    sound consistent c allergy reaction

7) 4o foot pain, 4cb plantar ? & deft for callis
                                between
    — Pt advised of Dr Griffin's recommendation
       for wide shoes
    — Property control they do stock state
       boots in wide widths, Pt repts has
       not had state shoes since 2003 &
       admits back then they only had narrow
       boots
    — Pt repts catalog does not carry wide shoes
       but on review of catalog they do
       carry wide widths.

(Cont)

Goldstein
P79097

## PHYSICIAN'S PROGRESS NOTES

CDC 7290 (7/90)
STATE OF CALIFORNIA                 DEPARTMENT OF CORRECTIONS

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME LAST, FIRST, MD |
|---|---|---|---|---|

| DATE | TIME | |
|------|------|---|
| 4/25/02 | (cont) | 5/6 |

Pt futher reports he cannot order other, because of his cunt custody status & can only order a "quarterly package" & a shoe only order will be a "special order" I'm not sure I understand this at all & will need to speak to custody to clarify whether this is a real or perceived obstacle for mr Goldstein. at present pt may order shoes from Vendor's catalog

– he is to go get a paper city pair of State Shoes & return to clinic tomorrow a.m. for us to eval their fit

– he was given a chrono for insoles to provide extra cushion for his plantar fascia

– he is to keep PT appt with podiatry on 4/26/02 for re-evaluation of his foot c/o

(cont)

| INSTITUTION | PHYSICIAN | | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST), MD |
|-------------|-----------|---|----------|-----------------------------------|
| | | | | Goldstein
P79097 |

**PHYSICIAN'S PROGRESS NOTES**

CDC 7280 (7/90)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| DATE | TIME | |
|---|---|---|
| 4/25/07 | | Cont 6/6 |
| | | 8) Comm [circled] feet prob Poly flu |
| | | ∅ sign of skin break down or infection |
| | | on exam today |
| | | [struck] Current foot problems chronic & his |
| | | prior mistreatment of his feet prior to |
| | | incarceration certainly a contributory factor |
| | | (Pt self reports wore shoes too small) |
| | | 9) Ibuprofen for foot pain |
| | | 10) RTC 30days flu |
| | | [signature] |
| | | (C. David) |
| | | 11) dyslipidemia – statin Lipitor – Pt endorses or |
| | | myalgia & possible affect on liver |
| | | – Pt wants trade med in pt s̄ problem |
| | | – Stat Lipitor long po qd (LDL goal <70) |
| | | – √ LFT's in 6wks |
| | | 12) Hx CA – good exc tolerance able to walk 4 laps |
| | | (~1 mile) s̄ problems [signature] |
| | | (C. David) |

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|---|---|---|---|
| | | | Goldstein P79097 |

PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# EXHIBIT R

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

INI-NP Burgett

| PATIENT NAME Goldstein | CDC NUMBER P-4097 | INSTITUTION SQSP |
|---|---|---|

| DATE OF BIRTH 12/25/57 | EPRD DATE 2/2008 | OBNDBR |
|---|---|---|

PRINCIPLE DIAGNOSIS diabetes mellitus type 2 & S/P corn

ICD-9 CODE          CPT CODE(S) Rt foot

REQUESTED SERVICE(S) Podictry F/u prn x 1 year.

# OF DAYS RECOMMENDED

Please circle all that apply: Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:  **EMERGENT    URGENT    (ROUTINE)**

For the purpose of retrospective review, if emergent or urgent, please justify: _____

Proposed Provider: Dr. Cong____    Anticipated Length of Stay: _____

Expected disposition (i.e., outpatient follow-up, return to institution, transfer): _____

Medical Necessity (briefly describe the clinical situation; the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant): 49yo ♂ DM type 2 well controlled S/P corn between 4th & 5th toes but seen & trimmed 11/20/06 Please see for F/u

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams, risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME C. David | APPROVED / AUTHORIZED / DENIED / DEFERRED BY Dr. Hann or Dr. Mike S. | DATE 4-5-07 |
|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE _____ | DATE 4/4/07 | Utilization management tracking #: |

DATE OF CONSULTATION 5/23/07    PRINTED NAME OF CONSULTANT JON GRIFFITH DPM

FINDINGS: _____

RECOMMENDATIONS: _____

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: _____

| CONSULTANT SIGNATURE | DATE 25May07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| BTA-RN SIGNATURE | DATE | |
| PCP SIGNATURE | DATE | |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN - TO UHR PENDING ORIGINAL
CANARY - CONSULTANT
PINK - UM
GOLD - SPECIALTY SCHEDULER

**PHYSICIAN REQUEST FOR SERVICES (RFS)**    CDC 7243 (Rev. 11/02)

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES
## PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI) GOLDSTEIN | | CDCR NUMBER P-4097 | INSTITUTION S.Q. |
|---|---|---|---|
| DATE OF BIRTH 12-25-57 | EPRD DATE | GENDER M | HOUSING LOCATION N-1 |

**REQUESTED SERVICE:**

| | | | |
|---|---|---|---|
| ☐ Cardio | ☐ Cardiovasc Surg | ☐ CID | ☐ OT Scan |
| ☐ Derma | ☐ Echo | ☐ EMG/NCV | ☐ ENT Consult |
| ☐ ENT Proc | ☐ GI Cons | ☐ GI Proc | ☐ Liver Biopsy |
| ☐ Lump & Bump | ☐ MRI | ☐ Oncology | ☐ Optometry |
| ☐ Ophthal | ☐ Other Vasc | ☐ Plastic Surg | ☐ Podiatry Surg |
| ☐ Pulmonary | ☐ PT | ☐ Ultrasound | ☐ Telemed |
| ☐ Gen Surg Consult | ☐ Gen Surg Proc | ☐ Neuro Consult | |
| ☐ Neuro Surg | ☐ Ortho Consult | ☐ Ortho Proc | |
| ☐ Other Radiology | ☐ Podiatry Surg | ☐ Urology Proc | |
| ☐ Urology Consult | ☐ Other | ☒ Other  orthotic | |

PROPOSED SPECIALTY PROVIDER:
*Prothestic / ORTHOTIST*
*orthotic*

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME:**
☐ 1 (7 Days)  ☒ 2 (30 Days)  ☐ 3 (60 Days)
☐ 4 (Other) indicate timeframe:
(Justify)

PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP):
NP  BURGETT  5/23/07

Pertinent clinical information and reason for consultation:
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

STATE NOT ABLE TO PROVIDE PROPER
FITTED SHOES

| Specialty Care Coordinator Name/Signature/Date | ☒ Authorized/Date: 5/11  Date Forwarded to Specialty Care OT: 5/11/07 |
|---|---|
| | ☐ Referred to Physician Manager or Care Management Committee Date: |
| Physician Manager Name/Signature/Date (Print or Stamp) | ☐ Approved and Referred to Specialty Care Coordinator /Date _____ |
| | ☐ Referred to Care Management Committee/Date _____ |
| Care Management Committee Chair | ☐ Approved/Date: _____ ☐ Denied/Date: _____ ☐ PCP Notified _____ |
| | ☐ Deferred Until _____ By: _____ |

**TO BE COMPLETED BY CONSULTANT:** Please send final report to Specialty Care Coordinator via fax at (415) 454-5097.
For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.

Findings and Diagnosis:
Chronic pain bilat feet 2° soft corns
4th interspace space - shoes too narrow

Recommendations to Primary Care Provider:
lesion debrided
Ref to orthotic f for proper width shoes

Instructions Provided to Patient:
___ Evres the x-... ...

| Print Name of Consultant/ Signature/Date | Telephone Number: | Facsimile Number: |
|---|---|---|
| Dr. McGRIFFITH 23May07 | | |

| Print Name of TTA RN or Designee / Signature / Date / Time | Print Name of Specialty Care Onsite RN / Signature / Date / Time |
|---|---|
| | N. Niquens  RN  6/8/07 |

DISTRIBUTION:
Original - File in UHR; Yellow - Consultant; Pink - Specialty Care Coordinator; Golden Rod -- Specialty Care Scheduler

# EXHIBIT S

**DEPARTMENT OF CORRECTIONS**
**SAN QUENTIN STATE PRISON**

**SOAPE NOTE**

PATIENT: GOLDSTEIN                           CDC: P79097

DATE OF BIRTH:  / /                     DATE OF SERVICE:   05/29/2007

HOUSING UNIT:                           PAROLE DATE:  / /

---

**SUBJECTIVE:** This is a 50-year-old man with a history of hypertension, diabetes, hypercholesterolemia, hepatitis C, seizure disorder, glaucoma, cataracts, and chronic foot pain and problems who presents here for followup and chrono renewal. The patient reports extremely limited exercise tolerance secondary to his foot pain. He is able to walk around San Quentin and up a flight of stairs with quite a bit of difficulty. He has a ground floor cell currently and is requesting a chrono renewal for his limitations including prolonged standing, heavy lifting, and long distance walking. He also reports a rash that he has had which he is convinced is either secondary to the state soap, Lipitor, or a combination of the two. Patient reports that the rash started about 2 weeks after he started Lipitor, and it was mostly on his upper extremities and chest; but he also states that this coincided with him using the state soap which has caused this rash in the past. He cannot afford to purchase other soaps; and no other soaps, from my knowledge, are available for him. Denies any hypoglycemic or hyperglycemic symptoms. He has had a.m. fingersticks of 98-160 and p.m. fingersticks of 123-158. He has had no chest pain or shortness of breath. His other issues are stable.

**OBJECTIVE:** Physical exam: Temperature 96.6, pulse 56, blood pressure 119/82, respiratory rate 20, weight 220. Generally the patient is well-appearing in no apparent distress. He does have a mildly erythematous macular rash on his bilateral upper extremities to his shoulders. He says that the rash is significantly better from prior. Mild eczematous changes with evidence of dry skin. His heart is regular. Lungs are clear.

**ASSESSMENT AND PLAN:**
1.  Rash. It is unclear of the etiology of the patient's rash. He is willing to restart the Lipitor as it may not have coincided significantly, and he will follow the rash carefully. I have written him for Eucerin cream which he will apply b.i.d. and in case this is an eczematous rash as well, some hydrocortisone to apply directly to the areas where the rash is evident currently. He will shower for the time being without soap, and I will look for an alternative soap for him although I am not sure if there is anything else available.
2.  Foot pain. I have renewed his chronos. He is being following in podiatry for his foot pain. He was last seen approximately a week ago. We will continue to let them manage his foot issues. His mobility appears stable to stay here at San Quentin for the time being as he is able to walk up a flight of stairs and walk greater than 100 yards with some difficulty secondary to pain. We will continue to monitor his functional status.
3.  Diabetes. His diabetes by fingersticks appears to be very well-controlled. He denies any hypoglycemic symptoms. Will continue his current medication regimen and follow this up further at his following visit.
4.  Hypertension. His blood pressure is fairly well-controlled today at or very near the goal for a diabetic patient. What we will do is to continue to follow this for the time being, and again follow this one up at a future visit.

PATIENT: GOLDSTEIN                                                    CDC: P79097
DATE OF SERVICE: 05/29/2007
Page 2


5.   All other issues were deferred until future visit secondary to the extensive discussion that occurred around his
     chronos.


_____
CLEMENS HONG, M.D.

CH/sts
D:  05/29/2007 16:38:00
T:  05/29/2007 20:00:58
Job #:  43756

# EXHIBIT T

| DATE | TIME | |
|------|------|---|
| 6/7/05 | | *to* Prosthetics clinic |
| | | Eval & meds for *x day pts* *swes.* |
| | | *will std for* P6 *wk* *2 wks* |
| | | *[signature]* |
| 6/22/05 | | Prosthetic Clinic: |
| | | *[illegible handwriting]* *RA* *[illegible]* *dept* |
| | | *[illegible]* |

INSTITUTION

HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Goldstein

P79097

12/25/57

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# EXHIBIT U

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES
## PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI) Goldstein | | CDCR NUMBER P 40917 | INSTITUTION SQ |
|---|---|---|---|
| DATE OF BIRTH | EPRD DATE | GENDER M | HOUSING LOCATION NORTH BLOCK 1 N 1 |

**REQUESTED SERVICE:**

☐ Cardio   ☐ Cardiovasc Surg   ☐ CID   ☐ CT Scan
☐ Derma   ☐ Echo   ☐ EMG/NCV   ☐ ENT Consult
☐ ENT Proc   ☐ GI Cons   ☐ GI Proc   ☐ Liver Biopsy
☐ Lump & Bump   ☐ MRI   ☐ Oncology   ☐ Optometry
☐ Ophthal   ☐ Other Vasc   ☐ Plastic Surg   ☑ Podiatry Surg
☐ Pulmonary   ☐ PT   ☐ Ultrasound   ☐ Telemed
☐ Gen Surg Consult   ☐ Gen Surg Proc   ☐ Neuro Consult
☐ Neuro Surg   ☐ Ortho Consult   ☐ Ortho Proc
☐ Other Radiology   ☐ Podiatry Surg   ☐ Urology Proc
☐ Urology Consult   ☐ Other   ☐ Other

**PROPOSED SPECIALTY PROVIDER:**

Podiatrist

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME:**

☑ 1 (7 Days)   ☐ 2 (30 Days)   ☐ 3 (60 Days)
☐ 4 (Other) Indicate timeframe: _____
(Justify): _____

**PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP)**

Lyons Cline   6/29/07

Pertinent clinical information and reason for consultation:
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

Sore on inner small toe.

| Specialty Care Coordinator Name/Signature/Date _(signature)_ | ☑ Authorized/Date: 7-2-07   Date Forwarded to Specialty Care OT: 7-2-07 |
|---|---|
| | ☐ Referred to Physician Manager or Care Management Committee  Date: _____ |
| Physician Manager Name/Signature/Date (Print or Stamp) | ☐ Approved and Referred to Specialty Care Coordinator /Date _____ |
| | ☐ Referred to Care Management Committee/Date _____ |
| Care Management Committee Chair | ☐ Approved/Date: _____   ☐ Denied/Date: _____   ☐ PCP Notified _____ |
| | ☐ Deferred Until _____ |

**TO BE COMPLETED BY CONSULTANT:** Please send ~~3~~ ~~?~~ e Coordinator via fax at (415) 454-5097.
For questions, please contact the Specialty C~~...~~ xt. 5589.

Findings and Diagnosis:
Soft corn Right fourth interspace
debrided - AgNO₃ appl.

Recommendations to Primary Care Provider:


Instructions Provided to Patient:

No F/u

| Print Name of Consultant / Signature/Date   DON GRIFFITH DPM | Facsimile Number: |
|---|---|

| Print Name of TTA RN or Designee / Signature / Date / Time | Print Name of Specialty Care Onsite RN / Signature / Date / Time |
|---|---|

DISTRIBUTION:
Original - File in UHR;  Yellow - Consultant,  Pink - Specialty Care Coordinator,  Golden Rod - Specialty Care Scheduler

# EXHIBIT V

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| DARRYL LEE GOLDSTEIN | P-79097 | 1 North 001 |

| PATIENT SIGNATURE | DATE |
|---|---|
| L | July 30, 2007 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I have growth inside my little toe that is extremely painful and prevents me from sleeping , I need to have my feet shaved and they are painful

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

| Date / Time Received: 7-30-07 | Received by: _Illegible_, LVN |
|---|---|
| Date / Time Reviewed by RN: 7-30-07 @ 1340 | Reviewed by: Q. Jackson, RN |

**S:**    Pain Scale:    1   2   3   4   5   6   7   8   9   10

**O:**  T:      P:      R:      BP:      WEIGHT:

**A:**

**P:**

☒ See Nursing Encounter Form   *Inflammatory Skin*

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☑ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: 8/13 |
|---|---|

| COMPLETED BY | NAME OF INSTITUTION SQSP |
|---|---|

| PRINT / STAMP NAME | SIGNATURE / TITLE Q. Jackson, RN | DATE/TIME COMPLETED 7-31-07 |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

D6

California Department of Corrections · Inst: _____ · Health Care Services Division

## Encounter Form: Inflammatory Skin Conditions

Name: _Goldstein, Darryl_  CDC# _P79097_ DOB _12-25-57_ Date/Time _7-21-07 @ 0125_

Fill in the blanks and check all that apply.

### SUBJECTIVE:

Chief Complaint: _Growth of skin between figures_

Date and time of onset: _2003 _____ of 5th digit_

Pain: Scale of 0-10 (0=no pain 10=worst pain). _4/10, 8-9/10 @ HS_

Area of pain: _Fissure of (R) 5th digit_

Quality of pain: _"Throbbing, intermittent"_

What makes it better? _Removal of skin_

Location of lesions: _Between fissure of 4th & 5th digit on (R) foot_

Symptoms: ☐ Dyspnea  ☐ SOB  ☐ Swollen glands
☐ Itching  ☐ Burning  ☐ Fever  ☐ Chills
☐ Malaise  ☐ Dandruff  ☐ Tenderness
☐ Cracking between fissures of hands/feet
Condition worse at a particular time _____

Recent contact with: ☑ No known contacts
☐ Weeds/Bushes  ☐ Plants  ☐ Sun  ☐ Rubber/latex
☐ Detergents  ☐ Chemicals  ☐ Dyes  ☐ Cement
Other _____

Hx. of minor trauma to skin (insect/animal/human bite, abrasion) _Condition apparent since '03_

Hx. of chronic illness ☐ None  ☑ Asthma  ☐ Hay fever
☐ Allergic rhinitis  ☐ Urticaria  ☐ Arthritis
Other: _Diabetes, HCV, Arthritis_

Family history of: ☐ Atopic dermatitis  ☐ Psoriasis
Other: (describe) _Unk_

Allergies: _NKDA_

Current medications: _NTG, Peridex oral rinse, Atorvastatin, Eucerin Crm_

### OBJECTIVE:

☑ Awake, alert, oriented to person, place, time
☐ No bleeding  _151/98 - Asymptomatic_

Vital signs: B/P: _151/98_ Pulse _66_ Resp. _18_ Temp _98.1_
_160#_
_220#_

Breath Sounds ☑ Clear bilaterally
☐ Wheezes  ☐ Crackles  ☐ Diminished
☐ Absent  ☐ Dyspnea  ☐ Congestion  ☐ Stridor
Describe: _____

Swelling: ☐ None  ☐ Lips  ☐ Tongue  ☐ Uvula

Skin lesions: Location; size; distribution; pattern: _Black, thickened skin between 4th & 5th digit on (R) foot_

Area I ☐ Swelling  ☐ Redness  ☐ Red streaks
☐ Crusting  ☐ Drainage  ☐ Vesicles  ☐ Nits
☐ Pustules  ☐ Excoriation from scratching
☐ Fissuring  ☑ Skin thickening
☑ Pigmentation changes  ☐ Other _____
Describe: _____

Lymph nodes: ☑ No abnormalities  ☐ Swelling  ☐
Tenderness Location: _(R) foot_

Encounter Form:
Inflammatory Skin Conditions
CDC XXXX

### ASSESSMENT:

☑ Impaired skin integrity evidenced by/related to: _5th digit black, thickened skin to (R) 5th_

☐ Infection or cellulitis evidenced by/related to: _____

☐ Risk of infection as evidenced by / related to: _____

### PLAN:

MD referral completed: (circle)  NO / YES If yes:
☐ STAT (History of skin trauma, lymphadenopathy, oozing skin lesions covered with a thin, light brown _Denies_ or honey-colored crust, or pruritic blisters filled with yellow or honey-colored fluid)
☐ Urgent  ☐ Routine
Physician notified (name / time) _____
Physician responded (time) _____

ECZEMA
☐ Remove offending agent (describe): _____
☐ Hydrocortisone cream 1%: apply to areas 3-4 times/day QD x 7 days.

URTICARIA (HIVES):
☐ Use of non-prescription analgesic and purchased commissary medication discontinued
☐ Physician contacted to discuss discontinuation of additional medications.
☐ Benedryl 25mg caps 1-2 Q4-6 hrs PRN itching x 3 days; not to exceed 12 caps in 24 hrs

TINEA PEDIS
☐ Tolnaftate 1% cream 60g to area QD x 4 weeks

POISON OAK
☐ Take a cool shower, with soap to remove toxin.
☐ Make sure to wash all clothing that came in contact with the plant.
☐ Calamine lotion, apply to affected areas PRN.
☐ Benedryl 25mg caps 1-2 Q4-6 hrs PRN itching x 3 days; not to exceed 12 caps in 24 hrs
☐ Hydrocortisone cream 1%: apply to areas 3-4 times/day QD x 7 days

DRY FLAKY SKIN:
☐ Recommend mild soap (Dove)
☐ OTC lotions PRN to affected areas.

☐ Treatment given/per RN Protocol: _____

_J. Jackson, RN_
Signature / Title

### EDUCATION:

3/05

Page 1 of 2

D6

| DATE | TIME | GLUCOSE MONITOR READING | INSULIN | | | INITIALS | DATE | TIME | GLUCOSE MONITOR READING | INSULIN | | | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TYPE | AMOUNT / INJ CODE | | | | | | TYPE | AMOUNT / INJ CODE | | |
| 7-2-0 | 0730 | 135 | 0 | | | MK | 7/21/07 | 1515 | 161(P) | 0 | | | 1/2 |
| 7/3/07 | 0730 | 109 | 0 | | | 8LN | 7/24/07 | 1700 | #123 | 0 | | | 1/2 |
| 7/4/07 | 0700 | 122 | 0 | | | 8LN | | | | | | | |
| 7/5/07 | 0700 | 148 | 0 | | | 8LN | 7/24/07 | 1430 | 148 | 0 | | | 6/5 |
| 7/6/07 | 0700 | 128 | 0 | | | 8LN | 7/23/07 | 1430 | 137 | 0 | | | 4/2 |
| 7/9/07 | 0700 | 108 | 0 | | | 8LN | 7/31/07 | 1505 | 150(P) | 0 | | | 1/2 |
| 7/10/07 | 0700 | 142 | 0 | | | | | | | | | | |
| 7/11/07 | 0700 | 158 | 0 | | | 8LN | | | | | | | |
| 7/12/07 | 0700 | 135 | 0 | | | | | | | | | | |
| 7/15/07 | 0600 | 100 | 0 | | | 8LN | | | | | | | |
| 7/18/07 | 0700 | 144 | 0 | | | 8LN | | | | | | | |
| 7/20/07 | 0700 | 111 | 0 | | | | | | | | | | |
| 7/21/07 | 0700 | 128 | 0 | | | | | | | | | | |
| 7/22/07 | 0600 | 108 | 0 | | | | | | | | | | |
| 7/23/07 | 0600 | 209 | 0 | | | 8LN | | | | | | | |
| 7/24/07 | 0630 | 115 | 0 | | | 8LN | | | | | | | |
| 7/25/07 | 0600 | | 0 | | | | | | | | | | |
| 7/26/07 | 1410 | 264 | 0 | | | SG | | | | | | | |
| 7/27/07 | 0700 | 207 | 0 | | | 8LN | | | | | | | |
| 7/29/07 | 0700 | 188 | 0 | | | SG | | | | | | | |
| 7/30/07 | 0700 | 153 | 0 | | | 8LN | | | | | | | |
| 7/30/07 | 1425 | 331 | 0 | | | SG | | | | | | | |
| 7/31/07 | 0700 | 103 | 0 | | | SG | | | | | | | |

| SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS | SIGNATURE/TITLE | INITIALS |
|---|---|---|---|---|---|
| | | J. Caldarula LVN | N | Shelton, LVN | 8LN |
| | | V. Jackson, RN | | M. Robinson LVN | MR |
| | | Rose LVN | R | Chas Herber LVN | CH |
| | | | | C Singleton | CS |

**INSTITUTION** SQSP    **HEALTH CARE PROVIDER'S NAME** DR. DAVID    **BED NUMBER** 1N1

**INJECTION SITE CODES:**
(1) RIGHT UPPER OUTER QUADRANT
(2) LEFT UPPER OUTER QUADRANT
(3) RIGHT DELTOID
(4) LEFT DELTOID
(5) RIGHT THIGH
(6) LEFT THIGH
(7) RIGHT ABDOMINAL
(8) LEFT ABDOMINAL
(9) RIGHT VENTRAL GLUTEUS
(10) LEFT VENTRAL GLUTEUS

**CDC NUMBER, NAME (LAST, FIRST, MI) ; DATE OF BIRTH**

GOLDSTEIN
P-79097

7/26/07  Pt. adv he ate 30 min. before BS reading. — SG

# DIABETIC FLOW CHART
## CDC 7247 (Rev. 8/98)

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

# EXHIBIT W

## DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAPE NOTE

**PATIENT:** GOLDSTEIN, DARRYL          **CDC:** 79097

**DATE OF BIRTH:** 12/25/1957          **DATE OF SERVICE:**   08/14/2007

**HOUSING UNIT:** North Block          **PAROLE DATE:** Life

**DATE OF ARRIVAL:**

**SUBJECTIVE:** This is a 49-year-old African American gentleman with a history of hypertension, type 2 diabetes, hyperlipidemia, some chronic foot problems, and noncardiac chest pain who is here for followup. The patient gets chest pain several times a month. It does seem like it can be associated with eating or with a sour taste in the mouth. The patient was last sent out on 7/19/2007 by PA Bahnsen and was told that his chest pain is noncardiac. Interestingly, he does feel that nitroglycerin helps him somewhat but not all the time. Today we reviewed his lab tests. We noted that his hemoglobin A1C is above range at 7.4%. I did more diabetic education, talked to him about limiting his fruit juices and the frank amount of fruit he eats per day and trying to get him to lose weight so that we will not have to add a 2nd agent for his diabetes. The patient recently returned from having corneal surgery and a cataract surgery. The patient is doing fine from that standpoint.

**CURRENT MEDICATIONS:** Aspirin 81 mg a day, metformin 1 g b.i.d., lisinopril 40 mg a day, Norvasc 5 mg a day, metoprolol 50 mg b.i.d., hydrochlorothiazide 25 mg a day, Dilantin 300 mg q.h.s., Lumigan eye drops, _____ eye drops, Peridex oral rinse, atorvastatin 20 mg a day, ibuprofen p.r.n., and nitroglycerin p.r.n.

**OBJECTIVE:** He is in an obese gentleman who is in no acute distress. Blood pressure is 128/88, pulse 62, respiratory rate 16, afebrile, and 212 pounds. His right eye looks fine. No redness. Lungs are clear. Cardiac exam shows a regular rate and rhythm. Abdomen is soft and obese. Extremities, he has good dorsalis pedis and posterior tibial pulses. He has a firm area of skin that is consistent with a callus between the right 4th and 5th toes.

**ASSESSMENT/PLAN:**
1. Type 2 diabetes. The patient is not at goal with hemoglobin A1C of 7.4%. The patient is interested in diet and lifestyle choices first before adding 2nd drugs. We talked about decreasing his fruit to 2 pieces a day, avoiding fruit juice, increasing his exercise, and trying to lose weight. He will follow up with Dr. David in 1-2 months; and depending on how well he is doing, she can decide on whether he needs to be put on a 2nd medication.
2. Blood pressure, variable. Sometimes it is in range and other times not. The patient does say he is compliant with his medications. The plan is to check his blood pressures once a week for the next month; and if on average his blood pressure is above goal, he will need to be on additional medication.
3. Callus between the right 4th and 5th toes. RFS for Dr. Griffith.
4. History of seizures. Last Dilantin level was low. The patient is now on a regular dose. The plan is to ducat him for a repeat Dilantin level and to reorder his 7410 chrono for low bunk/low tier.
5. History of allergy to state-issued soap. Reorder him liquid soap which he never got.

PATIENT: DARRYL GOLDSTEIN                                      CDC: 79097
DATE OF SERVICE: 08/14/2007
Page 2

6.   Noncardiac chest pain more consistent with gastroesophageal reflux disease. The plan is to start him on a 30-day regimen of omeprazole, discontinue his nitroglycerin, and see if his chest pain improves with omeprazole. Follow up with Dr. David in 1 month.

7.   Hyperlipidemia. The patient was recently switched from 10 to 20 mg of Lipitor. Now his total cholesterol is even on the low, low side with a total cholesterol of 104, LDL 46, and HDL 38. I will defer to Dr. David whether she wants to continue him on that dose. Unfortunately in his chart today, I do not have results of his cholesterol that was checked before this current one.

☎ RAND, M.D.

▇▇/sts
D: 08/14/2007 16:17:00
T: 08/16/2007 07:41:50
Job #: 13755

# EXHIBIT X

DEPARTMENT OF CORRECTIONS
SAN QUENTIN STATE PRISON

SOAPE NOTE

**PATIENT:** GOLDSTEIN, DARRYL                    **CDC:** P79097

**DATE OF BIRTH:** 12/25/1957                    **DATE OF SERVICE:** 09/04/2007

**HOUSING UNIT:** 1 NORTH 1-LOW                    **PAROLE DATE:** 2/2008

**DATE OF ARRIVAL:**

**PROBLEM LIST:**
1. Diabetes mellitus type 2.
2. Hypertension.
3. Hyperlipidemia.
4. Complaints of chronic foot pain.

**CURRENT MEDICATIONS:**
1. Aspirin 81 mg p.o. every day.
2. Metformin 1 g p.o. b.i.d.
3. Lisinopril 40 mg p.o. every day.
4. Norvasc 1 mg p.o. every day.
5. Metoprolol 50 mg p.o. b.i.d.
6. Hydrochlorothiazide 25 mg p.o. every day.
7. Dilantin 300 mg p.o. q.h.s.
8. Atorvastatin 20 mg p.o. every day.
9. Acular 1 drop right eye q.i.d. p.r.n.
10. Trusopt 1 drop right eye b.i.d.
11. Artificial tears 1 drop right eye b.i.d.
12. Pred Forte 1 drop right eye every day.

**SUBJECTIVE:** The patient presents today for a followup. He complains that he still has not gotten his low bunk low-tier chrono that were completed and sent to the CMR for approval last week. He refused to have his blood drawn for a Dilantin level. He claims this was because he was nonfasting. However, this blood test did not need to be done fasting. Today, he comes to the clinic wearing his _snowed_ shoes. He reports that he has received the _orthopedic_ shoes that were provided to him by the orthotics specialist. He reports that the shoes are comfortable and that he wears them regularly. This is in contradiction to several letters that he has sent to the CMO. Today, he also reports that he has been exercising and claims that he walks the track and walks approximately 4 laps every day. This would be equivalent 2 miles. Again, this is contradictory to what he writes to the CMO and complains to his lawyers about. Today, he also reports that he restarted using the state soap. Prior to that, he had been supplied liquid soap and on further questioning it appears that he has been using Hibiclens on a daily basis. He reports that the rash has been there for about a day.

DG

PATIENT: DARRYL GOLDSTEIN                                                      CDC: P79097
DATE OF SERVICE: 09/04/2007
Page 2

He also returns for followup from specialty services. He had cataract surgery and he reports that he is doing fine. He has not noticed any significant change. He denies any eye pain or blurry vision. He has received and is using the eye drops which the surgeon prescribed for him.

**OBJECTIVE:**
VITAL SIGNS: Blood pressure 130/90, pulse rate 78, respiratory rate 18, temperature 98.4. Weight 220.
GENERAL: Alert and oriented gentleman in no acute distress.
HEENT: Pupils are equal, round, and reactive to light. Extraocular movements are intact.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm. No gallops, rubs, or murmurs.
ABDOMEN: Soft and obese.
EXTREMITIES: No cyanosis, clubbing, or edema. Between his right 4th and 5th toe, he does have a mild callus formation. There is no mass or nodule in the soft tissue space.

**ASSESSMENT/PLAN:**
1. Diabetes mellitus type 2. The patient is slightly high with a hemoglobin A1c of 7.4. However, he wanted to try diet and exercise and will continue with this.
2. Hypertension. Blood pressure is mildly elevated. We will continue to monitor blood pressure checks.
3. Callus between his 4th and 5th toes. He is scheduled for followup with Dr. Griffin. He has received his orthotics and contradictory to all his letters that he writes to me. Today, he claims to me that the shoes fit well and they are comfortable and that he is able to walk 2 miles a day. I am not sure which is the correct history, but the patient is telling me that today.
4. History of seizure disorders. Dilantin levels have always been low. We will reorder this for now. We will go ahead and renew his low bunk, low tier chrono.
5. History of allergy to face soap. He does have a mild rash on his right upper back. Today, we discussed Hibiclens and how using this soap daily would not be good for his health, because this is basically a strong antibacterial soap. We will see if we can get him some milder soap such as Dove or liquid or bar soap.
6. He is to return to clinic in 60 days for a followup. We are pending his followup with the ophthalmologist. Also pending followup with podiatry.
7. He will lipid panel, hemoglobin A1c, and Dilantin level drawn in 6 weeks; and he is to follow up for chronic care in 60 days.
8. Today, we wrote a chrono for him to obtain the Dove soap. Since the pharmacy will no longer stock this, hopefully we can have it supplied through property.

CLARENE DAVID, M.D.

CD/sts
D: 09/04/2007 13:31:00
T: 09/05/2007 19:28:54
Job #: 33392

# EXHIBIT Y

## DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAPE NOTE

**PATIENT:** GOLDSTEIN, DARRYL                          **CDC:** P79097

**DATE OF BIRTH:** 12/25/1957                    **DATE OF SERVICE:**  09/25/2007

This is a high-risk gentleman here for followup.  The patient is not due to really be seen by an MD in this clinic until next month but because he just came back from off-site services; he was rescheduled.  The patient was seen by Dr. Lin, his eye doctor, and he is due to have more surgery soon.  He needs a new chrono for a lower tier, meaning the ground floor, for 6 months especially with his upcoming surgery.  I also spoke with Dr.  Gary Marcus his cardiologist at Doctors Medical Center who said that he had a normal exercise echo and does not believe that his chest pain is cardiac. Meanwhile, I did not examine this patient today.  We just sort of renewed things that needed to be renewed, talked about when he is going to have repeat blood work done, and he is supposed to follow up in the chronic care clinic 60 days from his last appointment with Dr. David which was on 9/4/07.

**MEDICAL PROBLEM LIST:**
1. Type 2 diabetes.
2. Hypertension.
3. Callus between his 4th and 5th toe.  I am still trying to see when he is following up with Dr. Griffith.
4. Seizure disorder on Dilantin.
5. History of allergy to face soap.  Dr. David wrote him for a chrono for liquid Dove soap, and he never got it.  I put in a nonformulary request to Dr. Kanan
6. Ducated for fasted labs on October 6, 2007.
7. Follow up, again, 60 days from his last appointment.


RAND, M.D.

sts
D: 09/25/2007 18:22:00
T: 09/28/2007 20:48:00
Job #: 55291

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7/24/0? | | | Meditation |
| | | | 1. Bottom Bunk, Ground Floor cell - see 7410 |
| | | | noted 9/24/0 1515 — J. Kalb |
| | | | |

ALLERGIES: n KDA

INSTITUTION: SQ

ROOM/WING: LN

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)
Goldstein, D
P79097
12/25/5?

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA.        OSP 05  93459        DEPARTMENT OF CORRECTIONS

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**



| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9/25/07 | | | new chrons |

SS291

NOTED

| ALLERGIES: | | INSTITUTION SQ | ROOM/WING N1—01L |
|---|---|---|---|

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

P79097
GOLDSTEIN, DARRYL
12/25/1957

**PHYSICIAN'S ORDERS**

CDC 7221 (3/00)
STATE OF CALIFORNIA          OSP 05  93459      DEPARTMENT OF CORRECTIONS

# EXHIBIT Z

HEALTH CARE SERVICES
**PROVIDER REQUEST FOR SPECIALTY CARE SERVICES**

| PATIENT NAME (LAST, FIRST, MI) Goldstein, D | CDCR NUMBER P79297 | INSTITUTION SQ |
|---|---|---|
| DATE OF BIRTH 12/8/57 | EPRD DATE | GENDER male | HOUSING LOCATION 1N-1L |

**REQUESTED SERVICE:**
☐ Cardio ☐ Cardiovasc Surg ☐ CID ☐ CT Scan
☐ Derma ☐ Echo ☐ EMG/NCV ☐ ENT Consult
☐ ENT Proc ☐ GI Cons ☐ GI Proc ☐ Liver Biopsy
☐ Lump & Bump ☐ MRI ☐ Oncology ☐ Optometry
☐ Ophthal ☐ Other Vasc ☐ Plastic Surg ☐ Podiatry Surg
☐ Pulmonary ☐ PT ☐ Ultrasound ☐ Telemed
☐ Gen Surg Consult ☐ Gen Surg Proc ☐ Neuro Consult
☐ Neuro Surg ☐ Ortho Consult ☐ Ortho Proc
☐ Other Radiology ☐ Podiatry Surg ☐ Urology Proc
☐ Urology Consult ☐ Other ☐ Other

**PROPOSED SPECIALTY PROVIDER:**

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME**
☐ 1 (7 Days) ☐ 2 (30 Days) ☐ 3 (90 Days)
☐ 4 (Other) indicate timeframe: _____
(Justify)

**PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP)**

Pertinent clinical information and reason for consultation:
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

| Specialty Care Coordinator Name/Signature/Date | ☐ Authorized/Date: _____ Date Forwarded to Specialty Care OT: _____ |
| | ☐ Referred to Physician Manager or Care Management Committee Date: _____ |
| Physician Manager Name/Signature/Date (Print or Stamp) | ☐ Approved and Referred to Specialty Care Coordinator /Date _____ |
| | ☐ Referred to Care Management Committee/Date _____ |
| Care Management Committee Chair | ☐ Approved/Date _____ ☐ Denied/Date: _____ ☐ PCP Notified _____ |
| | ☐ Deferred Until _____ By: _____ |

**TO BE COMPLETED BY CONSULTANT: Please send final report to Specialty Care Coordinator via fax at (415) 454-5097. For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.**

Findings and Diagnosis: Pt. a 5 yr Hx Type II DM, c/o pain in feet 2° to callous + corn between R-4-5 toes. Pt. rec diab shoes. Imp. app. wearing shower shoes today.

Recommendations to Primary Care Provider: Lesions debrided, AgNO₃ appl to R-4-5 intertrigious area.

Instructions Provided to Patient: Pt. not to wear diab showers. Informed shower shoes are too narrow. Also do protect feet. TTR 14 M/No.

Print Name of Consultant / Signature/Date
Don Griffith DPM 10 OCT 07

Telephone Number:

Facsimile Number:

| Print Name of TTA RN or Designee / Signature / Date / Time | Print Name of Specialty Care Onsite RN / Signature / Date / Time |
| | N Nispero RN [signature] RN  10/10/07 |

DISTRIBUTION:
Original - File in UHR; Yellow - Consultant; Pink - Specialty Care Coordinator; Golden Rod – Specialty Care Scheduler
CDCR 7243 (Rev. 4/11/07 San Quentin Pilot)

# EXHIBIT AA

## HEALTH CARE SERVICES
### PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI) Goldstein | CDCR NUMBER P-79097 | INSTITUTION 89 |
|---|---|---|
| DATE OF BIRTH 12 25 57 EPRD DATE | GENDER M | HOUSING LOCATION |

**REQUESTED SERVICE:**

☐ Cardio  ☐ Cardiovasc Surg  ☐ CID  ☐ CT Scan
☐ Derma  ☐ Echo  ☐ EMG/NCV  ☐ ENT Consult
☐ ENT Proc  ☐ GI Cons  ☐ GI Proc  ☐ Liver Biopsy
☐ Lump & Bump  ☐ MRI  ☐ Oncology  ☐ Optometry
☐ Ophthal  ☐ Other Vasc  ☐ Plastic Surg  ☐ Podiatry Surg
☐ Pulmonary  ☐ PT  ☐ Ultrasound  ☐ Telemed
☐ Gen Surg Consult  ☐ Gen Surg Proc  ☐ Neuro Consult
☐ Neuro Surg  ☐ Ortho Consult  ☐ Ortho Proc
☐ Other Radiology  ☐ Podiatry Surg  ☐ Urology Proc
☐ Urology Consult  ☐ Other  ☐ Other

**PROPOSED SPECIALTY PROVIDER:**

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME**

☐ 1 (7 Days)  ☐ 2 (30 Days)  ☐ 3 (90 Days)
☐ 4 (Other) Indicate timeframe: _____
(Justify): _____

**PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP)**

Pertinent clinical information and reason for consultation:
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

| Specialty Care Coordinator Name/Signature/Date | ☐ Authorized/Date: _____ Date Forwarded to Specialty Care OT: _____ |
| | ☐ Referred to Physician Manager or Care Management Committee Date: _____ |
| Physician Manager Name/Signature/Date (Print or Stamp) | ☐ Approved and Referred to Specialty Care Coordinator /Date _____ |
| | ☐ Referred to Care Management Committee/Date _____ |
| Care Management Committee Chair | ☐ Approved/Date: _____  ☐ Denied/Date: _____  ☐ PCP Notified _____ |
| | ☐ Deferred Until _____  By: _____ |

**TO BE COMPLETED BY CONSULTANT: Please send final report to Specialty Care Coordinator via fax at (415) 454-6097. For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.**

Findings and Diagnosis: R foot pain. Pt wearing slip-on shoes that do not belong to pt. Shoes are too narrow. Exam - interdigitous lesion R 4-5 interspace

Recommendations to Primary Care Provider: hyperkeratotic lesion - much improved - debrided Aug NO3. 1,5-6 hard corn debrided. Pt instr pt

Instructions Provided to Patient: D/C wearing slip-on shoes and wear shoes that were made for pt.
TR SCD

| Print Name of Consultant / Signature / Date DON GRIFFIN DPM 12-12-07 | Telephone Number: | Facsimile Number: |

| Print Name of TTA RN or Designee / Signature / Date / Time | Print Name of Specialty Care Onsite RN / Signature / Date / Time N. Higuera LN 12/12/08 |

DISTRIBUTION:
Original - File in UHR; Yellow - Consultant; Pink - Specialty Care Coordinator; Golden Red – Specialty Care Scheduler
CDCR 7243 (Rev. 4/11/07 San Quentin Pilot)

CALIFORNIA          DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HEALTH CARE SERVICES
## PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI) Goldstein | CDCR NUMBER P 17077 | INSTITUTION SQ |
|---|---|---|
| DATE OF BIRTH 12.25.37  EPRD DATE i.De | GENDER | HOUSING LOCATION NB |

**REQUESTED SERVICE:**

- [ ] Cardio
- [ ] Derma
- [ ] ENT Proc
- [ ] Lump & Bump
- [ ] Ophthal
- [ ] Pulmonary
- [ ] Gen Surg Consult
- [ ] Neuro Surg
- [ ] Other Radiology
- [ ] Urology Consult

- [ ] Cardiovasc Surg
- [ ] Echo
- [ ] GI Cons
- [ ] MRI
- [ ] Other Vasc
- [ ] PT
- [ ] Gen Surg Proc
- [ ] Ortho Consult
- [ ] Podiatry Surg
- [ ] Other

- [ ] CID
- [ ] EMG/NCV
- [ ] GI Proc
- [ ] Oncology
- [ ] Plastic Surg
- [ ] Ultrasound

- [ ] CT Scan
- [ ] ENT Consult
- [ ] Liver Biopsy
- [ ] Optometry
- [x] Podiatry Surg
- [ ] Telemed
- [ ] Neuro Consult
- [ ] Ortho Proc
- [ ] Urology Proc
- [ ] Other

**PROPOSED SPECIALTY PROVIDER:** Griddit

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME**

- [ ] 1 (7 Days)   [x] 2 (30 Days)   [ ] 3 (60 Days)
- [ ] 4 (Other) indicate timeframe: _____
  (Justify) _____

**PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP)** Rand 12/11/07

**Pertinent clinical information and reason for consultation:**
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

4y/o. 03 ≥ type II on, hep c, chronic (R) foot pain and heavy callous - can you offer a more definitive surgical procedure?

| Specialty Care Coordinator Name/Signature/Date | [x] Authorized/Date: 12/11   Date Forwarded to Specialty Care OT: 12/11 |
|---|---|
| | [x] Referred to Physician Manager or Care Management Committee Date: _____ |
| Physician Manager Name/Signature/Date (Print or Stamp) | [ ] Approved and Referred to Specialty Care Coordinator /Date _____ |
| | [ ] Referred to Care Management Committee/Date _____ |
| Care Management Committee Chair | [ ] Approved/Date: _____   [ ] Denied/Date: _____   [ ] PCP Notified _____ |
| | [ ] Deferred Until _____   By: _____ |

---

**TO BE COMPLETED BY CONSULTANT: Please send final report to Specialty Care Coordinator via fax at (415) 454-5097.**
**For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.**

**Findings and Diagnosis:**

I/m    new    12/12/07

**Recommendations to Primary Care Provider:**

**Instructions Provided to Patient:**

| Print Name of Consultant / Signature/Date | Telephone Number: | Facsimile Number: |
|---|---|---|

| Print Name of TTA RN or Designee / Signature / Date / Time | Print Name of Specialty Care Onsite RN / Signature / Date / Time |
|---|---|

**DISTRIBUTION:**
Original - File in UHR; Yellow - Consultant; Pink - Specialty Care Coordinator; Golden Rod – Specialty Care Scheduler
CDCR 7243 (Rev. 4/11/07 San Quentin Pilot)



# EXHIBIT BB

STATE OF CALIFORNIA                  DEPARTMENT OF CORRECTIONS AND REHABILITATION

## HEALTH CARE SERVICES
## PROVIDER REQUEST FOR SPECIALTY CARE SERVICES

| PATIENT NAME (LAST, FIRST, MI) _Goldstein D_ | CDCR NUMBER _P 79099_ | INSTITUTION _SQ_ |
|---|---|---|
| DATE OF BIRTH _12 25 57_   EPRD DATE | GENDER _m_ | HOUSING LOCATION _N-1_ |

**REQUESTED SERVICE:**

- [ ] Cardio
- [ ] Cardiovasc Surg
- [ ] CID
- [ ] CT Scan
- [ ] Derma
- [ ] Echo
- [ ] EMG/NCV
- [ ] ENT Consult
- [ ] ENT Proc
- [ ] GI Cons
- [ ] GI Proc
- [ ] Liver Biopsy
- [ ] Lump & Bump
- [ ] MRI
- [ ] Oncology
- [ ] Optometry
- [ ] Ophthal
- [ ] Other Vasc
- [ ] Plastic Surg
- [ ] Podiatry Surg
- [ ] Pulmonary
- [ ] PT
- [ ] Ultrasound
- [ ] Telemed
- [ ] Gen Surg Consult
- [ ] Gen Surg Proc
- [ ] Neuro Consult
- [ ] Neuro Surg
- [ ] Ortho Consult
- [ ] Ortho Proc
- [ ] Other Radiology
- [ ] Podiatry Surg
- [ ] Urology Proc
- [ ] Urology Consult
- [ ] Other
- [ ] Other

PROPOSED SPECIALTY PROVIDER:

**CLINICAL PRIORITY DESIGNATION AND TIMEFRAME**

- [ ] 1 (7 Days)
- [ ] 2 (30 Days)
- [ ] 3 (60 Days)
- [ ] 4 (Other) Indicate timeframe: _____
- (Justify) _____

PRIMARY CARE PROVIDER NAME/DATE (PRINT OR STAMP)

Pertinent clinical information and reason for consultation:
Include pertinent past treatments and responses, physical exam, laboratory and other imaging results, and relevant medications, etc.

| Specialty Care Coordinator Name/Signature/Date | [ ] Authorized/Date: _____ Date Forwarded to Specialty Care OT: _____ <br> [ ] Referred to Physician Manager or Care Management Committee Date: _____ |
|---|---|
| Physician Manager Name/Signature/Date (Print or Stamp) | [ ] Approved and Referred to Specialty Care Coordinator /Date _____ <br> [ ] Referred to Care Management Committee/Date _____ |
| Care Management Committee Chair | [ ] Approved/Date: _____ [ ] Denied/Date: _____ [ ] PCP Notified _____ <br> [ ] Deferred Until _____ By: _____ |

**TO BE COMPLETED BY CONSULTANT:** Please send final report to Specialty Care Coordinator via fax at (415) 454-5097.
For questions, please contact the Specialty Care Coordinator at (415) 454-1460 Ext. 5589.

Findings and Diagnosis: _Flu - c/o pain Rt 4-5 toe_
_soft corn - appears much improved_

Recommendations to Primary Care Provider: _debrided - AgNO3_

Instructions Provided to Patient: _Pt going home in 30 d_      _No F/u_

| Print Name of Consultant / Signature/Date _Don Griffith RM 1-16-08_ | Telephone Number: | Facsimile Number: |
|---|---|---|

| Print Name of TTA RN or Designee / Signature / Date / Time | Print Name of Specialty Care Onsite RN / Signature / Date / Time _N. Visperas RN 1/16/08_ |
|---|---|

DISTRIBUTION:
Original - File in UHR; Yellow - Consultant; Pink - Specialty Care Coordinator; Golden Rod – Specialty Care Scheduler

CDCR 7243 (Rev. 4/11/07 San Quentin Pilot)