FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendants*
*Robert Sillen and Jayne Russell*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DARRYL LEE GOLDSTEIN<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT SILLEN, et al.,<br><br>*Defendants.* | Case No. CV 07-05958-SBA<br><br>**ORDER GRANTING DEFENDANTS ROBERT SILLEN AND JAYNE RUSSELL'S AMENDED MOTION TO STRIKE FROM THE COURT'S RECORD DOCUMENT NUMBERS 83, 98, 98-1 AND 99**<br><br>Honorable Saundra Brown Armstrong |

IT IS HEREBY ORDERED that Defendants Robert Sillen and Jayne Russell's motion to strike from the record, in their entirety, Plaintiff Darryl Lee Goldstein's July 28, 2010 letter to Martin H. Dodd (Doc. No. 83), his August 3, 2010 "Status Report To The Court Re: Settlement Conference" (Doc. No. 98), his July 29, 2010 letter to Martin H. Dodd (Doc. No. 98-1), and his July 26, 2010 letter to the Court (Doc. No. 99) ("Correspondence"), is GRANTED.

The Correspondence shall be stricken from the Court's record, in its entirety.  In the future, Plaintiff should not file any correspondence with the Court that purports to improperly reveal settlement negotiations.

IT IS SO ORDERED.

Dated: 8/25/10

*[signature]*
Honorable Saundra Brown Armstrong

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

1

[PROPOSED] ORDER GRANTING DEFENDANTS ROBERT SILLEN AND JAYNE RUSSELL'S AMENDED MOTION TO STRIKE
CASE NO.  CV 07-05958-SBA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL L. GOLDSTEIN,

        Plaintiff,

  v.

ROBERT SILLEN, ET AL. et al,

        Defendant.
_____/

Case Number: CV07-05958 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - San Quentin
San Quentin, CA 94964

Dated: August 25, 2010

                                      Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

[PROPOSED] ORDER GRANTING DEFENDANTS ROBERT SILLEN AND JAYNE RUSSELL'S AMENDED MOTION TO STRIKE
CASE NO. CV 07-05958-SBA