1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

            Plaintiff,

    v.

ROBERT SILLEN, et al.,

            Defendants.

_____/

No. C 07-05958 SBA (PR)

**ORDER GRANTING PLAINTIFF'S
REQUEST FOR AN EXTENSION OF
TIME TO ENGAGE IN DISCOVERY
WITH DEFENDANTS WILSON,
TILTON, SILLEN AND RUSSELL**

      Plaintiff has requested an extension of the time frame in which to engage in discovery with Defendants Wilson, Tilton, Sillen and Russell up to and including September 15, 2010.  Having read and considered Plaintiff's request, and good cause appearing,

      IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff's time frame to engage in discovery with Defendants Wilson, Tilton, Sillen and Russell is extended up to and including **September 15, 2010**.

      This Order terminates Docket no. 132.

      IT IS SO ORDERED.

DATED: 9/10/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.07\Goldstein5958.EOT-Disc.frm

1

2    UNITED STATES DISTRICT COURT

3    FOR THE

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    DARRYL L. GOLDSTEIN,                          Case Number: CV07-05958 SBA

8              Plaintiff,                          **CERTIFICATE OF SERVICE**

9      v.

10   ROBERT SILLEN, ET AL. et al,

11             Defendant.
     _____/

12

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

14
     That on September 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
15   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17

18   Darryl Lee Goldstein P-79097
     California State Prison - San Quentin
19   San Quentin, CA 94964

20

21   Dated: September 10, 2010

22                                                 Richard W. Wieking, Clerk
                                                   By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28