IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL L. GOLDSTEIN,

       Plaintiff,

  v.

ROBERT SILLEN, ET AL., et al.,

       Defendants.

No. C 07-05958 SBA (PR)

**ORDER GRANTING DEFENDANTS SILLEN'S AND RUSSELL'S REQUEST FOR CLARIFICATION; AND GRANTING DEFENDANTS DAVID'S AND WILSON'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.

    On August 9, 2010, Defendants Sillen and Russell filed a motion for summary judgment. On September 7, 2010, Plaintiff filed a document entitled, "Motion to Strike the Declaration of Dr. Elena Tootle," which the Court construes as a document in support of his opposition to the motion for summary judgment.

    Before the Court is Defendants Sillen's and Russell's motion entitled, "Motion for Administrative Relief; Request for Clarification Concerning Briefing With Respect to Plaintiff's Motion to Strike the Declaration of Dr. Elena Tootell." Defendants "propose that the Court permit [them] to refrain from responding to Plaintiff' Motion to Strike until after October 8, 2010, in the event Plaintiff intends to file a separate or more complete opposition to the Motion for Summary Judgment." (Defs.' Mot. at 2.) Accordingly, the Court GRANTS Defendants Sillen's and Russell's motion. Plaintiff may file a more complete opposition no later than **October 8, 2010.** The time in which Defendants Sillen and Russell may file their reply will be up to and including **November 8, 2010.**

    Also before the Court is Defendants David's and Wilson's motion for an extension of time to file a dispositive motion. Having read and considered Defendants David's and Wilson's request for an extension of time and good cause appearing, the Court GRANTS their request. The time in which Defendants David and Wilson may file their motion for summary judgment will be extended up to and including **November 23, 2010.** Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants David and Wilson no later than **thirty (30) days** from

1 the date their motion is filed.  Defendants David and Wilson shall file a reply brief no later than

2 **fifteen (15) days** after Plaintiff's opposition is filed.

3      This Order terminates Docket nos. 135 and 140.

4      IT IS SO ORDERED.

5 DATED: 9/23/10

6                                       SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\CR.07\Goldstein5958.grantCLARIFICATION&EOT.wpd

<div style="margin-left: 2em; font-style: italic;">United States District Court<br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL L. GOLDSTEIN,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT SILLEN, ET AL. et al,<br><br>      Defendant. | Case Number: CV07-05958 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - San Quentin
San Quentin, CA 94964

Dated: September 23, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.07\Goldstein5958.grantCLARIFICATION&EOT.wpd