1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

9

10   DARRYL LEE GOLDSTEIN              )   Case No. CV 07-05958-SBA (PR)
                                      )
11        Plaintiff,                  )   **ORDER AND WRIT OF HABEAS**
                                      )   **CORPUS AD TESTIFICANDUM TO**
12   v.                              )   **TRANSPORT PLAINTIFF DARRYL LEE**
                                      )   **GOLDSTEIN (P-79097)**
13   ROBERT SILLEN, et al.,          )
                                      )
14        Defendants.                )
                                      )
15                                    )
     _____ /
16

17        Inmate-Plaintiff Darryl Lee Goldstein (P-79097), is a necessary and material witness to the

18   settlement conference scheduled to take place before the Honorable Nandor J. Vadas on November 19,

19   2010, at 11:00 a.m., at California State Prison-Solano at 2100 Peabody Road, Vacaville, CA.

20        Goldstein is currently confined at San Quentin State Prison, in San Quentin, California, in the

21   custody of the Warden.  To secure Goldstein's attendance at this settlement conference, it is necessary

22   that a Writ of Habeas Corpus Ad Testificandum issue commanding Goldstein's custodian to produce him

23   at the abovementioned time and place, until the completion of this proceeding or as ordered by the

24   Court, and thereafter to return Goldstein to San Quentin State Prison.

25        ACCORDINGLY, IT IS ORDERED THAT:

26        1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

27   commanding the Warden of San Quentin State Prison and the California Department of Corrections

28   and Rehabilitation to produce inmate Darryl Lee Goldstein (P-79097) for a settlement conference on

1  November 19, 2010, at 11:00 a.m., at California State Prison-Solano at 2100 Peabody Road,

2  Vacaville, CA. until the completion of this proceeding or as otherwise ordered by the Court, and

3  thereafter to return Goldstein to San Quentin State Prison.

4       2.    The custodian is further ordered to notify the Court of any change in the custody of

5  Goldstein and is ordered to provide the new custodian with a copy of this writ.

6  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

7  **To:  The Warden of San Quentin State Prison:**

8       YOU ARE COMMANDED to produce inmate Darryl Lee Goldstein (P-79097), for a

9  settlement conference on November 19, 2010, at 11:00 a.m., at California State Prison-Solano at 2100

10 Peabody Road, Vacaville, CA. until the completion of this proceeding or as otherwise ordered by

11 the Court, and thereafter to return Goldstein to San Quentin State Prison.

12      FURTHER, you have been ordered to notify the Court of any change in the custody of

13 Inmate-Plaintiff Goldstein, and have been ordered to provide a copy of this order to any new

14 custodian.

15 Dated:  October __21__, 2010

16

17 _____

18 Nandor Vadas
   United States Magistrate Judge

19

20

IT IS SO ORDERED
Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

25

26

27

28

*Goldstein v. Sillen, et al.*                                                     No. C 07-05958 SBA (PR)

2