UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| DARRYL LEE GOLDSTEIN | ) | Case No. CV 07-05958-SBA/NJV (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER AND WRIT OF HABEAS** |
| v. | ) | **CORPUS AD TESTIFICANDUM TO** |
| | ) | **TRANSPORT PLAINTIFF DARRYL LEE** |
| ROBERT SILLEN, et al., | ) | **GOLDSTEIN (P-79097)** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | / | |

Inmate-Plaintiff Darryl Lee Goldstein (P-79097) is a necessary and material witness to the settlement conference scheduled to take place before the Honorable Nandor J. Vadas at 1:00 p.m. on December 29, 2010 in Courtroom F on the 15th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102.

Inmate Goldstein is currently confined at San Quentin State Prison, in San Quentin, California, in the custody of the Warden. To secure Inmate Goldstein's attendance at this settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding Inmate Goldstein's custodian to produce him at the abovementioned time and

place, until the completion of this proceeding or as ordered by the Court, and thereafter to return Inmate Goldstein to San Quentin State Prison.

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden of San Quentin State Prison and the California Department of Corrections and Rehabilitation to produce Inmate Darryl Lee Goldstein (P-79097) for a settlement conference at 1:00 p.m. on December 29, 2010 in Courtroom F on the 15th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102, until the completion of this proceeding or as otherwise ordered by the Court, and thereafter to return Inmate Goldstein to San Quentin State Prison.

2. The custodian is further ordered to notify the Court of any change in the custody of Inmate Goldstein and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of San Quentin State Prison:**

YOU ARE COMMANDED to produce Inmate Darryl Lee Goldstein (P-79097), for a settlement conference on at 1:00 p.m. on December 29, 2010 in Courtroom F on the 15th Floor of 450 Golden Gate Avenue, San Francisco, CA 94102, until the completion of this proceeding or as otherwise ordered by the Court, and thereafter to return Goldstein to San Quentin State Prison.

FURTHER, you have been ordered to notify the Court of any change in the custody of Inmate Goldstein, and have been ordered to provide a copy of this order to any new custodian.

Dated: November 30, 2010



_____
Nandor J. Vadas
United States Magistrate Judge

*Goldstein v. Sillen, et al.*   No. C 07-05958 SBA (PR)