FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

Attorneys for Defendants
*Robert Sillen, Jayne Russell
and Receiver J. Clark Kelso*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARRYL LEE GOLDSTEIN<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT SILLEN, et al.,<br><br>*Defendants.* | Case No. CV 07-05958-SBA<br><br>**DECLARATION OF DR. ELENA TOOTELL IN SUPPORT OF DEFENDANT RECEIVER J. CLARK KELSO'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION PURSUANT TO FED. R. CIV. P. 56(c) AND CIV. L.R. 7-2**<br><br>Honorable Saundra Brown Armstrong |

I, Dr. Elena Tootell, declare as follows:

1. I am the Chief Medical Executive (also known as "Chief Medical Officer") ("CME") at San Quentin State Prison ("San Quentin") in San Quentin, California. The facts set forth herein are based on my personal knowledge and if called as a witness I could competently testify thereto. I make this declaration upon review of Plaintiff Darryl Lee Goldstein's ("Plaintiff") Unit Health Record ("UHR") and in support of Defendant J. Clark Kelso's Motion for Summary Judgment or, in the Alternative, Summary Adjudication. Plaintiff's UHR consists of San Quentin medical records prepared by San Quentin's medical personnel in the ordinary course of business at or near the time of the act, condition, or event described in each document. In my capacity as CME, I have access to, and regularly review, the UHRs for San Quentin inmates.

2. Generally, when an inmate has a complaint or medical concern, that inmate must either speak to his clinical practitioner during an examination or submit a Health Care Services Request Form to the institution's health care staff. If an inmate does not agree with a health care policy, action or decision which has a significant adverse impact upon him, the inmate may submit an Inmate/Parolee Health Care Appeal Form (also known as a "CDCR Form 602") to the institution's Health Care Appeal Coordinator, who will then initiate the appeal process. The appeal will progress through several levels beginning at the informal level and culminating at the Director's level decision.

3. Plaintiff's UHR does not contain any record of complaints to the San Quentin health care staff or Health Care Services Requests by Plaintiff concerning his foot for the time period of January 23, 2008 to his February 23, 2008 parole date.

4. Plaintiff's UHR does not contain any record of complaints to the San Quentin health care staff or Health Care Services Requests by Plaintiff concerning his foot for the time period of September 26, 2008 to his November 6, 2008 parole date.

5. On or about October 17, 2008, Plaintiff submitted an Inmate/Parolee Health Care Appeal Form complaining about his foot problem and requesting to see a foot doctor. This appeal progressed through the appeals process through the month of October, but ultimately was denied at the first level because Plaintiff paroled from San Quentin on November 8, 2008. The first level appeal decision states in pertinent part, "You [Plaintiff] were not housed at SQ [San Quentin] long enough to receive an appointment with the podiatrist. These appointments are usually scheduled within 60-90 days of receiving an RFS (referral) from your [Plaintiff's] unit treating clinician." Attached hereto as Exhibit A is a true and correct copy of Plaintiff's October 17, 2008 appeal that was mailed by Plaintiff to my attention on November 12, 2008, following his November 6, 2008 parole.

6. Plaintiff has a soft corn in between the fourth and fifth toes of his right foot. While this condition has been uncomfortable for him in the past, it is by no means a serious medical condition which is either life threatening or causing undue or prolonged suffering. It is not an uncommon condition and is one which many people experience. Plaintiff's UHR

demonstrates that San Quentin medical staff examined and treated Plaintiff for his foot problems repeatedly, beginning as early as 2006. The soft corn on Plaintiff's right foot was improving by the time Plaintiff paroled on February 23, 2008. During the September 26, 2008 through November 6, 2008 period of Plaintiff's re-incarceration, the only evidence that Plaintiff was dissatisfied with the medical care of his foot is the Inmate/Parolee Health Care Appeal form, described above, which was submitted on October 17, 2008, just three weeks before Plaintiff paroled from San Quentin.

7. San Quentin medical staff will, of course, continue to provide medical care for Plaintiff, both in regard to his complaints and in regards to whatever our health care providers feel, in their medical opinion, is in his best interest.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: January 21, 2011   By: /s/ Dr. Elena Tootell
                              Dr. Elena Tootell

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/ Martin H. Dodd
Martin H. Dodd
Attorneys for Defendants Robert Sillen, Jayne Russell and Receiver J. Clark Kelso

# EXHIBIT A

STATE OF CALIFORNIA
INMATE/PAROLEE HEALTH CARE
APPEAL FORM
CDCR 602-HC (08/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA PRISON HEALTH CARE SERVICES

Side 1

Location: Institution/Parole Region:   Log #:   Category:
1. _____   1. _____   _____
2. _____   2. Sqp-11-08-11571

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care service processes at your institution. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Goldstein, A | P79097 | N/A | 1B 471 ow |

A. Describe Problem: Appellant has an ongoing foot problem which is well documented in his medical files. Appellant needs to be seen by the foot Doctor. Appellate is Diabetic and in need of foot care and foot operation. Appellants feet are swollen dry and very calloused

If you need more space, attach one additional sheet.

B. Action Requested: Request to See foot Doctor and be provided some type of foot cream to prevent dryness. Appellant also needs special shoes replaced

Inmate/Parolee Signature: _A. Goldstein_   Date Submitted: 10/17/08

C. INFORMAL LEVEL (Date Received: _____):
Staff Response: Mr. Goldstein, your request has been partially granted. When you arrived in R&R on 9/26/08 fingersticks were ordered for 3 wks. Hanna also ordered finger stick on M,W,F (10/12), (10/20), and (11/02). You also have an appointment with Hanna on Fri 10/24/08 and hope you address all your issues at that appointment.

Staff Signature: _C. Wasko, RN_   Date Returned to Inmate: 10/24/08

D. FORMAL LEVEL:
If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

Appellant remains dissatisfied - Appellant was never seen by N.P. Hanna on 10-24-08 I only saw Andrews from medical Records. The finger stick order by the R&R R.N. was never acted on by medical staff.

Inmate/Parolee Signature: _A. Goldstein_   Date Submitted: 10-3-08

CDCR Appeal Number: _____

Rec'd informal Reply 10/29/08

(Stamps: RECEIVED OCT 22 2008 INMATE APPEALS; COMPLETED OCT 24 2008 HC APPEALS; RECEIVED NOV 17 2008 APPEALS; COMPLETED HC APPEALS)

STATE OF CALIFORNIA
INMATE/PAROLEE HEALTH CARE
APPEAL FORM
CDCR 602-HC (08/08)

*See Attachment*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA PRISON HEALTH CARE SERVICES

Side 2

FIRST LEVEL: ☐ Granted ☐ P. Granted ☒ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 30 working days): Date assigned: NOV 17 2008  Due Date: DEC 31 2008

Interviewed by: D. Jackson, RN via telephone 12/19/08; Your appeal is denied. Due to your parole to Region II w/o SD can no longer attend to your medical needs. You were not housed at SQ long enough to receive an appointment with the Podiatrist. These appointments are usually scheduled within (60-90 days) of receiving an RFS (Referral) from your unit treating clinician. This is true in all institutions.

Staff Signature: D. Jackson  Title: RN  Date Completed: 12/19/08

Division Head Approval
Signature: M. LUPIAN, SRNIII  Title: DON 12/28/08  Date Returned to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response:

Inmate/Parolee Signature: _____  Date Submitted: _____

SECOND LEVEL: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

G. REVIEWER'S ACTION (Complete within 20 working days): Date assigned: _____  Due Date: _____
☐ See Attached Letter
Signature: _____  Date Completed: _____
Health Care Services
Hiring Authority Signature: _____  Title: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response:

Inmate/Parolee Signature: _____  Date Submitted: _____

For the Director's Review of Health Care Issues, submit all documents to: Office of Third Level Appeals -- Health Care
P O Box 4038
Sacramento, CA 95812-4038

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other
☐ See Attached Letter

SWP-11-08-11571

Attachment

Inmate name: Goldstein, N   CDC#: P79097   Housing: Leg 2

endeavors to provide appropriate medical care and treatment commensurate with the community standards for health care services. During our telephone conversation you advised that your 12/30/08 appointment with your "outside" treating clinician had been rescheduled for January 2009. Please follow up with your "outside" treating clinician as scheduled so that your medical condition can be appropriately monitored.     P. Jackson, RN 12/19/08



D. L. Goldstein
c/o Agens mark Bebb
538 Jefferson Ave
Redwood City, CA
94063

Dr. Tootle,
Chief medical officer
San Quentin state Prison

11/7/08

Medical Appeal Coordinator
C.S.P. San Quentin

Re: Goldstein - P-79092

Please process this appeal at the first level and send to me via my Parole Agent
Mark Babb, Parole Agent 1
538 Jefferson Ave
Radwood City, CA
94063

C.C. K. S. Williams, A.W.