FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

Attorneys for Defendants
*Robert Sillen and Jayne Russell
and Receiver J. Clark Kelso*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DARRYL LEE GOLDSTEIN<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT SILLEN, et al.,<br><br>*Defendants.* | Case No. CV 07-05958-SBA<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT RECEIVER J. CLARK PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Honorable Saundra Brown Armstrong |

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, in its entirety as to defendant Receiver J. Clark Kelso.  Each party shall bear his own fees and costs.

**IT IS SO ORDERED.**

Dated: 5/13/11

*/s/ Saundra B. Armstrong*
Honorable Saundra Brown Armstrong

# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman Dupree Dodd Croley Maier LLP, 180 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman Dupree Dodd Croley Maier LLP for the collection and processing of correspondence.

On May 13, 2011, I served a copy of the following document(s):

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT RECEIVER J. CLARK PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

  X   BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman Dupree Dodd Croley Maier LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

**LEGAL MAIL**
Darryl Lee Goldstein, P-79097
C.S.P. Solano
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury, under the laws of the united State of America, that the above is true and correct.

Executed on May 13, 2011, at San Francisco, California.

                                                                Lori Dotson