**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

       Plaintiff,

  v.

ROBERT SILLEN, et al.,

       Defendants.

_____/

No. C 07-05958 SBA (PR)

**ORDER DENYING DEFENDANTS'
MOTION FOR EXTENSION OF TIME TO
CONDUCT SETTLEMENT CONFERENCE;
AND DENYING THEIR REQUEST TO
APPEAR TELEPHONICALLY**

(Docket no. 320)

      The Northern District of California has established a Pro Se Prisoner Settlement Program. Certain prisoner civil rights cases may be referred to a neutral magistrate judge for prisoner settlement proceedings. The proceedings will consist of one or more conferences as determined by Magistrate Judge Nandor Vadas. The conferences shall be conducted at California State Prison - Solano.

      On March 10, 2010, the present <u>pro se</u> civil right action was referred to Magistrate Judge Vadas for settlement proceedings pursuant to the Pro Se Prisoner Settlement Program. On August 3, 2010, the parties met for a settlement conference and were unable to reach an agreement.

      On August 25, 2010, the Court referred the case for further settlement proceedings before Judge Vadas. On December 29, 2010, a settlement conference was held, and the case was partially settled with respect to Defendant Tootell. At that settlement conference, the remaining Defendants claim they extended "a extremely generous settlement offer" to Plaintiff. (Defs.' EOT Req. at 2.) However, Plaintiff declined it.

      In an Order dated March 31, 2011, the present case was referred again to Magistrate Judge Vadas for further settlement proceedings. The settlement conference was set to take place on June 1, 2011.

      On April 21, 2011, Defendants requested that the June 1, 2011 settlement conference be continued. On that same day, the Court granted Defendants' request and rescheduled the settlement conference for July 26, 2011.

**United States District Court**
For the Northern District of California

1    On July 13, 2011 -- less than two weeks before the July 26, 2011 settlement conference --

2  Defendants filed a joint motion for an extension of time to conduct the settlement conference.

3  Defendants also request that their attorneys be allowed to attend the settlement conference

4  telephonically.

5    Having considered the papers filed in support of the Defendants' request for an extension, the

6  Court finds that an extension of time to conduct the settlement conference is inappropriate.

7  Defendants have already received a previous two-month extension, and their current request is

8  untimely.  Furthermore, Defendants do not give sufficient reasons to warrant allowing them to attend

9  the settlement conference telephonically.

10    Accordingly, IT IS HEREBY ORDERED that Defendants' motion for an extension of time to

11  conduct the settlement conference (docket no. 320) is DENIED.  Defendants' request to appear

12  telephonically is also DENIED.  The settlement conference will be held as scheduled on **Tuesday,**

13  **July 26, 2011 at 9:00 AM**.  It shall be conducted at California State Prison - Solano with

14  Defendants and/or the representative for Defendants attending in person.

15    The Clerk of the Court shall serve a copy of this Order on Magistrate Judge Vadas in Eureka,

16  California.

17    This Order terminates Docket no. 320.

18    IT IS SO ORDERED.

19  DATED:   7/21/11                            _Saundra B Armstrong_
                                                SAUNDRA BROWN ARMSTRONG
20                                              United States District Judge

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.07\Goldstein5958.denying2ndEOT-settlement.wpd 2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL L. GOLDSTEIN,

        Plaintiff,

  v.

ROBERT SILLEN, ET AL. et al,

        Defendant.

_____/

Case Number: CV07-05958 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - Solano
2100 Peabody Rd.
P.O. Box 4000
Vacaville, CA 95696

Dated: July 21, 2011

                    Richard W. Wieking, Clerk
                    By: LISA R CLARK, Deputy Clerk

United States District Court
For the Northern District of California